## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| DREYON WYNN, | ) | Case No. 3:22-CV-01899 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES R. KNEPP II |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF TOLEDO, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT UNIVERISTY OF TOLEDO'S NOTICE OF FILING DEPOSITION OF
DREYON O. WYNN (VOLUME I)**

Now comes Defendant and hereby gives notice of filing of the following deposition along

with its exhibits in support of its Motion for Summary Judgment.

| **DEPONENT** | **DEPOSITION HELD** |
|---|---|
| Dreyon O. Wynn | September 19, 2023 |

Respectfully submitted,

DAVE YOST (0056290)
Attorney General of Ohio

*/s/ Drew C. Piersall*
Drew C. Piersall (0078085)
Scott H. DeHart (0095463)
Zashin & Rich Co., L.P.A.
17 South High Street, Suite 900
Columbus, Ohio 43215
Telephone:     (614) 224-4411
Facsimile:     (614) 224-4433
*dcp@zrlaw.com*; *shd@zrlaw.com*

*Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

This will certify that the foregoing was filed electronically on November 29, 2023.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Drew C. Piersall*
Drew C. Piersall (0078085)
Zashin & Rich Co., L.P.A.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

DREYON WYNN,                    )
                               )
          Plaintiff,           )
                               ) Case No. 3:22-cv-01899
     vs.                       ) Judge Knepp
                               )
UNIVERSITY OF TOLEDO,          )
                               )
          Defendant.           )

- - -

DEPOSITION
OF
DREYON O. WYNN
VOLUME I

- - -

TAKEN AT:  The Law Office of Norman A. Abood
           136 N. Huron Street
           Toledo, Ohio  43604

DATE:      Tuesday, September 19, 2023

TIME:      2:16 p.m.

REPORTER:  Teri Genovese Mauro, RPR

- - -

GENOVESE & RENO REPORTING SERVICE
414 N. Erie Street, Suite 100
Toledo, Ohio  43604
(419) 249-2705

DREYON WYNN VOL I
September 19, 2023

I N D E X

DEPOSITION OF DREYON O. WYNN

Examination                                    Page

    By Mr. Piersall                              5

                        - - -

Defendant's Exhibits

    A                                           66

    B                                           67

    C                                           76

    D                                           76

    E                                           78

    F                                           81

    G                                           87

    H                                           94

    I                                           97

    J                                           99

    K                                          109

                        - - -

Objections

        None

                        - - -

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

3

1   APPEARANCES:

2     On behalf of the Plaintiff:

3        THE LAW OFFICE OF NORMAN A. ABOOD
         136 N. Huron Street
4        Toledo, Ohio  43604  (419) 724-3701
         By:  SUSAN K. SHARKEY

5

6     On behalf of the Defendant:

7        ZASHIN & RICH
         17 South High Street, Suite 900
8        Columbus, Ohio 43215 (614) 224-4411
         By:  DREW C. PIERSALL

9
         THE UNIVERSITY OF TOLEDO
10       Senior Associate General Counsel
         University Hall, UH 3620, Main Campus
11       Toledo, Ohio  (419) 530-5393
         By:  JANELLE M. SCHALLER

12

13                    - - -

14                 DREYON O. WYNN,

15   was by me first duly affirmed, hereinafter certified,

16   testified and said as follows:

17                    - - -

18              MR. PIERSALL:  Good afternoon, Dre.

19              THE WITNESS:  Good afternoon.  How

20          are you, Drew?

21              MR. PIERSALL:  Good.  How are you?

22              THE WITNESS:  Good.

23              MR. PIERSALL:  Before we get going

24          with the deposition, I just want to put a

25          couple things on the record that I

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

4

1          discussed with Miss Sharkey off the

2          record.

3               We stipulate -- so I don't have to go

4          over a lot of the other material I went

5          over in the Wendy Davis deposition that I

6          took of you, we stipulated that we can use

7          the deposition you provided in Wendy

8          Davis' case in this case.  Correct?

9               MS. SHARKEY:  Yes.

10               MR. PIERSALL:  Thank you.

11               THE WITNESS:  So that I don't have to

12          repeat things?

13               MR. PIERSALL:  I'll do my best, yeah,

14          not to be repetitious.  I may cover some

15          of the same ground because there is

16          naturally some overlap, but I don't want

17          to.  I'll do my best to not cover ground

18          previously covered.

19               Also, you received -- I received 30,

20          40 e-mails from Miss Sharkey yesterday

21          containing records.  I haven't even

22          touched them yet just due to time

23          constraints, so I would like to leave the

24          record open after today and tomorrow's

25          proceedings to the extent that there are

Electronically signed by Teri  Genovese (001-142-143-1430)                              9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

5

1              any questions raised by the document

2              production that I received yesterday.

3                   Is that -- did I capture our

4              agreement correct?

5                   MS. SHARKEY:  Correct.

6                   MR. PIERSALL:  Thank you.

7                   THE WITNESS:  Does that mean having a

8              third deposition date?

9                   MS. SHARKEY:  Possibly.

10                   MR. PIERSALL:  Potentially.

11                   THE WITNESS:  That's fine.

12                   MR. PIERSALL:  Potentially just

13              because --

14                   THE WITNESS:  That's fine.

15                   MR. PIERSALL:  Yes, that's what that

16              means.

17                   THE WITNESS:  Yeah.

18                   MR. PIERSALL:  Potentially.

19                        - - -

20                   EXAMINATION

21    BY MR. PIERSALL:

22        Q    Please state your name for the record.

23        A    Dreyon Wynn.

24        Q    Dre, are you presently under the influence

25    of any type of drug or substance that would make it

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

6

1    difficult for you to recall information from the

2    past or to testify truthfully and accurately here

3    today?

4         A    No, sir.

5         Q    Let's pick up a little bit where we left

6    off from last time.  You were -- had a position with

7    the NLRB, correct?

8         A    Yes, sir.

9         Q    What is the status of that job?

10        A    I am still in the position, hopefully to

11   the end of the year.  The director, I got strong

12   review scores and so they like me, so I just have to

13   finish this degree.  So I'm trying to graduate in

14   December, and they'll just -- like they'll convert

15   me over.

16             So we'll have an opening.  Someone is

17   leaving in October, so they won't fill that

18   position.  Hoping that December comes, I'll graduate

19   and then just convert it over to just a field

20   examiner versus a field examiner student trainee

21   co-op type of -- yeah.

22        Q    Will your wage change at that point in

23   time?

24        A    No.  No.

25        Q    And remind me, what was it?

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

7

1      A     I'm at 67,000, maybe 67,500.

2      Q     Have you applied for any jobs since we

3   last met here?

4      A     No.

5      Q     What is the status of your doctorate

6   degree that you're pursuing?

7      A     I'm in the last phase.  I'm in my

8   dissertation phase.  So I have my topic and I'm

9   hoping to defend it sometime next month.

10     Q     Since we last spoke -- since I last

11  deposed you in the Wendy Davis case, have you spoken

12  with any employees of The University of Toledo or

13  former employees of The University of Toledo?

14     A     Wendy Davis.

15     Q     Describe.

16     A     About our dissertations.  Wendy is in --

17  she's working on her PhD in I/O psychology,

18  I believe it is, and she is attending, I believe,

19  Liberty University, and she, too, is in her

20  dissertation phase.  That's the last part of the Ph

21  of your doctorate degree before graduating.

22           She's kind of -- we kind of like, you

23  know, encourage each other, like you got to keep

24  going.  This is the hard part.  We just got to push.

25     Q     Did you talk to Wendy Davis about

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

8

1   testimony that you provided in your deposition?

2        A    No, sir.

3        Q    Did Wendy ask you any questions about the

4   testimony you provided in your deposition?

5        A    No.  I didn't tell her that I testified.

6        Q    Okay.

7        A    She doesn't know.

8        Q    Fair enough.  Have you talked to Terrie

9   Kovacs since you testified in the deposition in the

10  Wendy Davis case?

11       A    No.  I don't believe I had.  No, I

12  haven't.  But I've been -- when I talk with Wendy,

13  we brought Terrie up, and Terrie had surgery.  She

14  told me Terrie had some type of serious surgery, and

15  then she is recovering, so -- yeah.

16       Q    Yeah.  Have you talked to Carolyn Chapman

17  since you last testified?

18       A    No.

19       Q    La-Kebra Sims?

20       A    No.

21       Q    Mary Elizabeth Harper?

22       A    No.

23       Q    Keenen Fisher?

24       A    No.

25       Q    Kevin West?

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

9

```
 1        A    No.
 2        Q    Have you provided any documents or
 3   testimony to the Ohio Civil Rights Commission or the
 4   Equal Employment Opportunity Commission since you
 5   last testified?
 6        A    No.
 7        Q    Have you been contacted by either
 8   organization since you last testified?
 9        A    No.
10        Q    Have you filed any charges of
11   discrimination with either organization since you
12   last testified?
13        A    No.
14        Q    Have you filed any lawsuits since you last
15   testified?
16        A    No.
17        Q    Have you been sued since you last
18   testified?
19        A    No.
20        Q    I think I asked you about Matt Schroeder
21   in your deposition, whether or not he had made any
22   comments to you that you found offensive on the
23   basis of your race, and I think your answer at that
24   time was no.  Is that correct?
25        A    No.  No.  I don't know.  No.  He didn't.
```

Electronically signed by Teri  Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

10

1    He hasn't made any comments to me.

2        Q    Understood.  My question to you is,

3    opening it up, did anyone at The University of

4    Toledo make any comments to you that you found

5    offensive on the basis of your race?

6        A    No.

7        Q    Did anyone make any or use any racial

8    slurs in your presence while you were employed by

9    The University of Toledo?

10       A    Let me back that up.

11       Q    Sure.

12       A    John Elliott would get me and Keenen mixed

13   up or me and other -- Justin, who is African

14   American, and I told him, you know, my name is Dre;

15   I don't like, you know, 'cause we're all black, you

16   calling us the same name.  You know, he's getting us

17   mixed up.  I didn't like that, and I let John

18   Elliott know that.  But other than that, that's it.

19       Q    Did anyone use any racial slurs in your

20   presence at The University of Toledo?

21       A    No, sir.

22       Q    Did anyone make any comments in your

23   presence while you were employed by The University

24   of Toledo that led you to believe that you were

25   being retaliated against?

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

11

1        A     Yes.

2        Q     Describe.

3        A     Well, I gave the example of Chief Newton

4   and about how Chief Newton had animus towards me

5   because, one, I rebuked him during the mediation.

6   There was an unfair labor practice charge that was

7   filed against Chief Newton for unilaterally changing

8   a past practice and for going against what was in

9   the contract in regards to the labor union.

10             He was intentionally targeting an employee

11   in the union, and I told him -- I called him on two

12   separate occasions; if you do X, Y, Z, this is what

13   will happen.  He'll file a charge and we will be

14   found -- it will be probable that we violated.  It's

15   not going to come out favorable.  Well, I'm still

16   going to do it.

17             So I gave him a day, called another Webex

18   meeting, you know, because sometimes just managers

19   are upset, just give them some time to calm down.

20   So I called, let's have another meeting.  Hey, you

21   know, again, I just want to reiterate I don't think

22   you should do it; if you do, this is what will

23   happen.  And, you know, the university is involved;

24   I'm involved; it's taking time away; it's costing us

25   money because, of course, we're going to have to

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

12

1   have a lawyer present.  Well, I'm going to do it

2   anyway.  So I followed up that meeting with an

3   e-mail warning him not to do it.

4            Fast forward maybe a week or two, he did

5   it, exactly what I told him not to do.  The union

6   filed an unfair labor practice charge.  SERB

7   investigated it, found probable cause.  So we had a

8   mediation.

9            Because when you -- it's my understanding,

10   and I'm not familiar with SERB, but it's when, you

11   know, they try to mediate if there is a finding.

12   They like, look, we don't want this to go any

13   further, can we just resolve this.

14            The mediator began to go over the report

15   of the investigation, and the mediator told

16   Chief Newton literally, almost verbatim, what I told

17   him.  And the chief, he was like, you know -- but

18   all the union is looking for is for you to do this.

19   We can resolve this.  It was something minute.

20            Chief Newton went on this tangent, oh,

21   kind of like woe is me; like, oh, you know, they

22   never liked me; they out to get me; I don't feel

23   like I should have to do this.

24            And so I rebuked him, told him this is

25   your fault; you're the reason why we're here today;

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

13

1   I told you not to do it and you've done it; this man
2   is telling you exactly what I told you and you still
3   don't want to resolve this issue; you need to put
4   your personal feelings aside and you need to do
5   what's best for the university; we would not be here
6   if this wasn't for you.
7           So he got angry that I said that.  Right?
8   So he contacted Wendy, and he uses profanity about
9   me.  You know, f'ing Dre, I can't stand that f'ing B
10  or whatever.  Right?  And he demanded that Wendy
11  remove him, his department, from under me and put it
12  under Janelle.  Right?
13          And Wendy pulled me in the office and she
14  said, Dre, you know, we got a problem.  I was like
15  what's the problem.  Jeff is upset at you and he
16  wants to be removed from under -- under you and be
17  placed under Janelle.  And I asked why.  I said --
18  everyone knows that I'm direct, and I'm very direct.
19  Right?
20          And when it comes to these people -- as I
21  explained to Wendy, our job as HR is to be the
22  police of these policies, enforce language.  We're
23  supposed to keep balance and things in check.
24          What I did, that was my job, was trying to
25  prevent him from doing it.  Right?  And you want to

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

14

1    strip responsibilities from me to appease him when

2    he was the one that was wrong.  I said, you know,

3    you the CHRO and you do whatever you feel is

4    appropriate.

5         Q    Real quick, this is a conversation you

6    were having with Elliott?

7         A    With Wendy.

8         Q    Okay.  I understand.

9         A    Elliott hadn't come on board.  You know,

10   because Wendy pulled me in -- because at the time,

11   it was very tense, you know, with Wendy and Matt.

12   Right?  There was a lot of tension.  There were

13   things -- there was so many fires, so many things

14   going on.  I had just started.  The FOP debacle with

15   Lisa.

16             To clear the record, I was not there.

17   When I started, that FOP debacle had already

18   started.  I'm the one who caught it.  Okay?  Lisa

19   negotiated that contract.  I was not there.  I

20   didn't give her permission.  Right?  I'm the one who

21   caught the error.

22             But that had just transpired, so there was

23   tension with Wendy and Matt because Matt was upset

24   when we discovered this don't look right.  I'm the

25   one that said this don't even add up.

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

15

1      Q    I'm sorry.  I'm getting a little lost.
2  What did you tell Matt did not add up?
3      A    I told Wendy that the FOP numbers that
4  Lisa came up with for the resolution she drafted to
5  send to the board of trustees where there was
6  0 percent year one, year two, year three, that
7  didn't make sense if you collapse the scales.
8           You move people from Step 1 up to Step 3,
9  that's an increase.  Right?  That had transpired
10  along with all these other things going on.
11          Wendy approached me, let me know after the
12  ULP was filed, after the SERB mediation, that he
13  wants you removed -- to be removed from you under
14  Janelle.  And I just let her know, you're the CHRO;
15  do what you feel you need to do, but I don't agree
16  with it because I wasn't derelict in my duties.  I
17  did my job.  And if I had screwed up and it was, you
18  know, my fault, then, yeah, take them from under me.
19          But, no, I don't think that's right.  I
20  feel like I'm being punished for doing my job and
21  trying to keep us from being in any type of problems
22  with the state agency.
23          So, to me, that started the animus from
24  Chief Newton against me.  And from that point on --
25  because he made a comment to someone that he didn't

Genovese & Reno
(419)249-2705

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

16

1    feel like I was on his side; that I wasn't on

2    management's side, which I'm like that doesn't even

3    make sense.  I'm HR.  My job is to be neutral and

4    impartial.  And wherever there is wrong, it's on --

5    whatever side it's on, that's what side it's on.

6    Okay?

7                But from that incident, everything else --

8    the arrest.  I was arrested.  I nearly died in that

9    car.  They put the handcuffs on me so tight, I

10   couldn't breathe, and I thought that I was going to

11   die.  And I was in the back of that police car and I

12   prayed to God that my mother would fight for me if I

13   had died in that car because I couldn't breathe.

14               Yes.  That was retaliatory.  I wouldn't

15   have done a human being that way over a laptop that

16   I returned and had intentions on returning when my

17   employment was up.

18        Q    All right.  Did you ever tell or share

19   with Chief Newton that you felt any of his actions

20   were discriminatory in nature?

21        A    No.  Why would I tell the top cop, the

22   person who possibly could do something like shoot

23   me?  No, I wouldn't tell him that.

24        Q    Did you think Newton was going to shoot

25   you?

Genovese & Reno
(419)249-2705

DREYON WYNN VOL I
September 19, 2023

17

1      A     No.  But I'm just giving you an example.
2   I would never tell -- as an HR professional, I would
3   not go to another person and say I think you are
4   discriminating against me.  Why would I do that?
5   They would be having a jaundice eye about me and
6   anything going forward with any problems they have.
7   I would never do anything at work like that to
8   jeopardize my ability to do my job, and that would
9   have done that.
10     Q     The SERB mediation that you just
11  discussed --
12     A     Yes.
13     Q     -- what were you mediating?  What was the
14  case?
15     A     They found cause against Chief Newton's
16  action.
17     Q     And my question is what is that action?
18     A     That he violated a past practice and he
19  violated the contract.
20     Q     How?  Do you remember the incident?
21     A     I don't -- it was something to do,
22  I believe, with like schedules of the officers and
23  probably how they post jobs.  Something dealing with
24  job postings.  I don't know if it's the duration of
25  time.  I can't recall if it was you needed to post

Electronically signed by Teri  Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

18

1   it for five days and you only posted it for a day,

2   or needed to post it on this board and that.  You

3   know, it was something.  It was a nuance that he

4   changed.  He didn't follow.

5          And the union was able to prove that

6   though that wasn't black-and-white-contract

7   language, it was a long-established pattern of

8   practice over X amount of years.  So in lieu of --

9   in lieu of -- they look at that kind of contract

10  language, too, even though it's not in black and

11  white.  If it's a long-standing established pattern

12  of practice, it is language basically.

13      Q    Past practice?

14      A    Uh-huh.

15      Q    Yes.  I'm aware.  I got you.  When you

16  said there was an issue with Lisa Simpson's

17  negotiation of the FOP contract --

18      A    Yes.

19      Q    -- when did Simpson negotiate that

20  contract?

21      A    I have no clue.  I wasn't there when she

22  did it.

23      Q    All right.

24      A    Beth had left.  I came on board.  Lisa had

25  done it already.  So for Beth to say that I was

Electronically signed by Teri  Genovese (001-142-143-1430)                                        9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

19

1    there is incorrect.  I was not there.

2        Q    Did Lisa have a boss at that time when she

3    negotiated that contract?

4        A    Well, Wendy was there.  But Lisa, when I

5    tried to get her to tell me who gave you the

6    authority to do this, and she said I just did what I

7    was told.  And I said send me your proof, and she

8    forwarded a whole lot of e-mails between her and the

9    CEO of the hospital.

10       Q    Rick Swaine?

11       A    I don't know if it was Swaine.  'Cause

12   somebody left, and we got a new CEO at the hospital.

13   There was a transition.  Right?  But whoever it was,

14   she did forward communications between the two of

15   them.  He didn't tell her.  I don't remember him

16   saying yes or no.  It wasn't clear to me.

17       Q    Why were you still dealing with the FOP

18   contract that Lisa had negotiated?  What was your

19   role in addressing that?

20       A    Because FOP was going to file a ULP,

21   because Lisa agreed to 0 percent, and she agreed to

22   collapsing the scales.  They tentatively agreed to

23   that at the table, so it needed to be ratified on

24   our end which is the board of trustees so then they

25   could take it to their body to vote.

Electronically signed by Teri  Genovese (001-142-143-1430)                                        9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

20

1        Well, when Lisa brought the resolution --
2   I think it was like the first week I started.  She
3   was working on the resolution and -- maybe a week or
4   two after I started, and she brought it to Wendy.
5   And she said, Dre, look at this, you know.  And I'm
6   like, um, Wendy, something is wrong with this.  And
7   she's like, what.  I said, Wendy, this doesn't make
8   sense.  I haven't even seen the spread -- the
9   numbers, the costing of this, and I said you can't
10  move people from the bottom step up to Step 3.  And
11  it was probably like 8 to 10 people on the bottom
12  step, and it was a couple people on Step 2.
13       Since you're moving those people up,
14  that's an increase in wages.  There has to be cost.
15  It can't be 0 percent.
16       Q    So when -- you joined the university in
17  March of 2020, right?
18       A    I believe, yes.
19       Q    So had that proposed FOP contract been
20  presented to the board of trustees at that point in
21  time?
22       A    You said had it?
23       Q    Yeah.
24       A    No.  It never pre -- what was presented.
25  We called Matt on the phone.  When I got that

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

21

1    proposal and showed Wendy, Wendy called Matt

2    immediately, because, of course, Wendy is on edge.

3    Right?  She's like, Matt, you know, we got a

4    problem; Dre discovered that there's an issue with

5    this resolution.  And I explained it to him over the

6    phone.  He said -- he told Wendy, send me a copy of

7    it.  Right?

8           So she does what she's told.  She e-mailed

9    it to him.  Right?  Not to take to the board of

10   trustees.  So then we called -- who was the former

11   legal -- was it Papadimos?

12          Okay.  So me, Wendy, Matt, and Papadimos

13   get on a call to see what are our options, because

14   Matt is like, I am not taking this to the board.  So

15   he gave us two options.  Right?  He said, one, you

16   can take it to the board, and the board vote it down

17   and it takes us back to the table.  Two, he said

18   something about there was like case law or

19   something.

20       Q    I'm sorry.  Is this Pete or Matt?

21       A    This is Pete.

22       Q    Well, don't -- we need to be cautious

23   about revealing privileged communications.

24       A    But how can I explain what --

25       Q    You can't.

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

22

1      A    How can I tell what -- well, okay.  Well,
2  so he gave -- we got two options.  Right?  So Wendy
3  was afraid that this was going to fall on her
4  because she was the VP.  So I was trying to figure
5  out how can I help Wendy and how could I help cover
6  up what Lisa did.  Right?
7           So I kept pressing the chief negotiator to
8  agree to reopen negotiations, which she did.  Okay?
9  And that's how I got involved.
10     Q    Okay.
11     A    So that resolved -- that resolved the
12  problem.  It wasn't a problem any more, because we
13  were back at the table negotiating the wage.  Right?
14  And so that resolved the issue.  Shouldn't be an
15  issue any more.
16          Matt did not take it to the board.  He did
17  not.  So I resolved the issue.  So I helped Wendy
18  out and I covered Lisa's tail.  She was my direct
19  report -- she now was my direct report, so I was
20  trying to come in and show that, you know, you can
21  trust me; I'll help you -- right? -- type of thing.
22     Q    So was that -- the issue that was
23  corrected with that contract, was that eventually
24  taken to the board for approval?
25     A    No.  We never did get FOP contract

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

23

1    finalized while I was there.  I was -- I was fired

2    before it happened.

3        Q    Were there ongoing negotiations regarding

4    the wages in the contract?

5        A    There was discussion between me and the

6    chief negotiator from the other side.  That is

7    correct.

8        Q    During the entirety of your employment?

9        A    No, not during the entirety of my

10   employment.  But there was a period of time during

11   my employment, the chief negotiator and I, I would

12   take -- I would go back to Chief Newton because it

13   was his department, and the hospital CEO and John

14   Elliott, and I copied -- I e-mailed them every

15   correspondence between myself and the chief

16   negotiator to get them to give me the authority to

17   agree and come to an agreement.

18            So they were all kept in the loop by

19   e-mail.  I did not have individuals sitting at a

20   table.  The only topic we needed to resolve was this

21   wage percentage.  Everything else had been agreed to

22   tentatively before I got there.  I wasn't going to

23   reopen everything.  I'm trying to close the issue.

24       Q    Did you receive the authority that you

25   requested?

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

24

1        A    Yeah.  It was like -- you know, they gave

2    me like maybe 0 percent, 0 percent.  Yeah.  I mean,

3    they weren't responding back to me.  Finally I went

4    to John Elliott.  I said, look, the hospital CEO

5    isn't responding; you need to go to him and he needs

6    to respond.  We done had this open for weeks.

7            So John did go to the CEO of the hospital,

8    and he finally responded.  But John Elliott asked me

9    a question which I thought was strange.  He said,

10   you don't want to wait till Beth starts.  I said,

11   why would I wait a whole other month for Beth when

12   all we have to do is agree to the wage.  Right?

13   This is the last item.

14           I said, no; can you, please, go to the CEO

15   of the hospital and get him to respond to my

16   e-mails.  And so he did that.

17       Q    Who was the chief negotiator you were

18   working with?

19       A    She's such a nice lady.  Very classy.

20   Jackie Hagaman.  Hagman or Hagaman.  It's one or the

21   other.

22       Q    And I think you told me last time we met

23   that you dealt with five different bargaining units?

24       A    Four.

25       Q    Four?

Electronically signed by Teri  Genovese (001-142-143-1430)                                          9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

25

1      A     Uh-huh.

2      Q     Were all four contracts negotiated at the

3  same time, or were they staggered?

4      A     They were staggered.  When I walked in,

5  they were in negotiations.  There was no -- they

6  were already in -- with negotiations in those

7  contracts.

8      Q     Prior to your arrival in March of 2020,

9  who was negotiating those contracts?

10      A     I believe it was Beth or -- you know, Lisa

11  had FOP.  And I believe Beth was in negotiations or

12  just starting.  She was just starting them or she

13  had some ongoing, I believe.

14      Q     Beth Ziviski?

15      A     Uh-huh.

16      Q     Did any -- we already talked about FOP.

17  Did any of the other three contracts get negotiated

18  and agreed upon during your tenure?

19      A     No, none of them.

20      Q     I presume you were involved in the

21  negotiations for all of those contracts?

22      A     No.

23      Q     What -- which contracts were you involved

24  or not involved?

25      A     CWA.

Electronically signed by Teri  Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

26

1      Q    You were or were not?

2      A    I were -- I was involved with CWA.  I

3  picked up the FOP.  And then I think that was it.

4  AFSCME was about to start.  I think we might have

5  set a meeting date, but I think that was it.

6      Q    Remind me, what was the fourth union?

7      A    UTPPA, FOP, CWA, and AFSCME.

8      Q    Did anyone assist you with the CWA

9  negotiations?

10     A    Uh-huh.  Yeah.  We had a committee.  There

11  was a group.

12     Q    Did any of your subordinates assist you

13  with the CWA negotiations?

14     A    At that time, I think they had all left.

15     Q    Did Lisa Simpson remain involved in the

16  negotiation on the wage component that we just

17  discussed?

18     A    No.  Lisa was -- she left shortly after.

19  I don't think she stuck around.  Probably about a

20  month, maybe two after.

21     Q    After you joined?

22     A    Yeah.  Uh-huh.

23     Q    Did anyone assist you, any of your

24  subordinates assist you with the negotiation of the

25  FOP contract?

Electronically signed by Teri Genovese (001-142-143-1430)                                        9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

27

1        A     No.

2        Q     Did you engage in any activities to

3   prepare for the negotiations -- for the negotiation

4   of the AFSCME contract?

5        A     No, because I don't think we -- you know,

6   we hadn't started.

7        Q     Yeah.  I just was wondering if there was

8   any lead-up activities.

9        A     I mean, like you would with any contract;

10  find out what the problems are, what the contract

11  language management would like to see changed; look

12  at, you know, your grievances; look at bargaining

13  notes from previous -- no, I hadn't done any of

14  that.  We hadn't even got -- CWA was the only union

15  that I had full-fledged, you know, negotiations,

16  prepping, getting a committee together.

17       Q     Who was the chief negotiator of the CWA?

18       A     I was.

19       Q     No, on their side.

20       A     Monica Hogan and the president, Erika

21  White.  I think they were like sharing.  They were

22  kind of co.  They were a team, I believe, and they

23  had other people on their committee.

24       Q     When you negotiated that CWA contract, was

25  your role to represent management or did you view it

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

28

```
 1   as a more neutral --

 2        A     I'm representing management.   I

 3   represented the university.

 4        Q     Who was your UT contact for the CWA

 5   contract?  And by that, I mean, I presume when you

 6   had that FOP issue you were dealing with

 7   Chief Newton?

 8        A     Chief Newton and his -- he had someone

 9   under him.  I believe Rodney Theis.

10        Q     Right.  So who were those equivalents for

11   the CWA contract?

12        A     Primarily Jason Toth's group.  And Jason

13   Toth had a -- oh, I can't think of her name.  They

14   were primarily from Jason Toth's group because Jason

15   Toth had the bulk of --

16        Q     The CWA employees?

17        A     Uh-huh.

18        Q     I asked you earlier today regarding anyone

19   who made any comments that led you to the belief

20   that you're being retaliated against.  Other than

21   Chief Newton, which you already described, is there

22   anyone else that made such comments?

23        A     I mean, John Elliott was angry.  He had

24   his personal assistant pack my office up.

25        Q     I'm just talking about comments.
```

Electronically signed by Teri Genovese (001-142-143-1430)                                9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

29

1      A      Well, his actions.

2      Q      Okay.  Pam Schwartz?

3      A      Yes.

4      Q      Okay.

5      A      Moved me out of the secured area where

6  everyone else was, out into the lobby into a closet

7  in the corner.  And then when he walked away, he

8  made the comment, oh, well, at least you have a

9  window, and he walked off.

10             Now, by that time, I had already sent an

11  e-mail out to the executive director of HRIS and

12  other HRIS staff requesting wage information to

13  investigate if there was wage discrimination going

14  on within our department, because there had been two

15  other staff of color that had approached me about

16  racial discrimination, and they wanted something to

17  be done about it.  And they wanted -- they came with

18  a complaint.  I let them know that I would look into

19  it being as neutral as I can and I'd get back with

20  them.

21             So to start that, I sent the e-mail

22  letting them know I wanted the wages and this is why

23  I wanted them.

24      Q      When was the office move?

25      A      Around that time.  I believe right after

Electronically signed by Teri Genovese (001-142-143-1430)          9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

30

1   that.

2        Q    Month?

3        A    January.

4        Q    Of 2021?

5        A    Correct.

6        Q    And who -- let's break that down a little

7   bit.  Who are the two individuals that approached

8   you?

9        A    LaShawna Jordan who filed a charge of

10  discrimination against the university and they found

11  probable cause.  Keenen Fisher was another one who

12  filed a charge outside of the university.

13       Q    So those -- LaShawna and Keenen approached

14  you with concerns regarding pay disparities?

15       A    Yes.

16       Q    Was this one meeting with the three of

17  you --

18       A    No.

19       Q    -- or two separate meetings?

20       A    No.  I would never do that.

21       Q    I understand.  I'm just asking if it was

22  one or two separate --

23       A    It was just one.  One-on-one two different

24  times, probably within a week or two apart with each

25  other.  I don't know if they were communicating with

Genovese & Reno
(419)249-2705

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

31

1  each other or not, but it was within a close

2  proximity, maybe a week or two.

3      Q    What were -- describe to me the

4  conversation.  Well, let's back up.

5          Do you recall which meeting was first,

6  LaShawna or Keenen?

7      A    Probably LaShawna's.

8      Q    Describe LaShawna's meeting to us.  What

9  did she say to you?  What were her concerns exactly?

10     A    There was a -- LaShawna had approached

11 John Elliott about a stipend.  She wanted a stipend,

12 and she explained to John Elliott that even

13 though -- she explained to John Elliott, I am the

14 only person in this HR department for the university

15 and the hospital that is doing compensation; I'm

16 overwhelmed; I'm getting a ton of compensation

17 requests; we have no manager or director; and if I'm

18 doing all this work, I feel that it's justified for

19 some type of stipend or wage increase.

20         He told her no.  Okay?  Just like he told

21 me no.  And --

22     Q    Real quick, what was LaShawna's title?

23     A    She was -- she wasn't a manager.  She was

24 like a compensation analyst or specialist.

25     Q    Who did she report to?

Electronically signed by Teri Genovese (001-142-143-1430)                                        9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

32

1      A    She didn't have -- I don't know who her --
2   her supervisor had left.  It was David Gaus.  So it
3   was a vacancy.
4      Q    Did she have an interim reporting
5   structure?
6      A    I don't -- I think Melissa Hurst took
7   over.
8      Q    All right.  Anything else that you can
9   recall that LaShawna told you?
10     A    Well, she told me he told her no.  And
11  later on, Beth Wiley, they created like a manager of
12  total rewards position and posted it for a day or
13  two and took it down and she didn't know about it.
14  And that position they created, she was going to
15  report to it, but it was 50 percent compensation.
16  This person would be managing compensation and
17  compensation.
18          And John Elliott had approached Beth Wiley
19  and said, look -- because she put in her
20  resignation, I'm leaving.  He meets with her;
21  listen, I like you; I want to keep you here; I'm
22  going to be posting a job.
23     Q    This is a conversation between Elliott and
24  Wiley?
25     A    Correct.  And I want you to apply for it.

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

33

1    Right?  So the next day or later on that day,

2    position comes up.  She applies for it.  He puts her

3    in the position.  They make the announcement.

4            LaShawna is like, what is going on, John.

5    And she e-mailed John.  She said, listen, I came to

6    you requesting extra compensation.  You knew that I

7    was looking for more money, yet and still you create

8    this position; you didn't post it at the time it

9    should be posted; you didn't even tell me in the

10   meeting that you were creating a position that I

11   could apply for that would give me extra

12   compensation or more money.  Right?

13           And so he responded back to that e-mail.

14   I can't remember what he said.  I think he might

15   have apologized.  I'm not sure.

16           So she comes to me, and she's like, all of

17   this is going on, right, Dre; I'm furious; I'm --

18   you know, can you look into this; so I'm coming to

19   you because I don't know who else to go to; you're

20   director of labor/employee relations; can you do

21   something about this.

22           I said, well, let me look into it.  Right?

23   Because it wasn't just LaShawna's complaint.  I had

24   a lot of other people -- like that last month or

25   two, I'm like, oh, my gosh.  Am I a complaint

Electronically signed by Teri  Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

34

1    magnet?  Everybody was coming, at the hospital.  I'm
2    like what is in the water, what is going on.
3              So Keenen might have came about a week
4    later maybe.  It was very close in proximity of
5    time.  Keenen comes.  He's upset because they're
6    bringing other -- they're hiring people at his
7    position as an HR.  I think he was an HR specialist.
8    Right?
9              He's upset that he's been there a number
10   of years, has a degree.  I think he had a master's
11   degree probably at the time.  They're bringing
12   people off the street making 8, $10,000 more than
13   him.  Right?  HR specialist.  He's upset.  Right?
14   He's like I'm the lowest paid HR specialist.
15             So I'm like, well, you know -- you know, I
16   just feel it's racial; I'm upset; can you -- I said,
17   well, you know, I'll look into it and I'll get back
18   with you.  I can't make any promises, but I will
19   take this complaint and I'll look into it.
20        Q    Did LaShawna put her complaint in terms of
21   it being racial like Keenen did?
22        A    Yes.
23        Q    And did you document, memorialize these
24   conversations with LaShawna or Keenen anywhere?
25        A    No.

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

35

1    Q    And then you made those requests for wage

2  information to those two different individuals?

3    A    Eventually, yes.

4    Q    All right.

5    A    I didn't do it right away.  Because like I

6  said, I had so much going on, but I did eventually,

7  within a couple days or a week, make the request.

8    Q    Did you ever report back or respond to

9  Keenen or LaShawna?

10    A    I was fired before I could even finish.

11    Q    I understand.  Let me -- did you respond

12  to LaShawna or Keenen regarding their concerns at

13  any point in time?

14    A    I was fired before I could finish.

15    Q    So that's a no?

16    A    Correct.  My investigation was impeded by

17  the university.

18    Q    Did you share -- you got some wage

19  information back, correct?

20    A    I did.

21    Q    Did you share that information with

22  LaShawna or Keenen?

23    A    I believe I did afterwards, yes.

24    Q    All right.

25    A    I did.

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

36

```
 1        Q    How did you do so?
 2        A    I told them over the phone.  I spoke with
 3   them, because I helped them with their EE -- their
 4   OCRC charges.  As a matter of fact, I believe I sent
 5   the spreadsheet into OCRC.
 6        Q    And the request for wage information, I
 7   think you said you made into HRIS employees?
 8        A    Correct.
 9        Q    Who did you make this to?
10        A    Sean Otti.
11        Q    O-T-T-I?
12        A    Yes.  He's an HR analyst.
13        Q    Yeah.
14        A    Steve Brisson, B-R-I-S-S-O-N.  He's also
15   an HR analyst.  And the executive director, Mark
16   Hasley (phonetic).
17        Q    Of HRIS?
18        A    Correct.  Well, I think it's executive
19   director of probably total reward.  They
20   restructured, but he was an executive director, so
21   HRIS total rewards, I guess.  I'm not sure.
22        Q    And when you say you made it to Mark as
23   well, is that a separate request or did you copy him
24   on the e-mails?
25        A    He was in the e-mail.  So it was to both.
```

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

37

1     Q    And why did you make separate requests as
2 opposed to one?
3     A    Because Sean -- one of them wasn't
4 responding, and I sent multiple e-mails, and he
5 didn't respond.  So I'm like he must be overwhelmed.
6 I sent it to the next people 'cause I was trying
7 to -- you know, I wanted to at least get, you know,
8 a glimpse at the wages.  I felt that would have been
9 a good start.
10     Q    Did you have any conversations with Otti
11 or Brisson or Mark -- is it Hanesly?
12     A    Hasley, I think.  H-A-S-L-E-Y [sic].
13     Q    Okay.  Did you have any conversations with
14 Mark, Sean, or Steve.
15     A    Not after that.  No, not after that.  Not
16 after the e-mails.  No, I don't recall.
17     Q    Did you discuss the wage information that
18 you did receive --
19     A    No.
20     Q    -- with anyone?
21     A    No.  Not while I was there, no.
22     Q    Did you -- to your knowledge, did Mark,
23 Sean, or Steve inform John Elliott that you were
24 making inquiries into wage?
25     A    I believe they did.  I believe Mark did.

Electronically signed by Teri Genovese (001-142-143-1430)    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

38

1   Yes.

2       Q    And what do you base that belief on?

3       A    He's an executive director, and I'm sure

4   he spoke to John or Beth.  I'm sure of it.  That's

5   how they knew.

6       Q    All right.  Other than your assumption, do

7   you have any evidence or --

8       A    No, I don't.

9       Q    -- any confirmation that Mark communicated

10  your wage inquiries to John Elliott?

11      A    No.  Or Beth.  Not just John, but Beth.

12      Q    You believe Mark communicated your

13  inquiries to Beth?

14      A    Or John, yes.

15      Q    And/or John?

16      A    Correct.

17      Q    Did you make the inquiry to see where you

18  were paid amongst the director level phase?

19      A    No.  But I just happened to see it.

20      Q    Okay.  What was the results of that search

21  or seeing it?

22      A    I was blown away by it.

23      Q    You were -- I believe I saw the records,

24  you indicated you were seven out of eight or

25  something to that effect?

Electronically signed by Teri Genovese (001-142-143-1430)                                              9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

39

```
 1        A    I was the second from the bottom, correct.

 2        Q    Who was the bottom; do you recall?

 3        A    Melissa Studer.

 4        Q    What's her race?

 5        A    She's white.

 6        Q    When you say you were blown away, why were

 7   you blown away?

 8        A    I mean, Wendy couldn't even get positions

 9   filled because Matt was saying we don't have money;

10   it's not in the budget.  He made Wendy's life a

11   living hell.  Not only did he take money from her

12   budget, but he wouldn't let her backfill positions.

13   She tried to restructure.  It was a no.

14           So here Wendy gets the short end of the

15   stick.  We get a new white chief HR officer.  He

16   gets autonomy and money and support and resources.

17   You're giving people -- Jennifer Cherry has --

18   doesn't have a certification, a master's degree,

19   very limited HR experience.  She's making $100,000.

20   Really?  Jason Beck, 105.  They've never been a

21   director ever or a manager, yet alone -- I mean, I'm

22   like, wow, they're coming in much higher.

23           Carolyn worked her way up -- Carolyn

24   Chapman worked her way up the ladder to HR director

25   of the hospital.  She was like low 90s.  Right?
```

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

40

1  It's like what is going on.  These people have no --
2  nowhere near the experience and the education that
3  we current directors have.  Yet and still they have
4  surpassed us.  It was ridiculous.
5      Q    Are you aware of any employees during your
6  tenure that filed complaints or concerns regarding
7  wage disparities?
8      A    Not -- not that I can recall, no.
9      Q    Going back to my much earlier question,
10  anyone else besides Elliott or Newton that made any
11  comments that you found to be retaliatory in nature?
12      A    No.
13      Q    When you made comments or concerns
14  regarding discrimination, did anyone express to you
15  that they did not appreciate you making those types
16  of inquiries or not pleased that you had done so?
17      A    They didn't respond.  And they didn't do
18  anything about it.
19      Q    When you say "they," who was the "they"?
20      A    John Elliott.  I was sitting in his
21  deposition and he admitted he didn't even look into
22  the Jason Toth e-mails.  It's like --
23      Q    The one you sent on January 26?
24      A    Right before they called and term -- I
25  called Beth and they terminated me, I think they

Genovese & Reno
(419)249-2705

Electronically signed by Teri Genovese (001-142-143-1430)                                                      9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

41

1   e-mailed right before I called.  Right?  I'm like --
2   I gave four examples of his actions and his
3   behaviors, and they didn't even do anything.  Oh,
4   it's Dre, don't do it.  It's just kind of like the
5   mentality.  Oh, it's just Dre, don't do anything.
6   It's like he did these things, what are you going to
7   do about it?
8        Q    Just so I'm clear, I know that you said
9   no, but did anyone express any displeasure or
10  opposition to you filing complaints or concerns
11  regarding discrimination?
12       A    When Beth called to terminate me, she
13  fired me.
14       Q    Pardon?
15       A    Beth fired me out within hours of me
16  sending that e-mail.
17       Q    I understand.  I just would like a
18  response to my specific question.
19       A    Can you please repeat that for me so that
20  I make sure --
21       Q    Absolutely.  Did anyone at the university
22  express displeasure or opposition to you when you
23  expressed any complaints or concerns of
24  discrimination?
25       A    No, sir.

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

42

1     Q    And I don't think we covered this last
2  time.  How did it come about that you became
3  employed at UT?  How did you find out about the job?
4     A    It was posted online.
5     Q    All right.  Did you know anyone at UT?
6     A    No.
7     Q    Do you remember where online it was
8  posted?  What service?
9     A    Probably Indeed or Monster or
10  hire@jobs.com probably.
11     Q    Do you recall who you interviewed with?
12     A    There was a committee.  David Gaus,
13  director of compensation; Carolyn Chapman, director
14  of HR -- director of HR at the hospital.  I believe
15  Terrie Kovacs.  And there was somebody from the
16  university outside of the HR department.  I can't
17  remember who it is, but I believe those three were
18  on the committee.
19     Q    Do you know if there were any other
20  candidates for the job that you were hired for?
21     A    Lisa.  Lisa wanted the job.
22     Q    You were selected over Lisa?
23     A    Correct.
24     Q    Do you know if anyone else applied for
25  that job other than Lisa?

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

43

1     A    No.  Just Lisa.  Because I know there were

2  some rumblings.  As Beth expressed in her deposition

3  today, Lisa had added a problem with not being

4  advanced.  She was -- you know, her attitude.  When

5  I started, that was there.  You know, she applied

6  for my job and she felt she should have had it.

7     Q    Did she express that to you or is that

8  just the sense that you got?

9     A    That's the sense that I got.  But Wendy

10  informed me when I started that Lisa was upset and I

11  needed to be aware of that.

12     Q    And she said Lisa was upset that she did

13  not get the job --

14     A    Correct.

15     Q    -- that was given to you?

16     A    Correct.

17     Q    Did you ever try to have that dialogue

18  with Lisa?

19     A    No.  I'd never do that.  I don't want

20  her -- I'm not going to put her on the spot and be

21  like, I know you wanted my job.  I think that would

22  create some animus towards us.  Right?  If anything,

23  I worked hard to try to show Lisa that I would be

24  fair and I was there as her director to help support

25  her.  That's why I tried to clean up her mess with

Electronically signed by Teri Genovese (001-142-143-1430)                                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

44

1  FOP.

2      Q    Did you conduct any evaluations of Lisa

3  during your tenure at UT?

4      A    No.  I tried, but I didn't.

5      Q    What do you mean you tried?

6      A    When she resigned, I was going to do her

7  performance review.  I called her in the office to

8  do it, but she started complaining and threatening

9  to go to Matt or Wendy, so I just didn't do it.  I

10  just backed off.

11      Q    Did you begin preparing a draft?

12      A    I did.  I did.

13      Q    What were you planning on giving her?

14      A    Something very similar to what Beth had on

15  the evaluation that Beth showed you, was shown

16  today.

17      Q    Is there a regular cycle for when

18  evaluations are issued?  I thought it was in the

19  summer.

20      A    I'm not sure when the cycle is.  But I

21  wanted to lament and make sure to document the FOP

22  fiasco.  I wanted that documented because that was

23  her fault.

24      Q    All right.  Do you recall, though, if

25  there was a regular cycle or a certain time --

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

45

1        A     I do not.

2        Q     -- when evaluations were to be issued?

3        A     No, sir.

4        Q     Did you prepare an evaluation for any of

5   your -- of your other subordinate?

6        A     No.

7        Q     Did you begin preparing a draft?

8        A     No.

9        Q     Did you ever discipline either

10  subordinate?

11       A     No.  But I wanted to discipline Lisa, and

12  Matt wouldn't let us do it.

13       Q     When you say "us," who are you referring

14  to?

15       A     Well, Wendy was on the call.  We were in

16  Wendy's office, and I let him know that I was

17  going -- I thought she should be suspended for that.

18       Q     For the FOP situation?

19       A     Yes.  Yes.

20       Q     What did Matt say?

21       A     No, he didn't think that she meant any --

22  he was defending her, basically.

23       Q     Did Matt attribute fault to anyone

24  regarding the FOP situation?  Who did he blame?

25       A     He didn't really blame anybody.  He just

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

46

1   was like he don't -- he doesn't believe that the
2   fault should be with Lisa.  That he felt Lisa was
3   doing her job or, you know, kind of what she was
4   told, as she put in her e-mail.
5       Q    Were you -- excluding your two
6   subordinates, were you involved in disciplining any
7   UT employees?  Were you involved in that process?
8       A    I issued discipline on behalf of the
9   university.  Not to my direct reports, no.  There
10  was a guy over at the hospital.  There was a racial
11  incident where he told the young lady, you know,
12  what do I need to do to get you to hear me; do I
13  need to put my knee on your neck.
14      Q    Right.  We talked about that.
15      A    George Floyd had just died.  Correct.
16  That's the incident.
17      Q    All right.
18      A    So there was discipline from that, yes.
19      Q    Any other discipline that you were
20  involved in its issuance other than the one issue at
21  the hospital?
22      A    I believe there may have been a couple
23  over at the hospital.  You know, maybe a termination
24  or two, upholding it, or working with the supervisor
25  over there on disciplining employees.  Yes, over at

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

47

1  the hospital.

2      Q    Was there a particular reason you were

3  involved at the hospital versus none over at the

4  academic side?

5      A    Well, I would if we had had them, but a

6  lot of the problems -- Lisa had left.  She was the

7  labor/employee relations representative for the

8  hospital.  Dan was the main campus.  Right?  And

9  so -- but we were having -- we weren't really having

10  a lot of performance issues over at the -- on the

11  academic side that I can recall.  It was more so the

12  hospital.

13          And so with Lisa leaving, we didn't fill

14  her -- I had to -- I picked up her responsibilities,

15  so I was over at the hospital a lot.

16      Q    Were you involved in the evaluation of any

17  UT employees?

18      A    No.  Other than Lisa, I tried to do her

19  evaluation and, no, it didn't happen.

20      Q    Did you share that draft that you

21  prepared?

22      A    I did.

23      Q    Who did you share it with?

24      A    I believe I gave it to Wendy.

25      Q    Do you know what she did with it?

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

48

1      A     No.  You know, I gave her a copy to look

2   at it, not to keep.  No.  So it was just for her to

3   look at it.  She may have given it back to me.

4      Q     Did you have any sense or inclination that

5   you were going to be terminated from the university,

6   or was it a surprise?

7      A     The call was a surprise, yes.

8      Q     Okay.  And describe for me to the best of

9   your recollection what was -- who was on the call

10  and what was stated.

11     A     I provided a recording of the call, but I

12  can tell you what happened that morning.  I sent her

13  an e-mail about Dan Powell.

14     Q     "Her" being?

15     A     Beth, or Beth and John, one or the other.

16  They both were copied, I believe.  It was one or the

17  other.  Explained to her -- I gave her the updated

18  CWA information for the grievances.  I explained to

19  her why there was a lapse and that was because Dan

20  did not tell me that CWA had filed all those

21  grievances.  They filed those grievances around the

22  time he resigned.  Right?

23     Q     He resigned in October of '20, correct?

24     A     I don't remember the month, but I know it

25  was in the fall.

Genovese & Reno
(419)249-2705

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

49

1       Q    Of 2020?

2       A    Yeah.  I started in 2020, yes.  Yeah.  So

3   I attached a copy of the e-mail, because what I did

4   was I reached out to their rep and said, hey, what

5   grievances do you have on record for us.  They're

6   like, oh, we have X amount of grievances.  I'm like,

7   well, on our end I'm only seeing, in Dan's file, his

8   log, these grievances.  Right?  I said send me

9   copies.

10            So over about a five-day period, we were

11  reconciling grievances.  I'm like, okay, give me

12  your -- so they gave me the e-mail where they sent

13  all the grievances that they filed on that day to

14  Dan.  So I finally got everything reconciled.

15      Q    These are the grievances that were filed

16  around the time of Dan's resignation?

17      A    Correct.  They e-mailed all of those

18  grievances and they sent them to Dan, and I

19  explained to Beth I had no knowledge.  Dan didn't

20  log them electronically, and he did not verbally

21  tell me, and he did not e-mail me or forward me this

22  e-mail.  I'm not copied on this e-mail.  I knew

23  nothing about this.  But at this point, I have

24  everything reconciled.  So I sent her that e-mail.

25      Q    This is on January 26?

Electronically signed by Teri  Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

50

1      A    Correct.  I sent her the e-mail.  I sent

2   John the e-mail about Jason Toth, because I was up

3   early.  So I typed those e-mails and I sent them to

4   him.  And after I sent it, I checked my phone and

5   saw Beth sent a text like maybe 10 minutes ago,

6   saying -- 8 or 10 minutes ago saying call me.

7      Q    Uh-huh.

8      A    So I call her, and she's like I have John

9   Elliott in the room.  I was like, oh, man.  I just

10  got like -- I was like, yes.  She was like, I have

11  John Elliott in the room and I wanted to let you

12  know, because of documentation, communication, and

13  organization, we're basically terminating you.  And

14  I got quiet.  And I said who made this decision.

15          I wanted to know who made the decision

16  because nobody had ever spoke to me and told me what

17  I was doing was a performance issue; that I have a

18  problem with you doing this; this is a performance

19  issue; I have a problem with you doing that; this is

20  a performance issue; and this is what you need to do

21  to rectify that.  No one had ever done that to me.

22  Right?

23          So to get this out the blue like that,

24  it's like, okay.  So I said, Beth, who made this

25  decision.  I'm not going to get into that right now.

Electronically signed by Teri Genovese (001-142-143-1430)                              9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

51

1   Okay.  All right.  And that was the call.  And I
2   could hear John Elliott in the background, but I
3   couldn't make out what he was saying.
4        Q    So Beth did most of the talking?
5        A    She did.
6        Q    How long was the call?
7        A    Maybe five minutes or less.  It was a
8   brief call.
9        Q    Did you hang up and then call them back?
10       A    No.  That happened -- I guess we lost --
11   our phone was disconnected or something, but I did
12   call her back, yes.
13       Q    When did you start recording?  Did you --
14   I guess my question is did you start recording
15   during the first call or did --
16       A    Well, the first time she called, it was
17   like, hello, and then the phone hung up or something
18   like that.  So then I was like -- I recorded
19   mostly -- most all of my conversations with Beth.  I
20   didn't trust her.  So, yes, it wasn't just the fact
21   that that was a termination.
22            I recorded my phone calls with John
23   Elliott sometimes and with -- me and Beth, we didn't
24   have a lot of communications, but when we did, I
25   tried to record them.  I didn't trust Beth, not at

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

52

1    all, as far as I can look at her.

2         Q    Why did you not trust Beth?

3         A    She shouldn't have been in the job.  She

4    didn't meet the minimum qualifications.  She didn't

5    have them.  And when I met with her on the first

6    day, she wasn't embracive.  She wasn't warm.  She

7    was just like, I want this, this, and this; get this

8    to me; do you have it.  Okay.  That's it.  Yeah,

9    that's it.  That was the meeting.  She didn't make

10   me feel like she wanted me.  It was just give me

11   your information.  That's it.

12        She didn't discuss with me to let me know

13   what she -- Beth had only been there probably nine

14   or ten days and she fired me.  I don't know how she

15   could have evaluated me in nine or ten days.  But,

16   nonetheless, she never met with me to say, okay, now

17   that I'm here, I'm going to take the hospital; you

18   take main campus; these are the unions you're going

19   to have.  None of that.  She didn't even discuss how

20   we were going to move forward.

21        It's like I was just, oh, okay, well -- so

22   to me, she didn't make me feel like she wanted me,

23   so why would I trust someone like that?

24        Other people I've worked for, they will

25   sit with you.  If they were coming in, I would think

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

53

1   they would sit with you and be like this is how

2   we're going to move labor forward now that I am the

3   executive director, and she didn't do that.

4        Q    When did you come to the conclusion she

5   did not possess the minimum qualifications for the

6   job?  Was that at the time she was hired or is this

7   after your termination?

8        A    When she was hired.  Absolutely.

9        Q    What did you look at in order to assess

10  that?

11       A    The job advertisement that was posted said

12  that you must have 10 years minimum work experience

13  in HR.  That you needed to possess, I believe, at

14  least a master's degree or higher and that your work

15  experience must be progressive.  Right?

16            Beth's first job in HR was in 2013.

17  Before that, she worked at a law firm.  Law is not

18  HR.  It's not.  Okay?

19            When you work in HR, that's working as a

20  practitioner.  You may know law, but you don't know

21  the practitioner side of HR, working in HR.  She

22  started in 2013.  She didn't have 10 years.  It was

23  2002.  She had a minimum of seven years.  When she

24  left UT, she was a director.  She took a demotion, a

25  step down to go be an HR supervisor at an oil

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

54

 1  company.  That's not progressive.  From a director

 2  to a supervisor.  She may have made comparable money

 3  or more money, but that's not progressive.

 4          You go from a director to a supervisor,

 5  that is not progressive.  The job description said

 6  progressive experience in HR, minimum 10 years.  She

 7  didn't have 10 years.  She didn't have progressive

 8  experience.  She should not have been considered for

 9  the job.

10          And as the investigation of the Ohio Civil

11  Rights Commission went on, it was discovered that a

12  member of the search committee said we shouldn't

13  offer her the job, it's a no for me.  They went

14  against the recommendation of the search committee

15  member and they still offered her the job over me

16  who has the minimum qualifications, and another

17  black applicant, Kevin West, had been at the

18  university for 17 years.

19          He was the former assistant vice provost

20  of labor.  He was a former associate director.  He

21  was the current director of labor relations.  He had

22  a JD.  We were both internal candidates.  We both

23  were black.  If I didn't get it, he should have got

24  it.  But they bring somebody in who was minimally

25  qualified.  She didn't even meet what they

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

55

1   advertised.

2           So, yes, it was racial from that

3   standpoint.  The hiring of Beth Ziviski was racial.

4   Absolutely.  And that's why.

5        Q    That's why what?

6        A    I believe that it was racial.  They hired

7   her.  It was a racial thing.  They didn't want any

8   black people in that job.  They didn't just fire

9   Wendy.  They fired Carolyn.  We're going to bring

10  someone back who don't even have the minimum

11  qualifications that we advertised.

12       Q    Did you ever express your belief that she

13  did not possess the minimum qualifications to

14  anyone?

15       A    I did.

16       Q    Who?

17       A    Other employees in the HR department.

18       Q    Names.

19       A    LaShawna Jordan, Keenen Fisher.

20       Q    Did you tell Elliott that?

21       A    No, I didn't tell Elliott that.  You know

22  what Elliott told me when he called me?  There was

23  nothing you could have done.

24       Q    I'm sorry, when he called you when?

25       A    To tell me that I didn't get the job.

Genovese & Reno
(419)249-2705

Electronically signed by Teri Genovese (001-142-143-1430)                                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

56

1     Q    Okay.

2     A    You interview well, but there was nothing

3    you could have done.

4     Q    Who was on the search committee?

5     A    John Elliott, Willie McKether who voted no

6    on Beth, Jennifer Cherry.  Why would they put

7    Jennifer Cherry on there, a friend of Beth's, and

8    then Melissa Hurst.

9     Q    So Cherry, McKether, Hurst and --

10    A    That's it.  Just the four.

11    Q    Cherry, McKether, Hurst --

12    A    Elliott.  Elliott then tells me she's

13    going to succeed me as CHRO when I leave in two

14    years.  And that happened.  She did succeed him.

15    Q    Okay.

16    A    So they created that job for a stepping

17    stone for Beth.

18    Q    And Beth had previously performed the job

19    that you were in?

20    A    Uh-huh.

21    Q    Yes?  You have to say yes.

22    A    Yes.  She was the former director of

23    labor, employee relations, and HR compliance.

24    Q    Are you aware that all four search

25    committee members voted no for you?

DREYON WYNN VOL I
September 19, 2023

57

1       A    Probably.  But they voted no on Beth and
2   they still gave her the job.
3       Q    Are you aware that all four committee
4   members voted no on your application?
5       A    No, I wasn't.
6       Q    All right.  Are you aware that McKether
7   voted no on Ziviski, but the other three voted yes?
8       A    I heard that, yes, I did.
9       Q    Who did you hear that from?
10      A    From the Ohio Civil Rights Commission.
11  But the point is she didn't meet the minimum
12  qualifications.  She should have never been in the
13  pool as a finalist.  She shouldn't have even been
14  considered for the job.  That's my point.
15      Q    Is it your understanding that Elliott had
16  final say on who was hired or not hired in his
17  capacity as CHRO?
18      A    Why have a search committee?  That's
19  stupid.
20      Q    That's not at all my question.
21      A    I'm just -- I'm saying for the record why
22  would you have a search committee if you know who
23  you want?  That doesn't make sense to me.
24      Q    Can you answer my question?
25      A    Repeat that, please.

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

58

1          MR. PIERSALL:  Teri, can you help me
2          out.
3              (Whereupon, the court reporter read
4          back the requested portion of the record.)
5     A    No, I did not know that.  I thought it was
6    the committee's.
7     Q    Did you serve on any search committees
8    when you worked at UT?
9     A    I did.
10    Q    And do search committees make
11   recommendations or do they make the final hire
12   decision according to your understanding?
13    A    I took the recommendations of the search
14   committee.  I didn't use my own to override them.
15   It was a consensus.
16    Q    How many search committees did you serve
17   on?
18    A    One.
19    Q    For what job?
20    A    Labor/employee relations specialist.
21    Q    Who ended up getting that job?
22    A    Mary Harper.
23    Q    Jumping back, Dan Powell's log, was that
24   electronic or was that hard copy?
25    A    Electronic.

Electronically signed by Teri  Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

59

1      Q     Where was that maintained?

2      A     On the HR drive.

3      Q     Is that the Z Drive?

4      A     Yes.

5      Q     Describe for me what that contained?  Was

6   there a name for that log?

7      A     I would think a CWA grievance log.

8      Q     I don't know.  Is that what it's called?

9      A     I'm not certain, but if I were to assume,

10  I would assume it to be CWA grievance log.  I don't

11  remember the name.

12     Q     Did you see it?

13     A     Yes.  I used to have them e-mail it to me

14  every week.

15     Q     You had Dan e-mail that to you every week?

16     A     And Lisa.  When I first started, the first

17  couple of months, I had them to e-mail the log to me

18  every week so I could see what -- you know, the

19  status of these grievances so that if we ever met

20  one-on-one, I could talk to the grievances.

21     Q     And I presume Lisa was responsible for the

22  FOP log or others?

23     A     She's responsible for AFSCME because she

24  was the hospital.  She was supplying the hospital

25  and she would have had FOP if there were any filed,

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

60

```
 1    yes.

 2         Q    And the other police union, is that PPA?

 3         A    UTPPA, yeah.  And Dan had that.

 4         Q    All right.

 5         A    He had CWA and UTPPA.

 6         Q    Prior to Dan's departure, were you aware

 7    of any issues that Dan had memorializing or

 8    recording any grievances with the CWA or PPA unions?

 9         A    He didn't -- like he wasn't too fond of

10    Jason Toth -- I mean -- I'm sorry.  He really wasn't

11    fond of Jason Toth, but he and Chief Newton, you

12    know, they were just like, you know, tired of his

13    like willful blatant not doing what they tell him to

14    do or doing what he wanted to do and not anything

15    happening.  It's like, okay, he just does what he

16    wants to, like a bull in the china shop.

17         Q    I'm sorry, who was like that?

18         A    Chief Newton.

19         Q    Okay.  My question was did -- were there

20    any issues with the log maintained by Dan?

21         A    Yes.  He didn't record.  He did not record

22    as the text messages that were in -- exhibited today

23    in Beth Ziviski's deposition.  Dan said I did not

24    send Dre those grievances electronically, the

25    e-mail.  I knew nothing about the grievances.  She
```

Electronically signed by Teri Genovese (001-142-143-1430)                                      9161b3fb-a1aa-4cca-4e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

61

1    knew about it before starting according to those

2    text messages.

3           Right after she interviewed, she talked

4    about when she interviewed they told her it was 30

5    grievances, and Dan said, no, it's 50 grievances.

6    He let her know the real number because he knew.

7    Right?  I didn't know that.  But she knew before she

8    even started.

9        Q    Prior to Dan's resignation, were you aware

10   of any issues with the CWA or PPA grievance logs?

11       A    No.  I did not know that until after Dan

12   had left and Beth started that there was a

13   discrepancy with the grievances.

14       Q    To your knowledge, how many -- to your

15   knowledge, when Beth made that initial request to

16   you for a list of all the pending grievances --

17       A    Correct.

18       Q    -- how many CWA grievances were there to

19   your knowledge?

20       A    I don't recall.

21       Q    How many PPA grievances were there to your

22   knowledge?

23       A    I don't recall the number of any of the

24   grievances.  But if there were grievances for UTP --

25   UTPPA doesn't have a lot of grievances, and FOP

Electronically signed by Teri  Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

62

1    doesn't have hardly any grievances either, so either

2    one or two or zero for both of those two.

3            AFSCME and CWA was the bulk of our backlog

4    grievances.  When I started this job as director,

5    they were backlogged with 50, 60 grievances, and

6    they all agreed to put the grievances in hiatus

7    because of COVID.  So we weren't going to have any

8    grievance hearings because of COVID.  You know,

9    meeting -- because you have to meet.  Right?  So

10   they signed an MOU that all unions agree to hold off

11   on grievance hearings, so these grievances piled up.

12       Q    When was that MOU entered into?

13       A    When I first started, the first week.

14       Q    Was that with all the unions or a

15   particular union?

16       A    I believe all of the unions, but I know

17   the major ones like CWA and AFSCME, those MOUs went

18   into effect.  So I walked into a huge backlog of

19   grievances.  Then I lost Dan and Lisa and then

20   discovering CWA filed 30 or 40 grievances in one

21   day, I'm like, wow.  Right?  So, yeah, it was a lot.

22       Q    To your knowledge, did Lisa not log any

23   AFSCME or FOP grievances?

24       A    No.  Lisa logged her grievances.  Dan did

25   not log those CWA grievances.  What Lisa didn't do

Electronically signed by Teri Genovese (001-142-143-1430)                                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

63

1    was she didn't do the unemployment claims.

2        Q    What do you mean?  Be more specific.

3        A    When COVID hit, we laid a lot of people

4    off.  So when we laid them off, they filed

5    unemployment.  Lisa's job was to respond -- you

6    know, the unemployment sends a notice to the

7    employer, respond to these questions or else we're

8    going to automatically get these people --

9        Q    Right.

10       A    -- unemployment.  Well, she's like, oh, I

11   got it; I'm responding when I first started.  She

12   didn't.  Come to find out, she didn't even respond

13   to them.  So all of those people got unemployment.

14       Q    Individuals who were laid off due to

15   COVID?

16       A    Yes.

17       Q    All right.

18       A    And everybody in management knew it.  John

19   knew it.  Matt knew it.  But they hire her back.

20   She had documented performance issues.  Her reviews

21   were 2s.  Her performance review that Beth conducted

22   on her in 2019, she had these performance issues

23   marked low scores.  She had even been written up.

24           Yet and still, knowing she's done these

25   things, they would bring her back as director of

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

64

1    labor relations.  But allegedly fire me because I
2    didn't communicate something or I didn't give her
3    the information in a timely manner.
4              You're firing me when this woman here has
5    a history.  And John even said she was a bad
6    employee, and they hire her back.
7              There was a difference in how we are
8    treated as black people on that campus.  They didn't
9    have to say anything racial.  The treatment was
10   different.  We were held to a different standard
11   than a lot of those white people who didn't even --
12   couldn't touch or match our qualifications.  I'd run
13   circles around Beth and she's sitting up in here.
14   And she knowed it.
15        Q    She what?
16        A    She know I run circles around her.  She's
17   sitting up in here lying.  She's never talked to me
18   about performance issues, not one time.  But I tell
19   you what she did do, when I give her all the
20   information she wanted, she was trying to find
21   something.  Oh, this MOU, this, oh -- she went
22   through 25 MOUs.  Oh, we got a problem right here.
23   I said what's the problem.  You didn't have the
24   union sign.  I said why would the union need to sign
25   it, the other union.  It's the agreement with CWA,

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

65

1  Beth.  Oh, oh, okay.  Yeah.  I know.

2      Q    Who was the individual from CWA who you

3  obtained the grievances from?

4      A    Cathy.

5      Q    Cathy what?

6      A    I don't really recall her last name.

7      Q    Were the grievances that were filed -- by

8  the way, how many were there?

9      A    Either 30 or 40 in the e-mail.  30 to 40.

10     Q    Were they all pertaining to the same

11  subject?

12     A    Yes.

13     Q    What was the subject; do you recall?

14     A    FTE reductions and/or layoffs.  It was one

15  or the other.

16     Q    By the way, was the university intending

17  on fighting those unemployment applications?

18     A    Yes.  We wanted to, at least, respond.

19     Q    But the question is was the university

20  planning on fighting or contesting the unemployment

21  applications?

22     A    I sat in unemployment hearings.  Yes, we

23  were protesting.

24               (Whereupon, Defendant's Exhibit A was

25               marked for identification.)

Electronically signed by Teri  Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

66

1     Q    Dre, you've been handed what's been marked
2  as Defendant's Exhibit A.  And this is the
3  termination e-mail and letter that was sent to you
4  by Beth Ziviski on January 26th at 10:58, correct?
5     A    I don't know about the time.  I'd have to
6  double check.  I mean, yeah.  I mean, this letter
7  looks correct, but I don't know if this was -- I
8  never received this e-mail.  I did not.  Because
9  when I got off the phone with Beth, they shut my
10  e-mails down.  They locked me out.  I couldn't get
11  into my laptop.  So --
12     Q    When did you first receive the letter that
13  is Page 2 of this exhibit?
14     A    I believe they sent it to my Yahoo mail,
15  and I think I got one in the mail eventually, a hard
16  copy.
17     Q    And if you take a look at the letter,
18  Page 2, the first paragraph says, in accordance with
19  your appointment within the unclassified civil
20  service in the State of Ohio, you serve in an
21  at-will capacity and your employment status can be
22  modified at any time.  That is correct, is it not?
23     A    Yes, sir.
24     Q    And I presume you're familiar with what
25  at-will employment means?

Electronically signed by Teri Genovese (001-142-143-1430)          9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

67

1      A    Yes, sir.

2      Q    That means you could be terminated at any

3  time for any reason, correct?

4      A    That's correct.  But if it's

5  discriminatory, there are --

6      Q    Right.

7      A    -- laws that address --

8      Q    So long as it's not illegal.

9            (Whereupon, Defendant's Exhibit B was

10           marked for identification.)

11     Q    Dre, do you recognize what's been marked

12  as Defendant's Exhibit B?

13     A    Yes, sir.

14     Q    And this is a series of e-mails between --

15  it looks like Pam Schwartz and yourself and then

16  later on between you and Mr. Elliott, correct?

17     A    Correct.

18     Q    If you take a look at the bottom of the

19  second page.

20     A    Yes, sir.

21     Q    It's an e-mail that you sent to Pam

22  Schwartz on February 1; is that correct?

23     A    That looks to be correct.

24     Q    And the body of the e-mail is on the last

25  page of that exhibit, correct?

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

68

```
1        A     Yes, sir.

2        Q     And when you say, thank you for contacting

3    me today about my work laptop.  There, it's the

4    first sentence of the third page.  How did Pam reach

5    out to you regarding your laptop?

6        A     I believe Pam might have text me or she

7    called me.

8        Q     I presume she said bring it back or words

9    to that effect?

10       A     I don't remember what she said, but just

11   that they wanted to know probably when I would be

12   bringing the laptop or when can they get it.  I'm

13   not sure.

14       Q     What did you mean by -- you just have two

15   numbers there in the middle of the paragraphs.  It

16   says, I have proprietary rights.  What proprietary

17   rights are you referring to?

18       A     To utilize the computer for my -- for

19   work.  I'm still director of labor and employee

20   relations and HR compliance all the way up until the

21   last day of this 90-day, which I believe is April.

22   I'm still on payroll.  I'm still an employee.

23       Q     Did Mr. Elliott or Miss Ziviski during

24   that January 26 call advise you that you were not

25   expected to do any further work for the university?
```

Genovese & Reno
(419)249-2705

Electronically signed by Teri  Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

69

1     A    I never received a phone call from either

2 one of them.  Beth has never reached out to me.

3     Q    I'm talking about your termination call on

4 January 26th.

5     A    No.  I don't even think the laptop was

6 discussed.

7     Q    I'm asking a different question.  Did John

8 or Bethany tell you on January 26th that you were no

9 longer expected or required to do any work for

10 University of Toledo?

11     A    I don't recall that being said.  I'd have

12 to go back and replay that audio.

13     Q    Why were you requesting that UT reactivate

14 your work e-mail account?

15     A    Because there were still e-mails that I

16 needed to access.

17     Q    Like what?

18     A    Any complaint that I sent them, anything

19 to help show that what they did to me was

20 retaliatory as well as to be able to do, you know,

21 any work.

22     Q    Did you do any work for the university

23 between the notification of your 90-day separation

24 and the 90th day?

25     A    How could I?  They locked me out.

Electronically signed by Teri  Genovese (001-142-143-1430)                                              9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

70

1      Q    Can you just answer the question, please.

2      A    No, I did not.

3      Q    If you take a look at the very bottom of

4  the first page, it's an e-mail response that you

5  received from Mr. Elliott in response to your e-mail

6  from Pam Schwartz that begins on the very bottom of

7  Page 1.  And the body of it is on the top of Page 2.

8  Correct?

9      A    Yes.

10     Q    And Mr. Elliott indicates to you that you

11  do not require access to any university systems and

12  your work e-mail will not be reactivated; is that

13  correct?

14     A    Yep.  I see that.

15     Q    All right.  And he directed you to return

16  any university property in your position -- I

17  presume he means possession -- including any files

18  or documents and the laptop currently in your

19  possession by February 5th, does he not?

20     A    That's what it says.

21     Q    All right.  And your response to

22  Mr. Elliott is on the first page of Exhibit B, is it

23  not?

24     A    Correct.

25     Q    What did you mean -- I'm looking at this

Electronically signed by Teri  Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

71

1    second line of your e-mail.  It starts, as you

2    should know and understand, I recognize and

3    understand the computer belongs to The University of

4    Toledo, and some, not all, information within the

5    computer belongs to the university.  What did you

6    mean by that?

7        A    If I had done some work on the computer

8    that wasn't university related, it would be mine.

9    However, I did nothing on -- what I used the work

10   e-mail -- laptop for was work.  There was nothing on

11   there other than University of Toledo stuff that

12   they could find.  I'm 100 percent sure of that.  So

13   looking back on that, in hindsight, there was

14   nothing on there but UT work.

15       Q    Okay.  So why did you indicate that not

16   all information belongs to the university?

17       A    If there was some information on the

18   laptop that was not the university's.  But what I'm

19   saying to you at this point, I know that there was

20   nothing on there.  Because when I used

21   The University of Toledo's laptop, it was for

22   University of Toledo work, and I'm sure they've

23   examined it and can verify that.

24       Q    And then you state if you're going to deny

25   me access to information within the computer which

Electronically signed by Teri Genovese (001-142-143-1430)                                   9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

72

1  was created and maintained by me, you should cite
2  the board of trustee's policy that gives you the
3  authority to refuse my request and to make such
4  denial of a reasonable request.  Do you see that?
5      A    Yes.
6      Q    Why does John Elliott need to cite a board
7  of trustees' policy in order to direct you to return
8  a laptop?
9      A    Because I'm still an employee of the
10  university.  I'm still being paid.  They're still
11  taking deductions out of my check for benefits.
12  They're still taking deductions out for 401(k).  On
13  the books, I am still an employee of the university,
14  and I wanted to know if, in fact, there was a
15  policy, if you could provide that, please.
16      Q    Is it your belief that Mr. Elliott needs a
17  board of trustees' policy in order to give him
18  authority to direct you to return your laptop?
19      A    I wanted a policy.  That's why I said that
20  in there.
21      Q    Different question.  I didn't -- that's
22  not the question I asked.
23      A    Okay.  Repeat -- can you repeat that,
24  please.
25              MR. PIERSALL:  Can you give it a

Genovese & Reno
(419)249-2705

Electronically signed by Teri  Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

73

1          shot, Teri.

2                (Whereupon, the court reporter read

3          back the requested portion of the record.)

4      A    No.

5      Q    Did he respond to this e-mail?

6      A    I don't recall.

7      Q    Did you have any verbal conversations with

8  anyone at the university prior -- we'll talk about

9  the police department -- prior to your conversations

10 with the police department regarding the return of

11 the laptop?

12     A    No.  No one -- they e-mailed their request

13 to me.  Pam may have -- she either called or text

14 me, but other than that, no.  I just got e-mails.

15     Q    Were there any e-mails other than what

16 we're looking at here that is Exhibit B?

17     A    Probably with Jason Beck or -- because

18 when Terrie left, they called Terrie or contacted

19 her and offered to send somebody to her house to

20 pick up her laptop.  And, again, that goes to the

21 different preferential treatment that blacks get

22 that whites -- that whites get that black people

23 don't get.

24                Why would you offer to send someone from

25 the university to Terrie's house to pick her laptop

Electronically signed by Teri  Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

74

1    up when she was fired?  Right?  But when Dre gets

2    fired, you send an e-mail, and then you issue a

3    warrant for my arrest.

4            I mean, again, the differences of how

5    black people are treated and white people are

6    treated is stark con -- there's a contrast there.

7        Q    Were you living in Cleveland at this time?

8        A    I was in Cleveland, yes.

9        Q    Right.  And Terrie lived in the greater

10   Toledo area, right?

11       A    Correct.

12       Q    All right.

13       A    But it wasn't offered to me.

14       Q    And are you aware of Terrie telling anyone

15   at the university that she was not going to return

16   her laptop --

17       A    I don't know what Terrie told them.

18       Q    -- prior to the date of her 90-day

19   separation notice?

20       A    I don't know.

21       Q    Are you aware of any information that

22   Terrie communicated to the university that she was

23   not going to return her laptop?

24       A    I don't know.

25       Q    Are you aware of any information that

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

75

1    Terrie was going to retain her laptop during the
2    entirety of her 90-day separation period?
3         A    I don't know.  I don't know what she told
4    them.
5         Q    Did you ask her about it?
6         A    No.
7         Q    Did she ever tell you that she was
8    intentionally delaying the return of her laptop?
9         A    I wasn't intentionally delaying.  I didn't
10   live here and I was not making any special trips to
11   come drop this laptop off.
12            When I come through the city of Toledo, I
13   reached out to them to try to make an arrangement.
14   Didn't answer their phone, and I kept going.  And
15   then I caught COVID.  I got sick.  I provided
16   documentation to that.
17        Q    Can you answer my question, please?
18        A    The answer is no.
19        Q    I'd appreciate it if you'd answer my
20   question.  You're giving me answers that are not
21   responsive to my question.  So if you answer the
22   question, I'd appreciate it.
23        A    I responded no.
24        Q    Okay.
25        A    And I added to it.

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

76

1      Q    I'm not going to debate you.  I'm not

2    going to argue with you.  I would just appreciate an

3    answer to my question.

4      A    I need a break.

5      Q    Okay.

6              (Whereupon, a recess was taken at

7              3:50 p.m. and resumed at 3:57 p.m.)

8              (Whereupon, Defendant's Exhibit C was

9              marked for identification.)

10   BY MR. PIERSALL:

11     Q    Dre, you've been handed Defendant's

12   Exhibit C, as in cat.  And we talked earlier about a

13   couple e-mails that you sent.  One was to Sean Otti.

14   I presume this is the e-mail --

15     A    Yes.

16     Q    -- that you were referencing earlier; is

17   that correct?

18     A    Yes.

19     Q    Thank you.  And remind me, did you have

20   any verbal conversations with Sean?

21     A    No.

22             (Whereupon, Defendant's Exhibit D was

23             marked for identification.)

24     Q    And D appears to be some wage information

25   you received; is that correct?

Electronically signed by Teri  Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

77

1    A    Yes.  This looks about correct.

2    Q    All right.  Do you recall --

3    A    And --

4    Q    I'm sorry.  Go ahead.

5    A    Yes.  This is --

6    Q    Do you recall if you received -- this wage

7  information that's contained in Exhibit D, do you

8  recall if you received that from Otti, or did you

9  receive that from Brisson?

10   A    I can't determine which one it came from,

11 but each one sent me a wage report.

12   Q    All right.  Did they send you the same or

13 similar things or was it different?

14   A    I think one was slightly different.  One

15 was different.  I think he gave me more names or

16 something.  I don't know.  It was different.  I can

17 go back and look tonight.

18   Q    That's okay.  Did you edit the

19 information?  And by that, I mean, did you create a

20 spreadsheet so that it was easier to read or somehow

21 organize the information you received in a different

22 fashion?

23   A    I organized it, yes.  Because this is --

24 it came in an Excel spreadsheet.

25   Q    Okay.  And this is --

Electronically signed by Teri  Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

78

1      A    This looks like it's it, yes, by the
2   numbers.
3      Q    And is this the information you received
4   in the Excel spreadsheet, or is this after you
5   organized it?
6      A    Let me -- I just want to correct myself.
7      Q    Sure.
8      A    I believe the report they sent me was more
9   information.  Right?  But I think I removed some
10  columns to condense it to just what I was looking
11  for.  There was a lot more on the report.
12     Q    All right.  Now, when you said earlier
13  that you were the next to last as far as salary is
14  concerned for director-level employees in HR --
15     A    Yes, sir.
16     Q    -- did you base that conclusion on the
17  information that you received in Exhibit D?
18     A    Yes, sir.
19              (Whereupon, Defendant's Exhibit E was
20          marked for identification.)
21     Q    And Exhibit E is the e-mail exchange you
22  had with Steve Brisson regarding the wage
23  information you requested, correct?
24     A    Yes.
25     Q    All right.  And I can't recall if I asked

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

79

1    you.  Did you have any verbal conversations with

2    Brisson regarding the wage information you

3    requested?

4        A    No.  I don't know who he is.

5        Q    Okay.

6        A    Never seen him before.

7        Q    Okay.  How did you end up sending an

8    e-mail to him?  How did you pick him versus anyone

9    else?

10       A    Well, they're in the HR department.  We

11   can see -- I believe we may have worked on some

12   payroll issue together, so I know -- I know he works

13   in HRIS, and HRIS is the group that can get this

14   information.

15       Q    And did you have any conversations with

16   Mark Halsey?  Looks like he's cc'd on this e-mail?

17       A    No, sir.  I -- no.  I met him once or

18   twice.  That's it.  He started in January.

19       Q    In January?

20       A    I believe the month I was termed, yes.

21       Q    And he was hired as -- was he a

22   director-level employee?

23       A    I believe either a director or executive

24   director.

25       Q    Is he the individual that took over your

Electronically signed by Teri  Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

80

1   former office?

2       A    He may have, because there was another guy

3   who started who was either -- I get them mixed up.

4   One is either director and the one is an executive

5   director or vice versa, but they started the same

6   time.  He's like over benefits and compensation and

7   total rewards, I think, is what his title is, but I

8   get them mixed up because they started the same day.

9   So it may be him.

10      Q    You're saying it's one of those two

11  individuals that took your office?

12      A    Yes.

13      Q    All right.

14      A    Yeah.

15      Q    How did you find out that Elliott had made

16  the office change or moved your office?

17      A    He came in my office and said you're

18  moving; Pam is going to come pack your stuff up.

19      Q    Did he tell you why?

20      A    He wanted someone from -- he wanted

21  someone, whoever it was, to be close to him.  Right?

22  But the thing is here, when they offered Dan Powell

23  the job as director of labor relations, he was going

24  to be sitting over there.

25              So I don't understand how you could want

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

81

1   someone from a different function, responsibility in

2   HR, to be in my office, but when Dan Powell is about

3   to come on board as director of labor relations,

4   he's going to be sitting right there.  It didn't

5   make sense to me.  That was in the text messages

6   that she put up in Beth's deposition.  That was

7   discussed.

8       Q    Are you aware, did -- when Dan returned to

9   the university, is what you're saying he occupied an

10  office close to Elliott?

11      A    When he was going to.  And for all I know,

12  Lisa, who did officially succeed me, she may be in

13  the office.  I don't know where Lisa is, but I

14  wouldn't be surprised if it's in my old office.

15      Q    Lisa Simpson?

16      A    Yeah.

17           (Whereupon, Defendant's Exhibit F was

18           marked for identification.)

19      Q    You've been handed what's been marked as

20  Defendant's Exhibit F, and this is an e-mail that

21  you forwarded to Melissa Erford who is the OCRC

22  investigator assigned to your case regarding the

23  return of the laptop.  Do you recognize this e-mail?

24      A    Yes.

25      Q    All right.  And you indicate to Melissa,

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

82

1   please see e-mail below from The University of

2   Toledo.  I believe this is further retaliation.  Do

3   you see that?

4        A    Yes.

5        Q    Why did you believe it was retaliatory in

6   nature?

7        A    Because they keep -- these e-mails keep

8   coming about the laptop, which I told them I would

9   drop off but -- and I eventually did.  I just feel

10  this is more retaliation to keep -- I'm an employee.

11  I work for the university still, and you're taking

12  this from me and I'm still an employee.  It would be

13  different if I'm not an employee, but I am still an

14  employee, and for you to be persistent on this, I

15  feel that's more retaliation.

16       Q    Are you aware of other individuals who

17  received a 90-day separation letter, are you aware

18  if the university notified them that they are to

19  return their UT-issued laptop?

20       A    No, not to my knowledge.  They didn't do

21  Terrie.  I don't think they did Terrie like that.  I

22  don't recall if they pressed anyone else.

23       Q    No, I'm not talking about pressed.  I'm

24  just simply asking do you know if the university in

25  issuing 90-day separation letters to other

Electronically signed by Teri Genovese (001-142-143-1430)                                                9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

83

1    employees, in those letters they requested that the

2    employees return their UT-issued laptop?

3         A    They did or did not?

4         Q    I'm asking you if you know if they did.

5         A    No, I don't know anyone else they

6    requested this back from.

7         Q    Did you see the letters that were sent out

8    to other individuals who received 90-day termination

9    notices?

10        A    No, not that I can recall.

11        Q    Did you talk to anyone around this time,

12   this January, February, March, April, May time frame

13   of 2021 regarding the return of the laptop?  And I

14   don't mean UT individuals.  I'm talking about, for

15   example, Wendy or Kovacs or anyone like that.

16        A    Terrie.  Terrie let me know they offered

17   to -- after Terrie was fired, Terrie let me know

18   they offered to come to her house and pick hers up

19   or send someone to her home to pick hers up.  Jason

20   Beck reached out to her and told her that.

21        Q    And that's what Terrie shared with you?

22        A    Yeah.  I believe she even gave me the text

23   message.

24        Q    Okay.  When you just testified that you

25   had indicated to the university that you were going

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

84

1    to return it, when did you first do that?

2        A    I don't recall, but I did let them know

3    that I would be returning the laptop.

4        Q    Was that in conversations with the UT

5    Police Department?

6        A    I believe so, yes.

7        Q    And that was after the expiration of your

8    90-day separation period?

9        A    No.  I let them know before my -- the

10   police reached out to me while I was still within

11   the 90 days.

12       Q    Okay.

13       A    And I let them know that I would be

14   dropping it off.  'Cause I told the police officer,

15   I felt like he was -- you keep harassing me.  I'm an

16   employee, and when I -- I would drop this laptop off

17   within -- when my -- you know, my 90 days are

18   expiring, I'll drop it off.  You'll get it then.

19   I'm still an employee.  But when I'm not an

20   employee, I'll drop it off.  That's how the

21   conversation went.

22       Q    With the police officer?

23       A    Yeah.

24       Q    Why did you not drop it off when you were

25   directed to do so by Elliott on February 3rd?

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

85

1        A    I don't live here.  And I'm not making a
2    special trip to come to Toledo.
3        Q    I'll rephrase it.  Why did you not return
4    it?  Why did you not mail it?  Why did you not --
5        A    Because I was still an employee.  And as I
6    told the police officer, when my employment is up,
7    I -- while I'm still employed, I'm keeping this
8    laptop.  I'm an employee.  When I am done being an
9    employee, I will return the laptop.
10       Q    Why did you ignore Elliott's directive in
11   his February 3rd e-mail?
12       A    I responded and let him know.  You see the
13   responses between Elliott and I.  We're going back
14   and forth.
15       Q    Right.
16       A    I didn't ignore him.  I responded to him.
17       Q    He states in his February 3rd e-mail, we
18   are directing you to return any university property
19   in your position -- which I can understand means
20   possession -- including any files or documents and
21   the laptop currently in your possession by
22   February 5th, 2021.  My question to you is why did
23   you not do that?
24       A    I was still an employee of the university,
25   and as I let him and/or the police officer know,

Electronically signed by Teri  Genovese (001-142-143-1430)                                              9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

86

1   when my days are up as an employee, have come to an
2   end, I will return the laptop.
3           I believe that as an employee, the work
4   equipment that I was given -- I didn't steal this.
5   The university issued and gave this to me.  And when
6   I am no longer employed, I will return it because
7   I'm not an employee and I'm not entitled to it.
8       Q    But you never shared that information,
9   that position?
10      A    I told the police officer that.
11      Q    I understand.  My question is you never
12  shared that with Elliott, did you?
13      A    No.  Elliott and I did not speak over the
14  phone.
15      Q    Would you agree with me that you violated
16  Elliott's directive to return your university-issued
17  laptop on or before February 5th?
18      A    No, sir.  Because I responded and let him
19  know.  We were corresponding back and forth.  I
20  responded to him.
21      Q    You responded to his February 3rd e-mail?
22      A    I responded to John.  We were going back
23  and forth.
24      Q    Did you -- do you recall responding to
25  John's February 3rd e-mail?  I know we can see the

Electronically signed by Teri  Genovese (001-142-143-1430)                          9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

87

1   February 1st e-mail on the second page of Exhibit F.
2   I'm just wondering if you recall a response to his
3   directive on February 3rd?
4        A    I was responding to the university so --
5        Q    My question is do you recall responding to
6   John Elliott's February 3rd e-mail?
7        A    I do not.
8             (Whereupon, Defendant's Exhibit G was
9             marked for identification.)
10       Q    Dre, do you recognize what's been marked
11  as Defendant's Exhibit G?
12       A    Yes.
13       Q    And this is a police report generated by
14  the university's police department, is it not?
15       A    Correct.
16       Q    And you may have answered this earlier,
17  but other than the police officer, did you ever
18  communicate verbally with anyone at the university
19  regarding the return of your laptop?
20       A    No.  No one from the university called me.
21       Q    And you did not call anyone from the
22  university other than the Detective Zakrzewski,
23  correct?
24       A    Correct.
25       Q    All right.  If you would, take a look at

Electronically signed by Teri  Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

88

1   Page 2 of what's been marked as Defendant's Exhibit

2   G, and it says there about the middle of the page,

3   it says, on April 12th of 2021.

4        A    Okay.

5        Q    It says he spoke with you over the phone.

6   Do you have a recording of that call?

7        A    I have an -- I have a voice message of one

8   of the cops, police officers, calling leaving me a

9   voice mail when I was supposed to drop it off, but I

10  don't recall having any conversations recorded with

11  the police because I only really spoke to them once

12  or twice.

13       Q    And let me back up a step.  Do you recall

14  speaking to Detective Zakrzewski on April 12th,

15  2021?

16       A    I do recall speaking to him on the 12th.

17  That is correct.

18       Q    Okay.  Is his summary of your call, is

19  that correct?

20       A    No.

21       Q    In what manner is it not correct?

22       A    I didn't tell him that I would return it

23  prior to the date of April 26th.  I told him that I

24  would try, but if not, it would be on or by the

25  April 26th.  I didn't say definitely that I would.

Electronically signed by Teri Genovese (001-142-143-1430)                                                      9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

89

1    I told him I would try, but if not, it would be
2    April 26th because then I would no longer be an
3    employee.
4            He asked if I could try to bring it
5    sooner.  I said, I'll try but I'm not going to make
6    any promises; I'm not making any special trips.  But
7    if not, it would be by the 26th.
8       Q    All right.  I just want to be clear.  You
9    indicated that you would try to return the laptop by
10   your official last date of April 26th, 2021?
11      A    He wanted to know if I could return it
12   sooner or earlier than the 26th.
13      Q    Right.
14      A    I told him I would try.
15      Q    Okay.
16      A    But I'm not going to make any promises
17   because I'm not going to make any special trips.
18   But in the event that I'm in the area before the
19   26th, I will try to drop it off.
20      Q    Right.  But did you tell him words to the
21   effect of but I will drop it off no later than April
22   26th?
23      A    Yes.  That I would -- because that's when
24   I'm no longer --
25      Q    Right.

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

90

1      A    -- employed.

2      Q    Okay.

3      A    And then I called him wanting to do it,

4   and he was like he's going to be on vacation.  There

5   was a time that I tried to drop it off, and he's,

6   oh, I'm on vacation, so no.  Oh, okay, well, you

7   know, next time I'm in the area, I'll try.  But I

8   did call him to try to do that.

9      Q    Other than the April 12th conversation

10  that's reflected here in the middle of the second

11  page of Exhibit F, do you recall having any -- I'm

12  sorry, Exhibit G, do you recall having -- not voice

13  mails, but do you recall having a second

14  conversation with Detective Zakrzewski?

15     A    Yes.  'Cause I tried to drop a laptop off

16  and -- wait a minute.  Did I?  You know what, no, I

17  didn't.  I called him because I wanted to drop it

18  off, but he didn't answer his phone.  So he -- I was

19  in the area.  Then he called me back and left me a

20  voice message saying he was going out of town or

21  something and try another day.  I don't really

22  recall.  But I have to go back and play that voice

23  message.  Yeah.

24     Q    And if you take a look about three

25  quarters of the way down on that second page, it

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

91

1    says, April 12th is the last time I had spoken to

2    Wynn.  I attempted to -- well, I attempted contact

3    with him via phone the following dates and times,

4    and he lists four different calls there at four

5    different times.  Do you see that?

6         A    Uh-huh.  Yes, sir.

7         Q    Did you receive voice mails from

8    Detective Zakrzewski on those four different dates

9    and times?

10        A    I got one voice mail from him.  'Cause my

11   mailbox is always full.  It is.  So -- but he left a

12   voice message telling me -- whatever I submitted to

13   OCRC, that's the voice message that he left.

14        Q    You recall receiving one voice mail from

15   Detective Zakrzewski?

16        A    Yes.  And that's the one that I submitted

17   to the Ohio Civil Rights Commission.

18        Q    Do you remember which date it was?

19        A    That, I do not recall off the top of my

20   head.

21        Q    Did you return his call?

22        A    Yeah.  I believe -- yeah, because I was

23   trying to drop it off.  And then I called him.  He

24   didn't pick up.  And then there was a -- I think I

25   might have went in the store or something or made a

Electronically signed by Teri Genovese (001-142-143-1430)                                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

92

1    stop, got some food or something, and then he called

2    while I was away from my phone and he left a voice

3    message letting me know that he was like, I think,

4    going out of town or something or he wasn't

5    available, if we could do it another day.  Right?

6           But he never said at that time a warrant

7    has been issued for your arrest.  He never informed

8    me of that.  He sounded very -- okay, just drop it

9    off.  But all that time a warrant had been filed.

10          I'm driving on the highways, could have

11   got pulled over, and God knows where -- en route to

12   where I'm going and hauled to jail because a warrant

13   is out for my arrest for a laptop that's not even

14   valued.  They listed the value of the laptop more

15   than what they paid for it.  That makes no sense.

16       Q    Where did you obtain that information?

17       A    Doesn't it say on the warrant, value,

18   $1,200 at the top?

19       Q    At the very bottom I see there, it says --

20   the very end says the computer was valued at,

21   approximately, $1,200.

22       A    That laptop is not $1,200.

23       Q    There.

24       A    Right.  That's what I'm saying.  They

25   paid -- this is what they paid for the laptop.

Electronically signed by Teri  Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

93

1    Okay?  Two years or three years later, how is a
2    laptop still $1,200?  A laptop is not the same price
3    as what you paid for it.
4            This dollar amount, according to what I
5    saw in the case file, is what they paid for it.
6    That wasn't the actual value.  But guess what, if
7    this is over $1,000 and we file this police report,
8    it's a felony.  Let's get him.
9            They knew what they were doing.  Anybody
10   with a brain knows that you don't put the value of
11   what you paid for the laptop two, three years ago at
12   the current value.  Changing this dollar amount over
13   $1,000, they knew it's going to be a felony.  If
14   he's a convicted felon, it will hurt his testimony.
15   They did whatever they could to try to scar me.
16           I would have never been able to get a job
17   in public sector with a felony.  My testimony would
18   have been discredited in a court of law if I would
19   have been a convicted felon.
20       Q    When you say "they knew what they were
21   doing," who are you referring to as "they"?
22       A    Chief Newton and whoever filled this
23   police report out.  I'm sure they discussed it with
24   Matt Schroeder.  I don't have proof.  You think they
25   don't do anything without Matt knowing?  Absolutely

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

94

1    not.  Chief Newton reports to Matt Schroeder.

2           So not only would I have been thrown in

3    jail, but now I'm a convicted felon giving testimony

4    in all the other cases.  My credibility would have

5    been tarnished, even in my own case.  I would have

6    never gotten a public sector job ever as a convicted

7    felon.  That was damaging to me.  That did a lot of

8    damage to me psychologically, and it would have

9    destroyed my career.

10                  (Whereupon, Defendant's Exhibit H was

11           marked for identification.)

12      Q    Dre, have you seen what's been marked as

13   Defendants' Exhibit H?

14      A    Yes.

15      Q    When did you first see this document?

16      A    When I went to jail.

17      Q    And who showed it to you?  Who provided it

18   to you?

19      A    The jailhouse.  They gave this to me when

20   I was processed and released.

21      Q    Why did you not return the laptop by

22   April 26th which was the end of your 90-day period?

23      A    I contracted COVID.

24      Q    When?

25      A    Sometime in April, mid April.  And I

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

95

1   provided the proof of that.

2       Q    Did you reach out to the university to

3   indicate to them that you had contracted COVID and

4   could no longer meet the 90-day separation --

5       A    No.  But I --

6       Q    Hold on.  Did you reach out to anyone at

7   the university and notify them that you could not

8   meet the April 26th 90-day separation deadline

9   because you had COVID?

10      A    No.  But I was writing out my will because

11  I thought I was going to die from COVID.  That's

12  what my mindset was on, was trying to live.  If not,

13  I was writing my will out because it was that bad.

14      Q    Did you execute the will in April?

15      A    No, I did not.  But I gave it to my

16  mother.

17      Q    Okay.  But it was unexecuted or it was --

18      A    I signed and dated it.  I gave -- it was

19  like a last will and testament to my mother, that

20  she would carry the things on for me in the event

21  that I didn't make it through COVID.

22      Q    When did you provide that to your mother?

23      A    Sometime at the end of April.

24      Q    Would you take a look at the statement,

25  sort of in the middle of the page under the "to wit"

Genovese & Reno
(419)249-2705

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

96

1    part.  Second sentence says, this detective spoke to

2    Wynn regarding a laptop computer, and then it lists

3    a serial identification number, and an agreement was

4    made with Wynn that he was to return said property

5    to this detective prior to this date, referencing

6    April 26th.  Do you see that?

7         A    Uh-huh.  Reading it.

8         Q    Is that a factually accurate statement

9    recorded there?

10        A    Yeah.  I said I would provide it by the

11   April 26th date.  That's correct.

12        Q    All right.  Is there any reason other than

13   COVID that you did not contact the university prior

14   to April 26th?

15        A    No.  COVID.

16        Q    Did you obtain medical treatment in April?

17        A    I did.  I went to -- well, I saw a doctor

18   because I don't have a family doctor, but I did go

19   to the hospital or I saw a doctor.

20        Q    Was this in Cleveland?

21        A    Yes.

22        Q    Between the date of your termination or

23   your notice of termination on January 26th and

24   April 26th, did you at any point in time travel

25   around or near Toledo, Ohio?

Electronically signed by Teri  Genovese (001-142-143-1430)                          9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

97

1     A     I'm sorry, when?

2     Q     Between -- during your 90-day period.

3     A     I'm sure I did, yes.

4     Q     But you were not going to return the

5     laptop until the April 26th date?

6     A     Correct.  Because I would no longer be an

7     employee.  I was in rightful possession of a laptop

8     that was assigned and given to me as an employee.

9                 (Whereupon, Defendant's Exhibit I was

10           marked for identification.)

11    Q     Dre, do you recognize what's been

12    identified as Defendant's Exhibit I?

13    A     Yes.

14    Q     And this is a police report issued by

15    The University of Toledo, is it not?

16    A     I don't think I've seen this before.

17    Q     Okay.

18    A     I've only seen one report.

19    Q     All right.

20    A     Which one you gave me --

21    Q     The one we just looked at which was

22    Exhibit G.

23    A     Thank you.

24    Q     Take your time, as much as you need.  Let

25    me know if this refreshes your recollection as to

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

98

1    whether or not you've seen this supplemental report.

2        A    Looks -- make a call for property release.

3        Q    I'm sorry, what are you referencing?

4        A    Says property release phone call 6/10.  I

5    didn't contact the university 6/10.  I don't know

6    where that's from.  I had just been thrown in jail.

7    I would not even step foot anywhere near the

8    university at that point.

9             So they got the video footage, but the

10   audio -- they don't have the audio from the video

11   footage because of a technical error.  I begged that

12   police officer, because I thought I was going to die

13   in the back of that truck, that car, because I could

14   not breathe, and I begged him to get out of the car

15   and to help me because I could not breathe.

16            He got out of his car, and he removed the

17   mask from my mouth and my nose, and because there is

18   a technical error, that audio is gone.  Wow.

19       Q    Have you seen that exhibit before?

20       A    Never.

21       Q    For example, if you take a look at the

22   second full paragraph about a third of the way down.

23   On May 19th, he indicates at about 11:30 a.m. he

24   received a voice mail from you.

25       A    Okay.

Genovese & Reno
(419)249-2705

DREYON WYNN VOL I
September 19, 2023

99

1      Q    Does that -- my question is does that

2  sound accurate that May 19th would have been when

3  you left that voice mail for him?

4      A    The day of my arrest was on the 19th. Was

5  it the 19th? If this is the date of my arrest,

6  that's correct. Yeah. This looks --

7      Q    Go ahead. I'm sorry.

8      A    I believe the 19th was the day of my

9  arrest, so this would have been -- yes. This would

10 have --

11     Q    We'll introduce this. This will probably

12 help.

13           (Whereupon, Defendant's Exhibit J was

14           marked for identification.)

15     Q    And J, the narrative portion of Exhibit J

16 which is the supplemental police report reflects

17 that it was on May 27th that you were arrested.

18     A    Okay. I don't recall this 19th date off

19 the top of my head. I just remember the date of the

20 arrest.

21     Q    All right. I guess my question is prior

22 to the date of your arrest, which is May 27th --

23 I'll represent to you that's what the records

24 reflect. Prior to May 27th, did you call and leave

25 a voice mail for Detective Zakrzewski regarding the

Electronically signed by Teri Genovese (001-142-143-1430)         9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

100

1   return of the laptop?

2       A    Yes, I believe so.  Yes.

3       Q    Does May 19th, about eight days before the

4   arrest, does that sound about right?

5       A    Yes.  Yes.  Yeah.  On or about, yes.

6       Q    And is that accurate, his summary?  He

7   says, in summary of your voice mail -- I'm looking

8   at Exhibit I -- Wynn advised he was going to be

9   passing through Toledo and if I was going to be

10  available within the next hour, he could deliver the

11  laptop.  Does that --

12      A    Yes.

13      Q    Does that sound accurate?

14      A    I let him know that I was in the area and

15  that while I'm in the area I could deliver the

16  laptop.  I'm not sure if I said an hour, but I did

17  let him know that I was in the area and that I could

18  drop the laptop off.

19      Q    Okay.  And do you recall receiving that

20  voice mail that he references later on in that

21  paragraph?

22      A    Yes.  That he was going to be out of town.

23      Q    Right.  Do you recall responding to that

24  voice mail?  And by that, did you call Zakrzewski

25  back at any point in time?

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

101

1        A     No.  Because he said he was going to be

2   out of town, so I just felt like I can't drop it off

3   today; I'll try the next time I come through.

4        Q     And the next time you came through was on

5   May 27th, correct?

6        A     The date of the arrest, correct.

7        Q     Have you listened or obtained any of these

8   calls or videos that are referenced here?

9        A     Only thing is a video of the arrest.

10       Q     When you're being transported in the

11  police car?

12       A     Correct.  And I thought -- I believe -- I

13  thought I submitted it to the Ohio Civil Rights

14  Commission.  I believe they should have a copy of

15  that or the original.

16       Q     All right.  Look at J, please, Exhibit J.

17  Have you seen this particular police report before?

18       A     No.

19       Q     All right.  It indicates here that you

20  called Detective Zakrzewski at 10:33 in the morning

21  on May 27th and indicated that you would be passing

22  through Toledo and you would return the laptop.

23  Does that sound accurate or refresh your

24  recollection?

25       A     Yes.

Electronically signed by Teri  Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

102

1     Q    All right.  And describe for me what
2  transpired on May 27th when you arrived at the
3  university's police station.
4     A    This narrative up top, you know, captures
5  it.
6     Q    Okay.
7     A    I got there.  This top paragraph captures
8  it.
9     Q    All right.  The second paragraph talks
10  about him -- Detective Zakrzewski informing you that
11  a warrant had been issued for felony theft.  Did he
12  explain that to you?
13     A    He did.  After I -- we were in the room.
14  What he said in this top paragraph, I was sitting
15  here.  He was sitting there -- or I was sitting
16  across from him, but there was one cop standing
17  blocking the door.  Okay.  And he was holding his
18  hand on his gun.  So I became a little nervous
19  because, okay, why is he blocking the door.  Right?
20          So I give him the laptop.  He checks the
21  serial number; oh, yeah, this is the laptop; it
22  works perfectly fine; everything looks good.  I
23  said, okay.  He said, oh, but we got -- we have a
24  problem.  I said what do you mean we have a problem.
25  We have a warrant.

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

103

1                (Phone interruption.)

2        A     I'm sorry.

3        Q     You're good.

4        A     He was like we have a warrant for your

5   arrest.  I'm like, warrant, what.  He was like,

6   yeah.  And then he starts to get aggressive with me.

7   Right?  You know, you were evasive; you were this.

8   So now his demeanor is changing.  Right?  I got a

9   cop standing in the door with a gun, hand on his

10  gun, and I got another person here getting

11  aggressive with me in this little small room, so I

12  don't know what to do.

13             I'm like, okay, they could -- actually

14  there was a calm, just be calm, because I don't want

15  to give them a reason to hurt me, shoot me, to make

16  it seem like I'm not -- I'm being combative.

17             And then I pull my phone out and I'm

18  texting -- I believe I text my attorney or I text my

19  attorney or someone, hey, you know, call me at 911.

20  Right?  He's like give me your phone; you can't talk

21  to -- you know, we're placing you under arrest.  And

22  he takes my phone and he cuffs me.  Right?

23             And he takes me out.  And I'm like, dude,

24  these cuffs are really tight; why do you have

25  these -- I actually thought my skin, I thought I was

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

104

1   bleeding.  I said can you unloosen these cuffs; what
2   are you -- you know.  So I was calm and everything.
3          And then he took me outside, and he kind
4   of walked me around the car.  And I'm like is he
5   kind of parade -- like just walking me around in the
6   front.  I'm like is he parading me around to people
7   to -- you know, and then he's like wait right here,
8   and he said now get in the car.
9          So I get in the car.  Oh, he unloosens the
10  cuffs again, because I said, man, these cuffs are
11  still tight.  So he unloosens them again.  I get in
12  the backseat.  He closes the door.
13         I'm sitting -- all of a sudden, I can't
14  breathe.  I'm like, oh, my gosh.  So I don't know if
15  I was -- I don't know if I was like having like to
16  panic or something, and so I started screaming to
17  him to, please, sir, will you, please, I said, I can
18  not breathe.  Right?
19         And he kind -- he didn't really move.  And
20  I said, please, I can't breathe.  And I started
21  gasping for air, and I literally thought I was going
22  to die.  Right?
23         And all I remember is praying to God that
24  my mother -- that's the only thing that gave me
25  peace, 'cause I'm, like, my mom -- and I know that

Electronically signed by Teri Genovese (001-142-143-1430)          9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

105

1   if I died in that car, she would turn hell upside

2   down fighting for me.  That's the only thing that

3   gave me peace.

4            But the cop had came around to the back of

5   the car, and he took the mask off.  He left the door

6   open for some wind to come in.  He's like are you

7   okay, you know, Mr. Wynn.  He had some compassion on

8   me, and I'm very grateful for that, because I

9   believe that if he hadn't have done that, I would

10  have died en route to the hospital -- to the jail.

11  I could not breathe.

12           I don't know what triggered it, but I

13  literally thought I was going to die, and that was

14  very traumatic for me.

15      Q    And you were booked into the Lucas County

16  jail, and how long were you there?

17      A    Some hours.

18      Q    Were you released the same day?

19      A    I was.  I sent a 911 text -- oh, what

20  happened was when we got to the jail, I sent a 911

21  text to Wendy.  Wendy -- I was cuffed standing in

22  line, and the detective who took my mask off had my

23  cell phone, and it rang, and Wendy's name popped up

24  on the screen.  He looked at me.  I said, sir,

25  please, answer it.  He's like, is that Wendy Davis.

Electronically signed by Teri  Genovese (001-142-143-1430)                9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

106

```
 1   I said, yes.  He was like Wendy was a good -- she
 2   was a good person.  I said, please hit that button.
 3           He hit the button, and he held the phone
 4   up to my mouth.  I said, Wendy, call whoever you
 5   need to call.  I don't know anyone here in Toledo.
 6   I don't live here.  I said, they have -- I went to
 7   the university to drop this laptop off, and they
 8   have thrown me in jail.  Call Dr. Murray, call
 9   Norman Abood, and tell them I am in jail and they
10   need to get on this right now.  She's like, oh, my
11   gosh, I'm coming.
12           So Wendy, from what I understand, she was
13   here downtown driving around.  They released me
14   maybe three or four hours later.  I didn't do a full
15   day.  But when I walked outside, Wendy was standing
16   outside waiting on me, and I just hugged her and I
17   thanked her because she really didn't have to do
18   that.  I didn't know anybody here in the city of
19   Toledo.
20           It was a Friday, and if I had -- I was
21   afraid that they were going to keep me over the
22   weekend.  My daughter was waiting on me.  I have a
23   child, and they would have taken me from my
24   daughter.  My daughter would have just been left at
25   school.  A ten -- a nine-year old child just
```

Electronically signed by Teri Genovese (001-142-143-1430)                                9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

107

1   standing outside the school waiting on her father,

2   that's shameful.

3       Q   Was the officer that transported you to

4   jail, was that Detective Zakrzewski or was that

5   somebody different?

6       A   No, it wasn't Zakrzewski.  I believe it

7   was Webber.  He was a nice man, because I thanked

8   him.  I told him.  When they took me in there, I

9   said, sir, I thank you.  You saved my life.  And you

10  were -- that was very gracious of you to answer the

11  phone, because they gave me help, you know.  I

12  didn't know -- I didn't know what to do.  I did not

13  know what to do.  But that experience has changed my

14  life.  It has.

15      Q   If you take a look at -- I'm about

16  two-thirds of the way down on Exhibit J.  This is

17  addressing the conversation on May 27th.  It says,

18  Wynn stated that he didn't recall getting messages

19  on those dates, those four voice mails.  He

20  additionally stated I don't live here and I'm not

21  making special trips.  Do you recall stating that to

22  the detective on May 27th?

23      A   I have told him that before speaking to

24  him.  I don't know if I told him on that day, but I

25  told him I'm not making a special trip to Toledo.

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

108

1  As I'm passing is when I'll drop this off.

2      Q    When did you first notify law enforcement

3  officials that you had COVID?

4      A    I'm not sure.  I'm not sure.  I know I

5  e-mailed someone or sent a doctor's note or

6  something.  I don't recall when I notified them.

7      Q    When did you -- not after the fact, I'm

8  just talking about on May 27, when did you first

9  notify the police officers that you had COVID?

10     A    I let them know I had COVID in the jail.

11 Because they were actually getting ready to throw me

12 in gen -- general population.  And I thank God.  I

13 told them that I had COVID because they isolated me.

14 Right?

15     Q    Were you still experiencing COVID symptoms

16 on May 27th?

17     A    Yes.  Absolutely.

18     Q    When did you first contract COVID?

19     A    In April.  End of -- mid April, sometime

20 toward the end of April.  But there were some

21 lingering symptoms.  Fatigue being the biggest.

22     Q    It says here in the last paragraph, it

23 says you were transported to the jail by

24 Officer Williamson.  Does that refresh your

25 recollection?  Does that name ring a bell?

Electronically signed by Teri  Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

109

1      A    Williamson, yes.  Yeah.  He was a good

2    person because he said he didn't want to get in the

3    middle of it.

4      Q    And did Officer Williamson treat you in a

5    respectful manner?

6      A    He did.  He was.  He was standing in the

7    door at first.  He was -- I believe he's the one

8    that was my -- no.  What Williamson did is he took

9    the mask off, and that did it.  Because like I said,

10   I thought I was going to die so I'm grateful for

11   that.

12     Q    But you had requested that they loosen the

13   cuffs on two occasions?

14     A    Yes.

15     Q    And they did so?

16     A    Yes, they did.

17          (Whereupon, Defendant's Exhibit K was

18          marked for identification.)

19     Q    Dre, I've handed you what's been marked as

20   Defendant's Exhibit K, and this is a charge of

21   discrimination you filed with the Ohio Civil Rights

22   Commission related predominantly to your arrest; is

23   that correct?

24     A    Yes.

25     Q    All right.  If you would, go to this page.

Electronically signed by Teri  Genovese (001-142-143-1430)                                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

110

1   It's marked 3437 in the corner, bottom right-hand

2   corner.

3        A    Okay.

4        Q    And I'm looking at where it says specific

5   examples of retaliation since I engaged in protected

6   activity are, and then it lists them there?

7        A    Uh-huh.

8        Q    What did you mean by -- is it Scott Bechaz

9   on February 10th?  What is this regarding?

10            MS. SHARKEY:  I'm sorry, what page

11            are you on?

12       A    February 10th?

13       Q    Yes, sir.  We're on 3437.

14       A    There was an employee by the name of Joyce

15  Sweeney who was an employee at the hospital.  Right?

16  Scott sends an e-mail to the HR team, our

17  specialists, and he tells them something about her;

18  she's having attendance issues; I want to go back

19  three years.  They forward it to me like this -- we

20  got a problem with this, Dre.  Look at what he wants

21  to do.  Right?

22            I find out.  I don't know if I contacted

23  Janelle or someone to confirm if, in fact, this

24  employee filed an OCRC charge against us about a

25  year or two ago.  It was a probable cause finding,

Electronically signed by Teri  Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

111

1  and the university was disciplined or paid some

2  money.  Right?

3      Q    I'm sorry, regarding Joyce?

4      A    Yes.  So this supervisor is targeting her.

5  Now, he wanted to -- you know, her attendance.

6  There was a lot of things he was wanting to do, but

7  he was surveillancing her.  And the HR staff alerted

8  me to what he was doing was wrong.

9          So I e-mail him and tell him you need to

10  stop and cease and desist what you're doing; we will

11  not be targeting and surveillancing employees.

12  There is no reason to go back over her attendance

13  for three years.  We don't do anyone like that.

14  Right?  So I just let him know what you're doing is

15  retaliatory, and you need to cease and desist.

16  Right?

17          He then complains to either John or Beth

18  around the time I was fired.  Right?  So then I get

19  fired.  He then goes to the employee, trying to, oh,

20  well, you know, Dre misunderstood, and, you know,

21  and let them know that I had been fired.  What he

22  didn't realize is Sadie Wilson was standing right

23  outside the door and she heard everything.  She

24  heard him telling this supervisor tell this employee

25  who he targeted --

Electronically signed by Teri Genovese (001-142-143-1430)   9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

112

1      Q    Hold on.  So I'm sorry.  Scott Bechaz,
2    however you pronounce it --
3      A    Correct.
4      Q    -- was having a conversation with Joyce
5    Sweeney in his office?
6      A    Yes.
7      Q    And who's the individual that was outside?
8      A    Sadie Wilson.  She overheard everything.
9    Sadie alerted me to what was said.  He complained to
10   John and Beth and them, look at what Dre's doing; he
11   sent this e-mail.
12          Because I had a call with him after I sent
13   the e-mail about a day or two before I was fired
14   with another -- him and another director, associate
15   director.  Oh, I didn't like the tone of your
16   e-mail.  I didn't like what you said.
17     Q    This is what Scott's telling you on the
18   phone call?
19     A    Yeah.  And I told him.  I said, I don't
20   like what you put in your e-mail.  You are targeting
21   an employee who has filed a charge against this
22   university.  Because he put something else in the
23   e-mail, yeah, you got to watch her; her mother is a
24   union steward.  So she's smart, you got to -- you
25   know, and I told -- yeah, so he's like your tone;

Genovese & Reno
(419)249-2705

Electronically signed by Teri  Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

113

1   you told me that I shouldn't be doing this and I

2   shouldn't be doing it.

3        That's my job.  It is my job to uphold and

4   do what's right for the employees.  You, as a

5   director, have the audacity to put in writing saying

6   what you said about this employee.  There was some

7   other descriptive things he mentioned about her that

8   I told him how I felt to me were racial in your

9   tone; how you described her; what you said about

10   her; what you said about her mother.  This woman is

11   pregnant and you're targeting her because she had to

12   use the bathroom because she was pregnant.  Right?

13        I want to go back three years on her

14   attendance, and I want to use that, this cloth to

15   discipline her.  And I rebuked him and told him you

16   cannot do that.  You are putting us -- you're

17   creating a problem.

18        So he called and wanted to have a call and

19   tell me I didn't like what you said to me.  I didn't

20   like -- and I told him I didn't like what you put in

21   the e-mail, because I'm doing my job.  You cannot be

22   targeting employees.  This woman has filed a charge

23   with the Ohio Civil Rights Commission and prevailed

24   and you're doing the same thing that she filed a

25   charge for last time.  How crazy is that?

Electronically signed by Teri  Genovese (001-142-143-1430)      9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

114

1      Q     So this is the conversation you have with

2   Scott?

3      A     Yes.  And Scott goes and complains to Beth

4   and John.

5      Q     How do you know that?

6      A     Well, obviously, if he's telling Sadie.

7   He's telling the employee who is targeted, and Sadie

8   can hear him.  Oh, yeah, Dre, I got him, yeah, he's

9   fired.  Yeah.  That's what that was about.

10          So when Beth calls me and tells me I'm

11  firing you because of communications, well, my

12  communications with Scott.  My communications with

13  other directors that I was trying to hold in line.

14  I was doing my job as director of labor and employee

15  relations to protect the university and the

16  employees and rebuke -- and put these managers and

17  directors who are out of control in line.  That's

18  the problem.  It's the wild, wild west.

19          They can do whatever they wanted to do as

20  white folks.  But here is a black man telling them

21  you cannot do that and this is why.  Oh, well, I got

22  a problem with him.  I don't like him.  I don't

23  respect -- I don't trust him.  Don't send him over

24  to the hospital.  Okay.

25          But if I just sit back and let all hell

Electronically signed by Teri Genovese (001-142-143-1430)                                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

115

1   break loose, then what?  Oh, he didn't do his job.
2   You knew about that Dre?  No.  So I'm going to do my
3   job.  They hired me to do my job, and I was doing my
4   job.
5       Q    So this paragraph here, you obtained this
6   information from Sadie Wilson?
7       A    Yes.
8       Q    Okay.
9       A    She immediately alerted me to what Scott
10  had -- just was saying.
11      Q    And according to Sadie, Scott had told
12  Joyce Sweeney that Dre had been fired for protesting
13  his conduct, Scott's conduct?
14      A    Correct.
15      Q    Okay.
16      A    That's what I did, and that's what my
17  e-mail stated is that I was protesting his conduct.
18  That was very clear.  And I told him I believed his
19  actions were retaliatory.
20      Q    Do you have any -- other than what you
21  just described, do you have any evidence or proof
22  that Mr. Bechaz communicated this information to
23  Elliott or Ziviski?
24      A    No.
25      Q    And Sadie also told you that Bechaz had

Genovese & Reno
(419)249-2705

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

116

1    said that anyone that tried to stop him or got in

2    his way does not last?

3        A    That is correct.

4        Q    This is just what Sadie had shared with

5    you?

6        A    Yes.

7        Q    Did Sadie record this?

8        A    No.

9            MR. PIERSALL:  Go off the record real

10           quick.

11           (Whereupon, a discussion was held off

12           the record.)

13   BY MR. PIERSALL:

14       Q    Going to the next paragraph, April 27th,

15   Elliott e-mailed your former supervisor, Ziviski and

16   Jake, stating he supported filing a formal police

17   report for theft of property and to pursue criminal

18   charges against me over the work laptop I was

19   assigned.

20           How did you learn that at the time you

21   filed this charge, which looks like --

22       A    I got access to e-mails.  The union -- the

23   AAUP's president -- isn't he the president?  Forgot

24   what his name is.  It slipped my mind.  I believe he

25   is the president of the AAUP.  The faculty union

Electronically signed by Teri Genovese (001-142-143-1430)                                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

117

1    submitted a public records request, unbeknownst to

2    me, and the e-mail strain -- chain between the chief

3    of police, Pam, and Beth Ziviski and John Elliott

4    was given to him.

5          The e-mail chain showed who initiated the

6    conversation.  It showed John Elliott as the one who

7    gave the permission to file the report, and Beth is

8    the one who went and she followed John's directive

9    to go and file the report as we can see as you

10   provided the police report and her name is on it.

11        Q    All right.

12        A    So he e-mailed that to me.  He sent it to

13   me, and I provided that in the documents request.

14        Q    Skip to the next paragraph.  On April

15   29th, Janelle called your part-time job at Cuyahoga

16   Community College and made a public records request

17   for detailed information about me.  Do you see that?

18        A    Uh-huh.

19        Q    How were you made aware of that?

20        A    The college e-mailed me and said, hey,

21   just so you know, Janelle Schaller from

22   The University of Toledo called requesting this

23   information.  I'm like, okay, yeah, that's cool.

24   The college let me know.

25        Q    Okay.  Was there anything improper about

Electronically signed by Teri Genovese (001-142-143-1430)                                        9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

118

1    Janelle doing that?

2        A    I was just fired by the university, and

3    the only employment I have is this adjunct teaching

4    job that pays me $2,600 per class per semester.  Her

5    requesting this, yes, I believe it cast -- it's

6    casting a bad light on me, and it's placing me under

7    scrutiny as a part-time adjunct faculty.

8            I'm not even -- I'm less than at will.

9    They can just say we're not renewing you next

10   semester because you got these legal problems coming

11   in.  Why is The University of Toledo requesting this

12   type of information.  It was very detailed, very --

13   it would have took some digging to get it.

14           So now I'm under a microscope, because I

15   was trying to get into some type of full-time job

16   over at the university, at the college.  And so I

17   felt this was retaliatory.

18       Q    You said after some digging, what did you

19   mean by that?

20       A    The thing -- the type of information

21   Janelle was requesting wasn't something you can just

22   go to a file.  It would have took some time or

23   someone with some IT skills or, you know, to -- it

24   wouldn't have just been something that you can just

25   go to a file and pull out.  There was some things

Electronically signed by Teri Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

119

1    that Janelle was asking that would have gotten other

2    people in the college involved.

3         Q     When did you last work for Tri-City?

4         A     Last year.

5         Q     What semester was your last semester?

6         A     Probably the summer term.  Summer of 2022

7    was my last term there.

8         Q     What were the circumstances under which

9    you left?

10        A     Good.  I love Tri-C.  I like to teach.

11   It's good extra money.

12        Q     Why do you not still teach there?

13        A     I don't teach over there.  I get

14   opportunities -- I was getting opportunities as a

15   grad assistant at Cleveland State, so -- and once

16   Janelle sent them e-mails, I didn't want to work

17   there no more.  I don't want any more legal

18   proceedings to come through.

19             I've worked in HR, and I seen how

20   subpoenas come through and how it spreads like

21   wildfire throughout.  Oh, so and so done file a

22   lawsuit.

23             I mean, even at UT, the way that the staff

24   would gossip and talk and spread, oh, so and so

25   filed a lawsuit.  I didn't want that because I love

Electronically signed by Teri  Genovese (001-142-143-1430)                                                                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

120

1    Tri-C and I loved helping those students in the
2    inner city, and I did not want any bad light to
3    be -- you know, I didn't want to be looked at in a
4    negative light because of this.
5            I didn't want people Googling and looking
6    and seeing if -- what's going on, so I left.
7        Q    You worked for Tri-C for over a year after
8    Janelle made her public records request, correct?
9        A    Correct.  Within that year, a lawsuit had
10   been filed.  Right?  Yeah.  So I hit the door
11   because I knew you guys would be sending over all
12   kinds of requests and I didn't want to be there.
13       Q    Well, did anyone at Tri-C ask you about
14   the lawsuit you had filed at UT?
15       A    No.  No.
16       Q    Go down to the paragraph that begins on
17   May 27th.  It says, after receiving a call from
18   Detective Zakrzewski, he lured me to UTPD.  How did
19   Zakrzewski lure you to UTPD?
20       A    Okay.  We just went over the chain of
21   events of he leaving -- me calling him, leaving a
22   voice message, you know, him not never notifying me
23   or telling me a warrant had been issued.
24            Even prior to the warrant being filed,
25   hey, if you don't return this laptop by this date,

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

121

1    we're going to file a police report.  Nobody even
2    warned me, not even the courtesy to say if you
3    don't, we will file a police report.  None of that.
4    Just the conversations we had even that day.  Oh,
5    you know, oh, yeah, come at this time.  Nothing.  I
6    was lured.
7            Had I known a warrant would have been --
8    was filed, I wouldn't have went down there, not by
9    myself, or probably not at all.  I probably would
10   have retained a lawyer and had some help because I
11   was going to be processed.  I was going to be thrown
12   in jail.
13           Do you know how humiliating that was?
14   What that did to me?  The problems I have to this
15   day when I see a police siren.  What it does to me.
16   I was processed.  They made me bend over and cough.
17   You know how -- I'm not a criminal.  You know how
18   degrading that was?  I'm treated like a criminal.
19   Yes.  It would have been different.  I would have
20   got a lawyer.  Somebody to help me not to experience
21   that kind of trauma.  That was traumatic.  I almost
22   died in the back of that car.
23           I will never forget that.  I see police to
24   this day, I freeze up.  What it does to me.  And I
25   didn't even go and see a psychiatrist or anything

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

122

1   through this.  And it's very hurtful and painful to

2   deal with this.  So, yes, that was -- he lured me,

3   and it was traumatic.

4        Q    At the end of that paragraph, you say,

5   university employees contacted and forwarded you the

6   photo from the bookings report?

7        A    Terrie Kovacs.

8        Q    Anyone else?

9        A    Terrie.  She found it.

10       Q    I understand, but I'm asking you if there

11  was anyone else other than Terrie?

12       A    No.  But I'm sure -- they all gossip.

13  They all knew that I've been booked and they

14  probably shared it and spreaded it, and some people

15  probably laughed.  Oh, we got him.  Yeah, he

16  deserved that.

17            Just like Beth and Dan in those text

18  messages, laughing, ha-ha, yeah, Wendy got fired,

19  yeah, Dre.  They do that kind of stuff.

20       Q    All right.  Describe the court hearing on

21  June 10th.  It says that UT legal representatives

22  appeared at a court hearing and pushed for criminal

23  prosecution.

24       A    There was a representative from UT.  It

25  was a detective.

Electronically signed by Teri Genovese (001-142-143-1430)                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

123

1      Q    Was it Zakrzewski?

2      A    It was.  He's not a legal -- it should

3   have been police detective instead of legal, but he

4   was there, and he continued to push for prosecution.

5      Q    What did he say?

6      A    Just that he believed that I should be

7   prosecuted for that.  He didn't want to drop it.  He

8   wanted it to continue on.

9      Q    Was there a prosecutor assigned to that

10  case at that point?

11     A    All I know was a judge.  It was somebody

12  in there.

13     Q    All right.  You just don't recall if there

14  was a prosecutor assigned to the case or not?

15     A    I don't know.  I don't recall.  I'd have

16  to defer to a legal representative.  I'm not a

17  lawyer, so I don't know.

18     Q    All right.  Well, who was representing the

19  university's interest at that hearing; do you know?

20     A    All I recall is it was the detective that

21  was there.

22     Q    All right.  Do you remember what the

23  purpose of that June 10th hearing was?

24     A    That was scheduled right after my -- I

25  don't know.  It was after my --

Electronically signed by Teri  Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

124

1    Q    Was it a plea hearing?  Was it a bond

2  hearing?

3    A    I don't know.  I know they discussed

4  wanting me to take a plea and I told them absolutely

5  not.  Hell would freeze over.  Because I didn't

6  steal the laptop, so if I have to fight this till I

7  have nothing left in me, I will do it.  I did not

8  steal the laptop.

9    Q    When did you find out that the charges

10  against you had been dropped?

11    A    Probably -- well, they were dropped in

12  July.  Right?

13    Q    That sounds right.

14    A    I believe I went and appeared.  I came

15  back a second time to -- I came -- I came in July.

16    Q    Was it July 3rd that's referenced there at

17  the bottom of that page?

18    A    Yeah.

19    Q    Okay.  And Zakrzewski was there again?

20    A    Yes.  Yes.

21    Q    All right.  And were the charges dropped

22  during that hearing on July 3rd?

23    A    I believe they were.  They used some legal

24  word for dismissal or -- dismissed.  I believe they

25  were dismissed.  I mean, it's in the writing.  I

Electronically signed by Teri  Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

125

1   don't recall what it is.

2       Q    Did Detective Zakrzewski consent to the

3   dropping of the charges?

4       A    I don't think they were dropped.  I think

5   they were dismissed.  He pushed the issue still to

6   have me prosecuted.

7       Q    To your understanding, whose decision was

8   it to dismiss the charges?

9       A    Whatever judge or whoever the person it

10  was that I was standing before.

11      Q    Did he tell you why the charges were being

12  dismissed?

13      A    They didn't see any theft.  They didn't

14  understand how this could be theft.  I didn't take

15  the property.  It was given to me, and I had

16  intentions on returning it and I returned it.  The

17  property was unharmed.  The computer worked.  There

18  was nothing.  I didn't deprive the university.  And

19  they couldn't believe that someone would be arrested

20  for a laptop.

21      Q    Who is "they"?

22      A    The judge.  Whoever the judge was or

23  whoever the person was we were standing before.

24      Q    I'll hand you what Miss Sharkey introduced

25  as Exhibit 12B.  This is the case information

Electronically signed by Teri  Genovese (001-142-143-1430)                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

126

1    printout from the Toledo Municipal Court Clerk of

2    Courts.  And it says there on July 1st and July 3rd,

3    it talks about the disposition of your case.  Do you

4    see that?

5        A    This is the term, nolle -- what's this?

6    How do you pronounce that?

7        Q    Prosequi?

8        A    And what does -- that means?

9             MS. SHARKEY:  Nolle prosequi.

10       A    This means what?  Dismissed or --

11       Q    Yes.

12       A    Okay.  So the judge -- they dismissed it.

13       Q    Okay.  And I guess my point is do you know

14   how on July 1st that -- I'll say dismissal charges

15   instead of the Latin term -- upon the recommendation

16   of the prosecutor, do you know who -- what

17   prosecutor made that recommendation?

18       A    No, sir.

19       Q    All right.

20       A    No, I don't.

21       Q    Okay.

22       A    No, I don't.  It was -- it was a lot going

23   on that day.  No, I don't.

24       Q    But there was another court appearance,

25   you believe, on July 3rd where you had to appear?

Electronically signed by Teri Genovese (001-142-143-1430)                                          9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

127

1    A    No.  I don't think I appeared.  I think my

2   attorney may have appeared for me.  I don't think

3   this was another -- I just remember there were two

4   dates.  There was the initial date in June, and

5   there was a date in July.  I don't remember coming

6   back a third time, because I would have had to

7   drive, you know, another two -- two hours here.

8    Q    All right.  And were you represented --

9   who were you represented by in this matter?

10    A    Norman was there, but we ended up getting

11   another attorney here in town.  I can't think of his

12   name, but they said that he was one of the best

13   criminal defense attorneys, and so I retained him to

14   handle this.

15    Q    Were you required to post a bond?

16    A    No.  I don't -- no, I don't recall.  No, I

17   do not recall posting a bond.  They just let me out

18   of jail.

19    Q    Earlier today you testified that you had

20   sent two e-mails on the morning of January 26th,

21   2021.  One was regarding Toth.

22    A    Yes.

23    Q    And one was regarding Powell?

24    A    Correct.

25    Q    Do you believe those e-mails factored into

Electronically signed by Teri  Genovese (001-142-143-1430)                                                    9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

128

1   your termination from the university?

2       A    Absolutely.

3       Q    Describe.  What do you support -- what is

4   your basis of that belief?

5       A    Well, they were basically complaint -- it

6   was a complaint about Jason Toth.  And Beth said

7   communication was why I was terminated.  Didn't give

8   any examples.  The only communications that I think

9   I had was the e-mails that I had that morning, and

10  then the day before when -- or two days before with

11  Scott, Scott Bechaz or Bechaz because he wanted to

12  have a Webex about the e-mail, and he -- you know,

13  so -- but I believe that factored into it.  Yep.

14              MR. PIERSALL:  All right.  Let's shut

15          it down for the day.

16              MS. SHARKEY:  Okay.

17              MR. PIERSALL:  All right.

18              (Whereupon, the deposition was

19          adjourned at 5:12 p.m.)

20              (Whereupon, signature was discussed

21          at the end of Volume II and signature was

22          waived.)

23                      - - -

24

25

Electronically signed by Teri  Genovese (001-142-143-1430)                                                          9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

129

1             C-E-R-T-I-F-I-C-A-T-E

2

3      I, Teresa Genovese Mauro, a Notary Public in
and for the State of Ohio, duly commissioned and

4  qualified, do hereby certify that the within-named
Witness, DREYON O. WYNN, was by me first duly sworn

5  to tell the truth, the whole truth and nothing but
the truth in the cause aforesaid; that the testimony

6  then given by him was by me reduced to stenotype in
the presence of said Witness, afterwards transcribed

7  upon a computer; that the foregoing is a true and
correct transcription of the testimony so given by

8  him as aforesaid.

9

10     I do further certify that this deposition was
taken at the time and place in the foregoing caption

11  specified.

12

13     I do further certify that I am not a relative,
employee of or attorney for any of the parties in

14  the above-captioned action; I am not a relative or
employee of an attorney of any of the parties in the

15  above-captioned action; I am not financially
interested in the action; I am not, nor is the court

16  reporting firm with which I am affiliated, under a
contract as defined in Civil Rule 28(D).

17

18     IN WITNESS WHEREOF, I have hereunto set my hand
and affixed my seal of office at Toledo, Ohio, on

19  this 8th day of October, 2023.

20

21                              TERESA GENOVESE MAURO

22  My Commission expires       Notary Public
June 8, 2028.          in and for the State of Ohio

23

24

25

Electronically signed by Teri  Genovese (001-142-143-1430)       9161b3fb-a1aa-4cca-8e70-cef7d48cc79c

DREYON WYNN VOL I
September 19, 2023

130

**A**

**a.m** 98:23
**AAUP** 116:25
**AAUP's** 116:23
**ability** 17:8
**able** 18:5 69:20
  93:16
**Abood** 1:13 3:3
  106:9
**above-captioned**
  129:14,15
**absolutely** 41:21
  53:8 55:4 93:25
  108:17 124:4
  128:2
**academic** 47:4,11
**access** 69:16
  70:11 71:25
  116:22
**account** 69:14
**accurate** 96:8
  99:2 100:6,13
  101:23
**accurately** 6:2
**action** 17:16,17
  129:14,15,15
**actions** 16:19
  29:1 41:2
  115:19
**activities** 27:2,8
**activity** 110:6
**actual** 93:6
**add** 14:25 15:2
**added** 43:3 75:25
**additionally**
  107:20
**address** 67:7
**addressing** 19:19
  107:17
**adjourned**
  128:19
**adjunct** 118:3,7
**admitted** 40:21
**advanced** 43:4

**advertised** 55:1
  55:11
**advertisement**
  53:11
**advise** 68:24
**advised** 100:8
**affiliated** 129:16
**affirmed** 3:15
**affixed** 129:18
**aforesaid** 129:5,8
**afraid** 22:3
  106:21
**African** 10:13
**AFSCME** 26:4,7
  27:4 59:23 62:3
  62:17,23
**afternoon** 3:18
  3:19
**agency** 15:22
**aggressive** 103:6
  103:11
**ago** 50:5,6 93:11
  110:25
**agree** 15:15 22:8
  23:17 24:12
  62:10 86:15
**agreed** 19:21,21
  19:22 23:21
  25:18 62:6
**agreement** 5:4
  23:17 64:25
  96:3
**ahead** 77:4 99:7
**air** 104:21
**alerted** 111:7
  112:9 115:9
**allegedly** 64:1
**American** 10:14
**amount** 18:8 49:6
  93:4,12
**analyst** 31:24
  36:12,15
**and/or** 38:15
  65:14 85:25

**angry** 13:7 28:23
**animus** 11:4
  15:23 43:22
**announcement**
  33:3
**answer** 9:23
  57:24 70:1
  75:14,17,18,19
  75:21 76:3
  90:18 105:25
  107:10
**answered** 87:16
**answers** 75:20
**anybody** 45:25
  93:9 106:18
**anyway** 12:2
**apart** 30:24
**apologized** 33:15
**appear** 126:25
**appearance**
  126:24
**APPEARANC...**
  3:1
**appeared** 122:22
  124:14 127:1,2
**appears** 76:24
**appease** 14:1
**applicant** 54:17
**application** 57:4
**applications**
  65:17,21
**applied** 7:2 42:24
  43:5
**applies** 33:2
**apply** 32:25
  33:11
**appointment**
  66:19
**appreciate** 40:15
  75:19,22 76:2
**approached**
  15:11 29:15
  30:7,13 31:10
  32:18

**appropriate** 14:4
**approval** 22:24
**approximately**
  92:21
**April** 68:21 83:12
  88:3,14,23,25
  89:2,10,21 90:9
  91:1 94:22,25
  94:25 95:8,14
  95:23 96:6,11
  96:14,16,24
  97:5 108:19,19
  108:20 116:14
  117:14
**area** 29:5 74:10
  89:18 90:7,19
  100:14,15,17
**argue** 76:2
**arrangement**
  75:13
**arrest** 16:8 74:3
  92:7,13 99:4,5,9
  99:20,22 100:4
  101:6,9 103:5
  103:21 109:22
**arrested** 16:8
  99:17 125:19
**arrival** 25:8
**arrived** 102:2
**aside** 13:4
**asked** 9:20 13:17
  24:8 28:18
  72:22 78:25
  89:4
**asking** 30:21 69:7
  82:24 83:4
  119:1 122:10
**assess** 53:9
**assigned** 81:22
  97:8 116:19
  123:9,14
**assist** 26:8,12,23
  26:24
**assistant** 28:24

**appropriate** 14:4
54:19 119:15
**associate** 3:10
  54:20 112:14
**assume** 59:9,10
**assumption** 38:6
**at-will** 66:21,25
**attached** 49:3
**attempted** 91:2,2
**attendance**
  110:18 111:5,12
  113:14
**attending** 7:18
**attitude** 43:4
**attorney** 103:18
  103:19 127:2,11
  129:13,14
**attorneys** 127:13
**attribute** 45:23
**audacity** 113:5
**audio** 69:12
  98:10,10,18
**authority** 19:6
  23:16,24 72:3
  72:18
**automatically**
  63:8
**autonomy** 39:16
**available** 92:5
  100:10
**aware** 18:15 40:5
  43:11 56:24
  57:3,6 60:6
  61:9 74:14,21
  74:25 81:8
  82:16,17 117:19

**B**

**B** 2:9 13:9 67:9
  67:12 70:22
  73:16
**B-R-I-S-S-O-N**
  36:14
**back** 10:10 16:11
  21:17 22:13

DREYON WYNN VOL I
September 19, 2023

131

23:12 24:3
29:19 31:4
33:13 34:17
35:8,19 40:9
48:3 51:9,12
55:10 58:4,23
63:19,25 64:6
68:8 69:12
71:13 73:3
77:17 83:6
85:13 86:19,22
88:13 90:19,22
98:13 100:25
105:4 110:18
111:12 113:13
114:25 121:22
124:15 127:6
**backed** 44:10
**backfill** 39:12
**background** 51:2
**backlog** 62:3,18
**backlogged** 62:5
**backseat** 104:12
**bad** 64:5 95:13
118:6 120:2
**balance** 13:23
**bargaining** 24:23
27:12
**base** 38:2 78:16
**basically** 18:12
45:22 50:13
128:5
**basis** 9:23 10:5
128:4
**bathroom** 113:12
**Bechaz** 110:8
112:1 115:22,25
128:11,11
**Beck** 39:20 73:17
83:20
**began** 12:14
**begged** 98:11,14
**begins** 70:6
120:16

**behalf** 3:2,6 46:8
**behaviors** 41:3
**belief** 28:19 38:2
55:12 72:16
128:4
**believe** 7:18,18
8:11 10:24
17:22 20:18
25:10,11,13
27:22 28:9
29:25 35:23
36:4 37:25,25
38:12,23 42:14
42:17 46:1,22
47:24 48:16
53:13 55:6
62:16 66:14
68:6,21 78:8
79:11,20,23
82:2,5 83:22
84:6 86:3 91:22
99:8 100:2
101:12,14
103:18 105:9
107:6 109:7
116:24 118:5
124:14,23,24
125:19 126:25
127:25 128:13
**believed** 115:18
123:6
**bell** 108:25
**belongs** 71:3,5,16
**bend** 121:16
**benefits** 72:11
80:6
**best** 4:13,17 13:5
48:8 127:12
**Beth** 18:24,25
24:10,11 25:10
25:11,14 32:11
32:18 38:4,11
38:11,13 40:25
41:12,15 43:2

44:14,15 48:15
48:15 49:19
50:5,24 51:4,19
51:23,25 52:2
52:13 55:3 56:6
56:17,18 57:1
60:23 61:12,15
63:21 64:13
65:1 66:4,9
69:2 111:17
112:10 114:3,10
117:3,7 122:17
128:6
**Beth's** 53:16 56:7
81:6
**Bethany** 69:8
**biggest** 108:21
**bit** 6:5 30:7
**black** 10:15
18:10 54:17,23
55:8 64:8 73:22
74:5 114:20
**black-and-whit...**
18:6
**blacks** 73:21
**blame** 45:24,25
**blatant** 60:13
**bleeding** 104:1
**blocking** 102:17
102:19
**blown** 38:22 39:6
39:7
**blue** 50:23
**board** 14:9 15:5
18:2,24 19:24
20:20 21:9,14
21:16,16 22:16
22:24 72:2,6,17
81:3
**body** 19:25 67:24
70:7
**bond** 124:1
127:15,17
**booked** 105:15

122:13
**bookings** 122:6
**books** 72:13
**boss** 19:2
**bottom** 20:10,11
39:1,2 67:18
70:3,6 92:19
110:1 124:17
**brain** 93:10
**break** 30:6 76:4
115:1
**breathe** 16:10,13
98:14,15 104:14
104:18,20
105:11
**brief** 51:8
**bring** 54:24 55:9
63:25 68:8 89:4
**bringing** 34:6,11
68:12
**Brisson** 36:14
37:11 77:9
78:22 79:2
**brought** 8:13
20:1,4
**budget** 39:10,12
**bulk** 28:15 62:3
**bull** 60:16
**button** 106:2,3

**C**

**C** 2:10 3:8 76:8
76:12
**C-E-R-T-I-F-I-...**
129:1
**call** 21:13 45:15
48:7,9,11 50:6,8
51:1,6,8,9,12,15
68:24 69:1,3
87:21 88:6,18
90:8 91:21 98:2
98:4 99:24
100:24 103:19
106:4,5,8,8

112:12,18
113:18 120:17
**called** 11:11,17
11:20 20:25
21:1,10 40:24
40:25 41:1,12
44:7 51:16
55:22,24 59:8
68:7 73:13,18
87:20 90:3,17
90:19 91:23
92:1 101:20
113:18 117:15
117:22
**calling** 10:16
88:8 120:21
**calls** 51:22 91:4
101:8 114:10
**calm** 11:19
103:14,14 104:2
**campus** 3:10 47:8
52:18 64:8
**candidates** 42:20
54:22
**capacity** 57:17
66:21
**caption** 129:10
**capture** 5:3
**captures** 102:4,7
**car** 16:9,11,13
98:13,14,16
101:11 104:4,8
104:9 105:1,5
121:22
**career** 94:9
**Carolyn** 8:16
39:23,23 42:13
55:9
**carry** 95:20
**case** 1:4 4:8,8
7:11 8:10 17:14
21:18 81:22
93:5 94:5
123:10,14

DREYON WYNN VOL I
September 19, 2023

132

125:25 126:3
**cases** 94:4
**cast** 118:5
**casting** 118:6
**cat** 76:12
**Cathy** 65:4,5
**caught** 14:18,21
75:15
**cause** 10:15 12:7
17:15 19:11
30:11 37:6
84:14 90:15
91:10 104:25
110:25 129:5
**cautious** 21:22
**cc'd** 79:16
**cease** 111:10,15
**cell** 105:23
**CEO** 19:9,12
23:13 24:4,7,14
**certain** 44:25
59:9
**certification**
39:18
**certified** 3:15
**certify** 129:4,10
129:13
**chain** 117:2,5
120:20
**change** 6:22
80:16
**changed** 18:4
27:11 107:13
**changing** 11:7
93:12 103:8
**Chapman** 8:16
39:24 42:13
**charge** 11:6,13
12:6 30:9,12
109:20 110:24
112:21 113:22
113:25 116:21
**charges** 9:10 36:4
116:18 124:9,21

125:3,8,11
126:14
**check** 13:23 66:6
72:11
**checked** 50:4
**checks** 102:20
**Cherry** 39:17
56:6,7,9,11
**chief** 11:3,4,7
12:16,17,20
15:24 16:19
17:15 22:7 23:6
23:11,12,15
24:17 27:17
28:7,8,21 39:15
60:11,18 93:22
94:1 117:2
**child** 106:23,25
**china** 60:16
**CHRO** 14:3
15:14 56:13
57:17
**circles** 64:13,16
**circumstances**
119:8
**cite** 72:1,6
**city** 75:12 106:18
120:2
**civil** 9:3 54:10
57:10 66:19
91:17 101:13
109:21 113:23
129:16
**claims** 63:1
**class** 118:4
**classy** 24:19
**clean** 43:25
**clear** 14:16 19:16
41:8 89:8
115:18
**Clerk** 126:1
**Cleveland** 74:7,8
96:20 119:15
**close** 23:23 31:1

34:4 80:21
81:10
**closes** 104:12
**closet** 29:6
**cloth** 113:14
**clue** 18:21
**co-op** 6:21
**collapse** 15:7
**collapsing** 19:22
**college** 117:16,20
117:24 118:16
119:2
**color** 29:15
**Columbus** 3:8
**columns** 78:10
**combative**
103:16
**come** 11:15 14:9
22:20 23:17
42:2 53:4 63:12
75:11,12 80:18
81:3 83:18 85:2
86:1 101:3
105:6 119:18,20
121:5
**comes** 6:18 13:20
33:2,16 34:5
**coming** 33:18
34:1 39:22
52:25 82:8
106:11 118:10
127:5
**comment** 15:25
29:8
**comments** 9:22
10:1,4,22 28:19
28:22,25 40:11
40:13
**Commission** 9:3
9:4 54:11 57:10
91:17 101:14
109:22 113:23
129:22
**commissioned**

129:3
**committee** 26:10
27:16,23 42:12
42:18 54:12,14
56:4,25 57:3,18
57:22 58:14
**committee's** 58:6
**committees** 58:7
58:10,16
**communicate**
64:2 87:18
**communicated**
38:9,12 74:22
115:22
**communicating**
30:25
**communication**
50:12 128:7
**communications**
19:14 21:23
51:24 114:11,12
114:12 128:8
**Community**
117:16
**company** 54:1
**comparable** 54:2
**compassion**
105:7
**compensation**
31:15,16,24
32:15,16,17
33:6,12 42:13
80:6
**complained**
112:9
**complaining** 44:8
**complains** 111:17
114:3
**complaint** 29:18
33:23,25 34:19
34:20 69:18
128:5,6
**complaints** 40:6
41:10,23

**compliance** 56:23
68:20
**component** 26:16
**computer** 68:18
71:3,5,7,25
92:20 96:2
125:17 129:7
**con** 74:6
**concerned** 78:14
31:9 35:12 40:6
40:13 41:10,23
**conclusion** 53:4
78:16
**condense** 78:10
**conduct** 44:2
115:13,13,17
**conducted** 63:21
**confirm** 110:23
**confirmation**
38:9
**consensus** 58:15
**consent** 125:2
**considered** 54:8
57:14
**constraints** 4:23
**contact** 28:4 91:2
96:13 98:5
**contacted** 9:7
13:8 73:18
110:22 122:5
**contacting** 68:2
**contained** 59:5
77:7
**containing** 4:21
**contesting** 65:20
**continue** 123:8
**continued** 123:4
**contract** 11:9
14:19 17:19
18:9,17,20 19:3
19:18 20:19
22:23,25 23:4
26:25 27:4,9,10

DREYON WYNN VOL I
September 19, 2023

133

27:24 28:5,11
108:18 129:16
**contracted** 94:23
95:3
**contracts** 25:2,7
25:9,17,21,23
**contrast** 74:6
**control** 114:17
**conversation**
14:5 31:4 32:23
84:21 90:9,14
107:17 112:4
114:1 117:6
**conversations**
34:24 37:10,13
51:19 73:7,9
76:20 79:1,15
84:4 88:10
121:4
**convert** 6:14,19
**convicted** 93:14
93:19 94:3,6
**cool** 117:23
**cop** 16:21 102:16
103:9 105:4
**copied** 23:14
48:16 49:22
**copies** 49:9
**cops** 88:8
**copy** 21:6 36:23
48:1 49:3 58:24
66:16 101:14
**corner** 29:7 110:1
110:2
**correct** 4:8 5:4,5
6:7 9:24 23:7
30:5 32:25
35:16,19 36:8
36:18 38:16
39:1 42:23
43:14,16 46:15
48:23 49:17
50:1 61:17 66:4
66:7,22 67:3,4

67:16,17,22,23
67:25 70:8,13
70:24 74:11
76:17,25 77:1
78:6,23 87:15
87:23,24 88:17
88:19,21 96:11
97:6 99:6 101:5
101:6,12 109:23
112:3 115:14
116:3 120:8,9
127:24 129:7
**corrected** 22:23
**correspondence**
23:15
**corresponding**
86:19
**cost** 20:14
**costing** 11:24
20:9
**cough** 121:16
**Counsel** 3:10
**County** 105:15
**couple** 3:25 20:12
35:7 46:22
59:17 76:13
**course** 11:25 21:2
**court** 1:1 58:3
73:2 93:18
122:20,22 126:1
126:24 129:15
**courtesy** 121:2
**Courts** 126:2
**cover** 4:14,17
22:5
**covered** 4:18
22:18 42:1
**COVID** 62:7,8
63:3,15 75:15
94:23 95:3,9,11
95:21 96:13,15
108:3,9,10,13
108:15,18
**crazy** 113:25

**create** 33:7 43:22
77:19
**created** 32:11,14
56:16 72:1
**creating** 33:10
113:17
**credibility** 94:4
**criminal** 116:17
121:17,18
122:22 127:13
**cuffed** 105:21
**cuffs** 103:22,24
104:1,10,10
109:13
**current** 40:3
54:21 93:12
**currently** 70:18
85:21
**Cuyahoga** 117:15
**CWA** 25:25 26:2
26:7,8,13 27:14
27:17,24 28:4
28:11,16 48:18
48:20 59:7,10
60:5,8 61:10,18
62:3,17,20,25
64:25 65:2
**cycle** 44:17,20,25

---
**D**

**D** 2:1,11 76:22,24
77:7 78:17
**damage** 94:8
**damaging** 94:7
**Dan** 47:8 48:13
48:19 49:14,18
49:19 58:23
59:15 60:3,7,20
60:23 61:5,11
62:19,24 80:22
81:2,8 122:17
**Dan's** 49:7,16
60:6 61:9
**date** 1:15 5:8

26:5 74:18
88:23 89:10
91:18 96:5,11
96:22 97:5 99:5
99:18,19,22
101:6 120:25
127:4,5
**dated** 95:18
**dates** 91:3,8
107:19 127:4
**daughter** 106:22
106:24,24
**David** 32:2 42:12
**Davis** 4:5 7:11,14
7:25 8:10
105:25
**Davis'** 4:8
**day** 11:17 18:1
32:12 33:1,1
49:13 52:6
62:21 68:21
69:24 80:8
90:21 92:5 99:4
99:8 105:18
106:15 107:24
112:13 121:4,15
121:24 126:23
128:10,15
129:19
**days** 18:1 35:7
52:14,15 84:11
84:17 86:1
100:3 128:10
**deadline** 95:8
**deal** 122:2
**dealing** 17:23
19:17 28:6
**dealt** 24:23
**debacle** 14:14,17
**debate** 76:1
**December** 6:14
6:18
**decision** 50:14,15
50:25 58:12

125:7
**deductions** 72:11
72:12
**defend** 7:9
**Defendant** 1:7
3:6
**Defendant's** 2:7
65:24 66:2 67:9
67:12 76:8,11
76:22 78:19
81:17,20 87:8
87:11 88:1
94:10 97:9,12
99:13 109:17,20
**Defendants'**
94:13
**defending** 45:22
**defense** 127:13
**defer** 123:16
**defined** 129:16
**definitely** 88:25
**degrading** 121:18
**degree** 6:13 7:6
7:21 34:10,11
39:18 53:14
**delaying** 75:8,9
**deliver** 100:10,15
**demanded** 13:10
**demeanor** 103:8
**demotion** 53:24
**denial** 72:4
**deny** 71:24
**department**
13:11 23:13
29:14 31:14
42:16 55:17
73:9,10 79:10
84:5 87:14
**departure** 60:6
**deposed** 7:11
**deposition** 1:10
2:2 3:24 4:5,7
5:8 8:1,4,9 9:21
40:21 43:2

DREYON WYNN VOL I
September 19, 2023

134

60:23 81:6
128:18 129:10
**deprive** 125:18
**derelict** 15:16
**describe** 7:15
11:2 31:3,8
48:8 59:5 102:1
122:20 128:3
**described** 28:21
113:9 115:21
**description** 54:5
**descriptive** 113:7
**deserved** 122:16
**desist** 111:10,15
**destroyed** 94:9
**detailed** 117:17
118:12
**detective** 87:22
88:14 90:14
91:8,15 96:1,5
99:25 101:20
102:10 105:22
107:4,22 120:18
122:25 123:3,20
125:2
**determine** 77:10
**dialogue** 43:17
**die** 16:11 95:11
98:12 104:22
105:13 109:10
**died** 16:8,13
46:15 105:1,10
121:22
**difference** 64:7
**differences** 74:4
**different** 24:23
30:23 35:2
64:10,10 69:7
72:21 73:21
77:13,14,15,16
77:21 81:1
82:13 91:4,5,8
107:5 121:19
**difficult** 6:1

**digging** 118:13
118:18
**direct** 13:18,18
22:18,19 46:9
72:7,18
**directed** 70:15
84:25
**directing** 85:18
**directive** 85:10
86:16 87:3
117:8
**director** 6:11
29:11 31:17
33:20 36:15,19
36:20 38:3,18
39:21,24 42:13
42:13,14 43:24
53:3,24 54:1,4
54:20,21 56:22
62:4 63:25
68:19 79:23,24
80:4,5,23 81:3
112:14,15 113:5
114:14
**director-level**
78:14 79:22
**directors** 40:3
114:13,17
**discipline** 45:9,11
46:8,18,19
113:15
**disciplined** 111:1
**disciplining** 46:6
46:25
**disconnected**
51:11
**discovered** 14:24
21:4 54:11
**discovering**
62:20
**discredited** 93:18
**discrepancy**
61:13
**discriminating**

17:4
**discrimination**
9:11 29:13,16
30:10 40:14
41:11,24 109:21
**discriminatory**
16:20 67:5
**discuss** 37:17
52:12,19
**discussed** 4:1
17:11 26:17
69:6 81:7 93:23
124:3 128:20
**discussion** 23:5
116:11
**dismiss** 125:8
**dismissal** 124:24
126:14
**dismissed** 124:24
124:25 125:5,12
126:10,12
**disparities** 30:14
40:7
**displeasure** 41:9
41:22
**disposition** 126:3
**dissertation** 7:8
7:20
**dissertations**
7:16
**DISTRICT** 1:1,1
**DIVISION** 1:2
**doctor** 96:17,18
96:19
**doctor's** 108:5
**doctorate** 7:5,21
**document** 5:1
34:23 44:21
94:15
**documentation**
50:12 75:16
**documented**
44:22 63:20
**documents** 9:2

70:18 85:20
117:13
**doing** 13:25
15:20 31:15,18
46:3 50:17,18
50:19 60:13,14
93:9,21 111:8
111:10,14
112:10 113:1,2
113:21,24
114:14 115:3
118:1
**dollar** 93:4,12
**door** 102:17,19
103:9 104:12
105:5 109:7
111:23 120:10
**double** 66:6
**downtown**
106:13
**Dr** 106:8
**draft** 44:11 45:7
47:20
**drafted** 15:4
**Dre** 3:18 5:24
10:14 13:9,14
20:5 21:4 33:17
41:4,5 60:24
66:1 67:11 74:1
76:11 87:10
94:12 97:11
109:19 110:20
111:20 114:8
115:2,12 122:19
**Dre's** 112:10
**Drew** 3:8,20
**Dreyon** 1:3,11
2:2 3:14 5:23
129:4
**drive** 59:2,3
127:7
**driving** 92:10
106:13
**drop** 75:11 82:9

84:16,18,20,24
88:9 89:19,21
90:5,15,17
91:23 92:8
100:18 101:2
106:7 108:1
123:7
**dropped** 124:10
124:11,21 125:4
**dropping** 84:14
125:3
**drug** 5:25
**dude** 103:23
**due** 4:22 63:14
**duly** 3:15 129:3,4
**duration** 17:24
**duties** 15:16

**E**

**E** 2:1,12 78:19,21
**e-mail** 12:3 23:19
29:11,21 33:13
36:25 41:16
46:4 48:13 49:3
49:12,21,22,22
49:24 50:1,2
59:13,15,17
60:25 65:9 66:3
66:8 67:21,24
69:14 70:4,5,12
71:1,10 73:5
74:2 76:14
78:21 79:8,16
81:20,23 82:1
85:11,17 86:21
86:25 87:1,6
110:16 111:9
112:11,13,16,20
112:23 113:21
115:17 117:2,5
128:12
**e-mailed** 21:8
23:14 33:5 41:1
49:17 73:12

108:5 116:15
117:12,20
**e-mails** 4:20 19:8
24:16 36:24
37:4,16 40:22
50:3 66:10
67:14 69:15
73:14,15 76:13
82:7 116:22
119:16 127:20
127:25 128:9
**earlier** 28:18 40:9
76:12,16 78:12
87:16 89:12
127:19
**early** 50:3
**easier** 77:20
**edge** 21:2
**edit** 77:18
**education** 40:2
**EE** 36:3
**effect** 38:25 62:18
68:9 89:21
**eight** 38:24 100:3
**either** 9:7,11 45:9
62:1,1 65:9
69:1 73:13
79:23 80:3,4
111:17
**electronic** 58:24
58:25
**electronically**
49:20 60:24
**Elizabeth** 8:21
**Elliott** 10:12,18
14:6,9 23:14
24:4,8 28:23
31:11,12,13
32:18,23 37:23
38:10 40:10,20
50:9,11 51:2,23
55:20,21,22
56:5,12,12
57:15 67:16

68:23 70:5,10
70:22 72:6,16
80:15 81:10
84:25 85:13
86:12,13 115:23
116:15 117:3,6
**Elliott's** 85:10
86:16 87:6
**embracive** 52:6
**employed** 10:8,23
42:3 85:7 86:6
90:1
**employee** 11:10
56:23 64:6
68:19,22 72:9
72:13 79:22
82:10,12,13,14
84:16,19,20
85:5,8,9,24 86:1
86:3,7 89:3
97:7,8 110:14
110:15,24
111:19,24
112:21 113:6
114:7,14 129:13
129:14
**employees** 7:12
7:13 28:16 36:7
40:5 46:7,25
47:17 55:17
78:14 83:1,2
111:11 113:4,22
114:16 122:5
**employer** 63:7
**employment** 9:4
16:17 23:8,10
23:11 66:21,25
85:6 118:3
**en** 92:11 105:10
**encourage** 7:23
**ended** 58:21
127:10
**enforce** 13:22
**enforcement**

108:2
**engage** 27:2
**engaged** 110:5
**entered** 62:12
**entirety** 23:8,9
75:2
**entitled** 86:7
**Equal** 9:4
**equipment** 86:4
**equivalents** 28:10
**Erford** 81:21
**Erie** 1:22
**Erika** 27:20
**error** 14:21 98:11
98:18
**established** 18:11
**evaluated** 52:15
**evaluation** 44:15
45:4 47:16,19
**evaluations** 44:2
44:18 45:2
**evasive** 103:7
**event** 89:18 95:20
**events** 120:21
**eventually** 22:23
35:3,6 66:15
82:9
**everybody** 34:1
63:18
**evidence** 38:7
115:21
**exactly** 12:5 13:2
31:9
**Examination** 2:4
5:20
**examined** 71:23
**examiner** 6:20,20
**example** 11:3
17:1 83:15
98:21
**examples** 41:2
110:5 128:8
**Excel** 77:24 78:4
**exchange** 78:21

**excluding** 46:5
**execute** 95:14
**executive** 29:11
36:15,18,20
38:3 53:3 79:23
80:4
**exhibit** 65:24
66:2,13 67:9,12
67:25 70:22
73:16 76:8,12
76:22 77:7
78:17,19,21
81:17,20 87:1,8
87:11 88:1
90:11,12 94:10
94:13 97:9,12
97:22 98:19
99:13,15 100:8
101:16 107:16
109:17,20
125:25
**exhibited** 60:22
**Exhibits** 2:7
**expected** 68:25
69:9
**experience** 39:19
40:2 53:12,15
54:6,8 107:13
121:20
**experiencing**
108:15
**expiration** 84:7
**expires** 129:22
**expiring** 84:18
**explain** 21:24
102:12
**explained** 13:21
21:5 31:12,13
48:17,18 49:19
**express** 40:14
41:9,22 43:7
55:12
**expressed** 41:23
43:2

**extent** 4:25
**extra** 33:6,11
119:11
**eye** 17:5

---

**F**

**F** 2:13 81:17,20
87:1 90:11
**f'ing** 13:9,9
**fact** 36:4 51:20
72:14 108:7
110:23
**factored** 127:25
128:13
**factually** 96:8
**faculty** 116:25
118:7
**fair** 8:8 43:24
**fall** 22:3 48:25
**familiar** 12:10
66:24
**family** 96:18
**far** 52:1 78:13
**fashion** 77:22
**Fast** 12:4
**father** 107:1
**Fatigue** 108:21
**fault** 12:25 15:18
44:23 45:23
46:2
**favorable** 11:15
**February** 67:22
70:19 83:12
84:25 85:11,17
85:22 86:17,21
86:25 87:1,3,6
110:9,12
**feel** 12:22 14:3
15:15,20 16:1
31:18 34:16
52:10,22 82:9
82:15
**feelings** 13:4
**felon** 93:14,19

DREYON WYNN VOL I
September 19, 2023

136

94:3,7
**felony** 93:8,13,17
102:11
**felt** 16:19 37:8
43:6 46:2 84:15
101:2 113:8
118:17
**fiasco** 44:22
**field** 6:19,20
**fight** 16:12 124:6
**fighting** 65:17,20
105:2
**figure** 22:4
**file** 11:13 19:20
49:7 93:5,7
117:7,9 118:22
118:25 119:21
121:1,3
**filed** 9:10,14 11:7
12:6 15:12 30:9
30:12 40:6
48:20,21 49:13
49:15 59:25
62:20 63:4 65:7
92:9 109:21
110:24 112:21
113:22,24
116:21 119:25
120:10,14,24
121:8
**files** 70:17 85:20
**filing** 41:10
116:16
**fill** 6:17 47:13
**filled** 39:9 93:22
**final** 57:16 58:11
**finalist** 57:13
**finalized** 23:1
**finally** 24:3,8
49:14
**financially**
129:15
**find** 27:10 42:3
63:12 64:20

71:12 80:15
110:22 124:9
**finding** 12:11
110:25
**fine** 5:11,14
102:22
**finish** 6:13 35:10
35:14
**fire** 55:8 64:1
**fired** 23:1 35:10
35:14 41:13,15
52:14 55:9 74:1
74:2 83:17
111:18,19,21
112:13 114:9
115:12 118:2
122:18
**fires** 14:13
**firing** 64:4
114:11
**firm** 53:17
129:16
**first** 3:15 20:2
31:5 51:15,16
52:5 53:16
59:16,16 62:13
62:13 63:11
66:12,18 68:4
70:4,22 84:1
94:15 108:2,8
108:18 109:7
129:4
**Fisher** 8:23 30:11
55:19
**five** 18:1 24:23
51:7
**five-day** 49:10
**Floyd** 46:15
**folks** 114:20
**follow** 18:4
**followed** 12:2
117:8
**following** 91:3
**follows** 3:16

**fond** 60:9,11
**food** 92:1
**foot** 98:7
**footage** 98:9,11
**FOP** 14:14,17
15:3 18:17
19:17,20 20:19
22:25 25:11,16
26:3,7,25 28:6
44:1,21 45:18
45:24 59:22,25
61:25 62:23
**foregoing** 129:7
129:10
**forget** 121:23
**Forgot** 116:23
**formal** 116:16
**former** 7:13
21:10 54:19,20
56:22 80:1
116:15
**forth** 85:14 86:19
86:23
**forward** 12:4
17:6 19:14
49:21 52:20
53:2 110:19
**forwarded** 19:8
81:21 122:5
**found** 9:22 10:4
11:14 12:7
17:15 30:10
40:11 122:9
**four** 24:24,25
25:2 41:2 56:10
56:24 57:3 91:4
91:4,8 106:14
107:19
**fourth** 26:6
**frame** 83:12
**freeze** 121:24
124:5
**Friday** 106:20
**friend** 56:7

**front** 104:6
**FTE** 65:14
**full** 91:11 98:22
106:14
**full-fledged**
27:15
**full-time** 118:15
**function** 81:1
**furious** 33:17
**further** 12:13
68:25 82:2
129:10,13

**G**

**G** 2:14 87:8,11
88:2 90:12
97:22
**gasping** 104:21
**Gaus** 32:2 42:12
**gen** 108:12
**general** 3:10
108:12
**generated** 87:13
**Genovese** 1:17,21
129:3,21
**George** 46:15
**getting** 10:16
15:1 27:16
31:16 58:21
103:10 107:18
108:11 119:14
127:10
**give** 11:19 14:20
23:16 33:11
49:11 52:10
64:2,19 72:17
72:25 102:20
103:15,20 128:7
**given** 43:15 48:3
86:4 97:8 117:4
125:15 129:6,7
**gives** 72:2
**giving** 17:1 39:17
44:13 75:20

94:3
**glimpse** 37:8
**go** 4:3 12:12,14
17:3 23:12 24:5
24:7,14 33:19
44:9 53:25 54:4
69:12 77:4,17
90:22 96:18
99:7 109:25
110:18 111:12
113:13 116:9
117:9 118:22,25
120:16 121:25
**God** 16:12 92:11
104:23 108:12
**goes** 73:20 111:19
114:3
**going** 3:23 7:24
11:8,15,16,25
12:1 14:14
15:10 16:10,24
17:6 19:20 22:3
23:22 29:13
32:14,22 33:4
33:17 34:2 35:6
40:1,9 41:6
43:20 44:6
45:17 48:5
50:25 52:17,18
52:20 53:2 55:9
56:13 62:7 63:8
71:24 74:15,23
75:1,14 76:1,2
80:18,23 81:4
81:11 83:25
85:13 86:22
89:5,16,17 90:4
90:20 92:4,12
93:13 95:11
97:4 98:12
100:8,9,22
101:1 104:21
105:13 106:21
109:10 115:2

DREYON WYNN VOL I
September 19, 2023

137

116:14 120:6
121:1,11,11
126:22
**good** 3:18,19,21
3:22 37:9
102:22 103:3
106:1,2 109:1
119:10,11
**Googling** 120:5
**gosh** 33:25
104:14 106:11
**gossip** 119:24
122:12
**gotten** 94:6 119:1
**gracious** 107:10
**grad** 119:15
**graduate** 6:13,18
**graduating** 7:21
**grateful** 105:8
109:10
**greater** 74:9
**grievance** 59:7,10
61:10 62:8,11
**grievances** 27:12
48:18,21,21
49:5,6,8,11,13
49:15,18 59:19
59:20 60:8,24
60:25 61:5,5,13
61:16,18,21,24
61:24,25 62:1,4
62:5,6,11,19,20
62:23,24,25
65:3,7
**ground** 4:15,17
**group** 26:11
28:12,14 79:13
**guess** 36:21 51:10
51:14 93:6
99:21 126:13
**gun** 102:18 103:9
103:10
**guy** 46:10 80:2
**guys** 120:11

### H

**H** 2:15 94:10,13
**H-A-S-L-E-Y**
37:12
**ha-ha** 122:18
**Hagaman** 24:20
24:20
**Hagman** 24:20
**Hall** 3:10
**Halsey** 79:16
**hand** 102:18
103:9 125:24
129:18
**handcuffs** 16:9
**handed** 66:1
76:11 81:19
109:19
**handle** 127:14
**Hanesly** 37:11
**hang** 51:9
**happen** 11:13,23
47:19
**happened** 23:2
38:19 48:12
51:10 56:14
105:20
**happening** 60:15
**harassing** 84:15
**hard** 7:24 43:23
58:24 66:15
**Harper** 8:21
58:22
**Hasley** 36:16
37:12
**hauled** 92:12
**He'll** 11:13
**head** 91:20 99:19
**hear** 46:12 51:2
57:9 114:8
**heard** 57:8
111:23,24
**hearing** 122:20
122:22 123:19
123:23 124:1,2

124:22
**hearings** 62:8,11
65:22
**held** 64:10 106:3
116:11
**hell** 39:11 105:1
114:25 124:5
**hello** 51:17
**help** 22:5,5,21
43:24 58:1
69:19 98:15
99:12 107:11
121:10,20
**helped** 22:17
36:3
**helping** 120:1
**hereinafter** 3:15
**hereunto** 129:18
**hey** 11:20 49:4
103:19 117:20
120:25
**hiatus** 62:6
**High** 3:7
**higher** 39:22
53:14
**highways** 92:10
**hindsight** 71:13
**hire** 58:11 63:19
64:6
**hire@jobs.com**
42:10
**hired** 42:20 53:6
53:8 55:6 57:16
57:16 79:21
115:3
**hiring** 34:6 55:3
**history** 64:5
**hit** 63:3 106:2,3
120:10
**Hogan** 27:20
**hold** 62:10 95:6
112:1 114:13
**holding** 102:17
**home** 83:19

**hopefully** 6:10
**hoping** 6:18 7:9
**hospital** 19:9,12
23:13 24:4,7,15
31:15 34:1
39:25 42:14
46:10,21,23
47:1,3,8,12,15
52:17 59:24,24
96:19 105:10
110:15 114:24
**hour** 100:10,16
**hours** 41:15
105:17 106:14
127:7
**house** 73:19,25
83:18
**HR** 13:21 16:3
17:2 31:14 34:7
34:7,13,14
36:12,15 39:15
39:19,24 42:14
42:14,16 53:13
53:16,18,19,21
53:21,25 54:6
55:17 56:23
59:2 68:20
78:14 79:10
81:2 110:16
111:7 119:19
**HRIS** 29:11,12
36:7,17,21
79:13,13
**huge** 62:18
**hugged** 106:16
**human** 16:15
**humiliating**
121:13
**hung** 51:17
**Huron** 1:14 3:3
**Hurst** 32:6 56:8,9
56:11
**hurt** 93:14
103:15

**hurtful** 122:1

### I

**I/O** 7:17
**identification**
65:25 67:10
76:9,23 78:20
81:18 87:9
94:11 96:3
97:10 99:14
109:18
**identified** 97:12
**ignore** 85:10,16
**II** 128:21
**illegal** 67:8
**immediately** 21:2
115:9
**impartial** 16:4
**impeded** 35:16
**improper** 117:25
**incident** 16:7
17:20 46:11,16
**inclination** 48:4
**including** 70:17
85:20
**incorrect** 19:1
**increase** 15:9
20:14 31:19
**indicate** 71:15
81:25 95:3
**indicated** 38:24
83:25 89:9
101:21
**indicates** 70:10
98:23 101:19
**individual** 65:2
79:25 112:7
**individuals** 23:19
30:7 35:2 63:14
80:11 82:16
83:8,14
**influence** 5:24
**inform** 37:23
**information** 6:1

29:12 35:2,19
35:21 36:6
37:17 48:18
52:11 64:3,20
71:4,16,17,25
74:21,25 76:24
77:7,19,21 78:3
78:9,17,23 79:2
79:14 86:8
92:16 115:6,22
117:17,23
118:12,20
125:25
**informed** 43:10
92:7
**informing** 102:10
**initial** 61:15
127:4
**initiated** 117:5
**inner** 120:2
**inquiries** 37:24
38:10,13 40:16
**inquiry** 38:17
**intending** 65:16
**intentionally**
11:10 75:8,9
**intentions** 16:16
125:16
**interest** 123:19
**interested** 129:15
**interim** 32:4
**internal** 54:22
**interruption**
103:1
**interview** 56:2
**interviewed**
42:11 61:3,4
**introduce** 99:11
**introduced**
125:24
**investigate** 29:13
**investigated** 12:7
**investigation**
12:15 35:16

54:10
**investigator**
81:22
**involved** 11:23
11:24 22:9
25:20,23,24
26:2,15 46:6,7
46:20 47:3,16
119:2
**isolated** 108:13
**issuance** 46:20
**issue** 13:3 18:16
21:4 22:14,15
22:17,22 23:23
28:6 46:20
50:17,19,20
74:2 79:12
125:5
**issued** 44:18 45:2
46:8 86:5 92:7
97:14 102:11
120:23
**issues** 47:10 60:7
60:20 61:10
63:20,22 64:18
110:18
**issuing** 82:25
**item** 24:13

_____

**J**

**J** 2:17 99:13,15
99:15 101:16,16
107:16
**Jackie** 24:20
**jail** 92:12 94:3,16
98:6 105:10,16
105:20 106:8,9
107:4 108:10,23
121:12 127:18
**jailhouse** 94:19
**Jake** 116:16
**Janelle** 3:11
13:12,17 15:14
110:23 117:15

117:21 118:1,21
119:1,16 120:8
**January** 30:3
40:23 49:25
66:4 68:24 69:4
69:8 79:18,19
83:12 96:23
127:20
**Jason** 28:12,12
28:14,14 39:20
40:22 50:2
60:10,11 73:17
83:19 128:6
**jaundice** 17:5
**JD** 54:22
**Jeff** 13:15
**Jennifer** 39:17
56:6,7
**jeopardize** 17:8
**job** 6:9 13:21,24
15:17,20 16:3
17:8,24 32:22
42:3,20,21,25
43:6,13,21 46:3
52:3 53:6,11,16
54:5,9,13,15
55:8,25 56:16
56:18 57:2,14
58:19,21 62:4
63:5 80:23
93:16 94:6
113:3,3,21
114:14 115:1,3
115:3,4 117:15
118:4,15
**jobs** 7:2 17:23
**John** 10:12,17
23:13 24:4,7,8
28:23 31:11,12
31:13 32:18
33:4,5 37:23
38:4,10,11,14
38:15 40:20
48:15 50:2,8,11

51:2,22 56:5
63:18 64:5 69:7
72:6 86:22 87:6
111:17 112:10
114:4 117:3,6
**John's** 86:25
117:8
**joined** 20:16
26:21
**Jordan** 30:9
55:19
**Joyce** 110:14
111:3 112:4
115:12
**judge** 1:5 123:11
125:9,22,22
126:12
**July** 124:12,15,16
124:22 126:2,2
126:14,25 127:5
**Jumping** 58:23
**June** 122:21
123:23 127:4
129:22
**justified** 31:18
**Justin** 10:13

_____

**K**

**K** 2:18 3:4 109:17
109:20
**Keenen** 8:23
10:12 30:11,13
31:6 34:3,5,21
34:24 35:9,12
35:22 55:19
**keep** 7:23 13:23
15:21 32:21
48:2 82:7,7,10
84:15 106:21
**keeping** 85:7
**kept** 22:7 23:18
75:14
**Kevin** 8:25 54:17
**kind** 7:22,22

12:21 18:9
27:22 41:4 46:3
104:3,5,19
121:21 122:19
**kinds** 120:12
**knee** 46:13
**Knepp** 1:5
**knew** 33:6 38:5
49:22 60:25
61:1,6,7 63:18
63:19,19 93:9
93:13,20 115:2
120:11 122:13
**know** 7:23 8:7
9:25 10:14,15
10:16,18 11:18
11:21,23 12:11
12:17,21 13:9
13:14 14:2,9,11
15:11,14,18
17:24 18:3
19:11 20:5 21:3
22:20 24:1
25:10 27:5,12
27:15 29:18,22
30:25 32:1,13
33:18,19 34:15
34:15,17 37:7,7
41:8 42:5,19,24
43:1,4,5,21
45:16 46:3,11
46:23 47:25
48:1,24 50:12
50:15 52:12,14
53:20,20 55:21
57:22 58:5 59:8
59:18 60:12,12
61:6,7,11 62:8
62:16 63:6
64:16 65:1 66:5
66:7 68:11
69:20 71:2,19
72:14 74:17,20
74:24 75:3,3

DREYON WYNN VOL I
September 19, 2023

139

77:16 79:4,12
79:12 81:11,13
82:24 83:4,5,16
83:17 84:2,9,13
84:17 85:12,25
86:19,25 89:11
90:7,16 92:3
97:25 98:5
100:14,17 102:4
103:7,12,19,21
104:2,7,14,15
104:25 105:7,12
106:5,18 107:11
107:12,12,13,24
108:4,10 110:22
111:5,14,20,20
111:21 112:25
114:5 117:21,24
118:23 120:3,22
121:5,13,17,17
123:11,15,17,19
123:25 124:3,3
126:13,16 127:7
128:12
**knowed** 64:14
**knowing** 63:24
93:25
**knowledge** 37:22
49:19 61:14,15
61:19,22 62:22
82:20
**known** 121:7
**knows** 13:18
92:11 93:10
**Kovacs** 8:9 42:15
83:15 122:7

—————————
**L**
**La-Kebra** 8:19
**labor** 11:6,9 12:6
53:2 54:20,21
56:23 64:1
68:19 80:23
81:3 114:14

**labor/employee**
33:20 47:7
58:20
**ladder** 39:24
**lady** 24:19 46:11
**laid** 63:3,4,14
**lament** 44:21
**language** 13:22
18:7,10,12
27:11
**lapse** 48:19
**laptop** 16:15
66:11 68:3,5,12
69:5 70:18
71:10,18,21
72:8,18 73:11
73:20,25 74:16
74:23 75:1,8,11
81:23 82:8,19
83:2,13 84:3,16
85:8,9,21 86:2
86:17 87:19
89:9 90:15
92:13,14,22,25
93:2,2,11 94:21
96:2 97:5,7
100:1,11,16,18
101:22 102:20
102:21 106:7
116:18 120:25
124:6,8 125:20
**LaShawna** 30:9
30:13 31:6,10
32:9 33:4 34:20
34:24 35:9,12
35:22 55:19
**LaShawna's** 31:7
31:8,22 33:23
**Latin** 126:15
**laughed** 122:15
**laughing** 122:18
**law** 1:13 3:3
21:18 53:17,17
53:20 93:18

108:2
**laws** 67:7
**lawsuit** 119:22,25
120:9,14
**lawsuits** 9:14
**lawyer** 12:1
121:10,20
123:17
**layoffs** 65:14
**lead-up** 27:8
**learn** 116:20
**leave** 4:23 56:13
99:24
**leaving** 6:17
32:20 47:13
88:8 120:21,21
**led** 10:24 28:19
**left** 6:5 18:24
19:12 26:14,18
32:2 47:6 53:24
61:12 73:18
90:19 91:11,13
92:2 99:3 105:5
106:24 119:9
120:6 124:7
**legal** 21:11
118:10 119:17
122:21 123:2,3
123:16 124:23
**let's** 6:5 11:20
30:6 31:4 93:8
128:14
**letter** 66:3,6,12
66:17 82:17
**letters** 82:25 83:1
83:7
**letting** 29:22 92:3
**level** 38:18
**Liberty** 7:19
**lieu** 18:8,9
**life** 39:10 107:9
107:14
**light** 118:6 120:2
120:4

**liked** 12:22
**limited** 39:19
**line** 71:1 105:22
114:13,17
**lingering** 108:21
**Lisa** 14:15,18
15:4 18:16,24
19:2,4,18,21
20:1 22:6 25:10
26:15,18 42:21
42:21,22,25
43:1,3,10,12,18
43:23 44:2
45:11 46:2,2
47:6,13,18
59:16,21 62:19
62:22,24,25
81:12,13,15
**Lisa's** 22:18 63:5
**list** 61:16
**listed** 92:14
**listen** 32:21 33:5
**listened** 101:7
**lists** 91:4 96:2
110:6
**literally** 12:16
104:21 105:13
**little** 6:5 15:1
30:6 102:18
103:11
**live** 75:10 85:1
95:12 106:6
107:20
**lived** 74:9
**living** 39:11 74:7
**lobby** 29:6
**locked** 66:10
69:25
**log** 49:8,20 58:23
59:6,7,10,17,22
60:20 62:22,25
**logged** 62:24
**logs** 61:10
**long** 51:6 67:8

105:16
**long-established**
18:7
**long-standing**
18:11
**longer** 69:9 86:6
89:2,24 95:4
97:6
**look** 12:12 14:24
18:9 20:5 24:4
27:11,12 29:18
32:19 33:18,22
34:17,19 40:21
48:1,3 52:1
53:9 66:17
67:18 70:3
77:17 87:25
90:24 95:24
98:21 101:16
107:15 110:20
112:10
**looked** 97:21
105:24 120:3
**looking** 12:18
33:7 70:25
71:13 73:16
78:10 100:7
110:4 120:5
**looks** 66:7 67:15
67:23 77:1 78:1
79:16 98:2 99:6
102:22 116:21
**loop** 23:18
**loose** 115:1
**loosen** 109:12
**lost** 15:1 51:10
62:19
**lot** 4:4 14:12 19:8
33:24 47:6,10
47:15 51:24
61:25 62:21
63:3 64:11
78:11 94:7
111:6 126:22

love 119:10,25
loved 120:1
low 39:25 63:23
lowest 34:14
Lucas 105:15
lure 120:19
lured 120:18
121:6 122:2
lying 64:17

**M**

M 3:11
magnet 34:1
mail 66:14,15
85:4 88:9 91:10
91:14 98:24
99:3,25 100:7
100:20,24
mailbox 91:11
mails 90:13 91:7
107:19
main 3:10 47:8
52:18
maintained 59:1
60:20 72:1
major 62:17
making 34:12
37:24 39:19
40:15 75:10
85:1 89:6
107:21,25
man 13:1 50:9
104:10 107:7
114:20
management
27:11,25 28:2
63:18
management's
16:2
manager 31:17
31:23 32:11
39:21
managers 11:18
114:16

managing 32:16
manner 64:3
88:21 109:5
March 20:17
25:8 83:12
Mark 36:15,22
37:11,14,22,25
38:9,12 79:16
marked 63:23
65:25 66:1
67:10,11 76:9
76:23 78:20
81:18,19 87:9
87:10 88:1
94:11,12 97:10
99:14 109:18,19
110:1
Mary 8:21 58:22
mask 98:17 105:5
105:22 109:9
master's 34:10
39:18 53:14
match 64:12
material 4:4
Matt 9:20 14:11
14:23,23 15:2
20:25 21:1,3,12
21:14,20 22:16
39:9 44:9 45:12
45:20,23 63:19
93:24,25 94:1
matter 36:4
127:9
Mauro 1:17
129:3,21
McKether 56:5,9
56:11 57:6
mean 5:7 24:2
27:9 28:5,23
39:8,21 44:5
60:10 63:2 66:6
66:6 68:14
70:25 71:6 74:4
77:19 83:14

102:24 110:8
118:19 119:23
124:25
means 5:16 66:25
67:2 70:17
85:19 126:8,10
meant 45:21
mediate 12:11
mediating 17:13
mediation 11:5
12:8 15:12
17:10
mediator 12:14
12:15
medical 96:16
meet 52:4 54:25
57:11 62:9 95:4
95:8
meeting 11:18,20
12:2 26:5 30:16
31:5,8 33:10
52:9 62:9
meetings 30:19
meets 32:20
Melissa 32:6 39:3
56:8 81:21,25
member 54:12,15
members 56:25
57:4
memorialize
34:23
memorializing
60:7
mentality 41:5
mentioned 113:7
mess 43:25
message 83:23
88:7 90:20,23
91:12,13 92:3
120:22
messages 60:22
61:2 81:5
107:18 122:18
met 7:3 24:22

52:5,16 59:19
79:17
microscope
118:14
mid 94:25 108:19
middle 68:15
88:2 90:10
95:25 109:3
mind 116:24
mindset 95:12
mine 71:8
minimally 54:24
minimum 52:4
53:5,12,23 54:6
54:16 55:10,13
57:11
minute 12:19
90:16
minutes 50:5,6
51:7
misunderstood
111:20
mixed 10:12,17
80:3,8
modified 66:22
mom 104:25
money 11:25 33:7
33:12 39:9,11
39:16 54:2,3
111:2 119:11
Monica 27:20
Monster 42:9
month 7:9 24:11
26:20 30:2
33:24 48:24
79:20
months 59:17
morning 48:12
101:20 127:20
128:9
mother 16:12
95:16,19,22
104:24 112:23
113:10

MOU 62:10,12
64:21
MOUs 62:17
64:22
mouth 98:17
106:4
move 15:8 20:10
29:24 52:20
53:2 104:19
moved 29:5 80:16
moving 20:13
80:18
multiple 37:4
Municipal 126:1
Murray 106:8

**N**

N 1:14,22 2:1 3:3
name 5:22 10:14
10:16 28:13
59:6,11 65:6
105:23 108:25
110:14 116:24
117:10 127:12
names 55:18
77:15
narrative 99:15
102:4
naturally 4:16
nature 16:20
40:11 82:6
near 40:2 96:25
98:7
nearly 16:8
neck 46:13
need 13:3,4 15:15
21:22 24:5
46:12,13 50:20
64:24 72:6 76:4
97:24 106:5,10
111:9,15
needed 17:25
18:2 19:23
23:20 43:11

DREYON WYNN VOL I
September 19, 2023

141

53:13 69:16
**needs** 24:5 72:16
**negative** 120:4
**negotiate** 18:19
**negotiated** 14:19
19:3,18 25:2,17
27:24
**negotiating** 22:13
25:9
**negotiation** 18:17
26:16,24 27:3
**negotiations** 22:8
23:3 25:5,6,11
25:21 26:9,13
27:3,15
**negotiator** 22:7
23:6,11,16
24:17 27:17
**nervous** 102:18
**neutral** 16:3 28:1
29:19
**never** 12:22 17:2
17:7 20:24
22:25 30:20
39:20 43:19
52:16 57:12
64:17 66:8 69:1
69:2 79:6 86:8
86:11 92:6,7
93:16 94:6
98:20 120:22
121:23
**new** 19:12 39:15
**Newton** 11:3,4,7
12:16,20 15:24
16:19,24 23:12
28:7,8,21 40:10
60:11,18 93:22
94:1
**Newton's** 17:15
**nice** 24:19 107:7
**nine** 52:13,15
**nine-year** 106:25
**NLRB** 6:7

**nolle** 126:5,9
**Norman** 1:13 3:3
106:9 127:10
**NORTHERN** 1:1
**nose** 98:17
**Notary** 129:3,22
**note** 108:5
**notes** 27:13
**notice** 63:6 74:19
96:23
**notices** 83:9
**notification**
69:23
**notified** 82:18
108:6
**notify** 95:7 108:2
108:9
**notifying** 120:22
**nuance** 18:3
**number** 34:9
61:6,23 96:3
102:21
**numbers** 15:3
20:9 68:15 78:2

**O**

**O** 1:11 2:2 3:14
129:4
**O-T-T-I** 36:11
**Objections** 2:20
**obtain** 92:16
96:16
**obtained** 65:3
101:7 115:5
**obviously** 114:6
**occasions** 11:12
109:13
**occupied** 81:9
**OCRC** 36:4,5
81:21 91:13
110:24
**October** 6:17
48:23 129:19
**offensive** 9:22

10:5
**offer** 54:13 73:24
**offered** 54:15
73:19 74:13
80:22 83:16,18
**office** 1:13 3:3
13:13 28:24
29:24 44:7
45:16 80:1,11
80:16,16,17
81:2,10,13,14
112:5 129:18
**officer** 39:15
84:14,22 85:6
85:25 86:10
87:17 98:12
107:3 108:24
109:4
**officers** 17:22
88:8 108:9
**official** 89:10
**officially** 81:12
**officials** 108:3
**oh** 12:20,21 28:13
29:8 33:25 41:3
41:5 49:6 50:9
52:21 63:10
64:21,21,22
65:1,1 90:6,6
102:21,23 104:9
104:14 105:19
106:10 111:19
112:15 114:8,21
115:1 119:21,24
121:4,5 122:15
**Ohio** 1:1,14,22
3:4,8,11 9:3
54:10 57:10
66:20 91:17
96:25 101:13
109:21 113:23
129:3,18,22
**oil** 53:25
**okay** 8:6 14:8,18

16:6 21:12 22:1
22:8,10 29:2,4
31:20 37:13
38:20 48:8
49:11 50:24
51:1 52:8,16,21
53:18 56:1,15
60:15,19 65:1
71:15 72:23
75:24 76:5
77:18,25 79:5,7
83:24 84:12
88:4,18 89:15
90:2,6 92:8
93:1 95:17
97:17 98:25
99:18 100:19
102:6,17,19,23
103:13 105:7
110:3 114:24
115:8,15 117:23
117:25 120:20
124:19 126:12
126:13,21
128:16
**old** 81:14 106:25
**once** 79:17 88:11
119:15
**one-on-one** 30:23
59:20
**ones** 62:17
**ongoing** 23:3
25:13
**online** 42:4,7
**open** 4:24 24:6
105:6
**opening** 6:16
10:3
**opportunities**
119:14,14
**Opportunity** 9:4
**opposed** 37:2
**opposition** 41:10
41:22

**options** 21:13,15
22:2
**order** 53:9 72:7
72:17
**organization** 9:8
9:11 50:13
**organize** 77:21
**organized** 77:23
78:5
**original** 101:15
**Otti** 36:10 37:10
76:13 77:8
**outside** 30:12
42:16 104:3
106:15,16 107:1
111:23 112:7
**overheard** 112:8
**overlap** 4:16
**override** 58:14
**overwhelmed**
31:16 37:5

**P**

**p.m** 1:16 76:7,7
128:19
**pack** 28:24 80:18
**page** 2:4 66:13,18
67:19,25 68:4
70:4,7,7,22 87:1
88:1,2 90:11,25
95:25 109:25
110:10 124:17
**paid** 34:14 38:18
72:10 92:15,25
92:25 93:3,5,11
111:1
**painful** 122:1
**Pam** 29:2 67:15
67:21 68:4,6
70:6 73:13
80:18 117:3
**panic** 104:16
**Papadimos** 21:11
21:12

DREYON WYNN VOL I
September 19, 2023

142

parade 104:5
parading 104:6
paragraph 66:18
98:22 100:21
102:7,9,14
108:22 115:5
116:14 117:14
120:16 122:4
paragraphs
68:15
Pardon 41:14
part 7:20,24 96:1
part-time 117:15
118:7
particular 47:2
62:15 101:17
parties 129:13,14
passing 100:9
101:21 108:1
pattern 18:7,11
pay 30:14
payroll 68:22
79:12
pays 118:4
peace 104:25
105:3
pending 61:16
people 13:20 15:8
20:10,11,12,13
27:23 33:24
34:6,12 37:6
39:17 40:1
52:24 55:8 63:3
63:8,13 64:8,11
73:22 74:5,5
104:6 119:2
120:5 122:14
percent 15:6
19:21 20:15
24:2,2 32:15
71:12
percentage 23:21
perfectly 102:22
performance

44:7 47:10
50:17,18,20
63:20,21,22
64:18
performed 56:18
period 23:10
49:10 75:2 84:8
94:22 97:2
permission 14:20
117:7
persistent 82:14
person 16:22
17:3 31:14
32:16 103:10
106:2 109:2
125:9,23
personal 13:4
28:24
pertaining 65:10
Pete 21:20,21
Ph 7:20
phase 7:7,8,20
38:18
PhD 7:17
phone 20:25 21:6
36:2 50:4 51:11
51:17,22 66:9
69:1 75:14
86:14 88:5
90:18 91:3 92:2
98:4 103:1,17
103:20,22
105:23 106:3
107:11 112:18
phonetic 36:16
photo 122:6
pick 6:5 73:20,25
79:8 83:18,19
91:24
picked 26:3
47:14
Piersall 2:5 3:8
3:18,21,23 4:10
4:13 5:6,10,12

5:15,18,21 58:1
72:25 76:10
116:9,13 128:14
128:17
piled 62:11
place 129:10
placed 13:17
placing 103:21
118:6
Plaintiff 1:4 3:2
planning 44:13
65:20
play 90:22
plea 124:1,4
please 5:22 24:14
41:19 57:25
70:1 72:15,24
75:17 82:1
101:16 104:17
104:17,20
105:25 106:2
pleased 40:16
point 6:22 15:24
20:20 35:13
49:23 57:11,14
71:19 96:24
98:8 100:25
123:10 126:13
police 13:22
16:11 60:2 73:9
73:10 84:5,10
84:14,22 85:6
85:25 86:10
87:13,14,17
88:8,11 93:7,23
97:14 98:12
99:16 101:11,17
102:3 108:9
116:16 117:3,10
121:1,3,15,23
123:3
policies 13:22
policy 72:2,7,15
72:17,19

pool 57:13
popped 105:23
population
108:12
portion 58:4 73:3
99:15
position 6:6,10
6:18 32:12,14
33:2,3,8,10 34:7
70:16 85:19
86:9
positions 39:8,12
possess 53:5,13
55:13
possession 70:17
70:19 85:20,21
97:7
possibly 5:9
16:22
post 17:23,25
18:2 33:8
127:15
posted 18:1 32:12
33:9 42:4,8
53:11
posting 32:22
127:17
postings 17:24
Potentially 5:10
5:12,18
Powell 48:13
80:22 81:2
127:23
Powell's 58:23
PPA 60:2,8 61:10
61:21
practice 11:6,8
12:6 17:18 18:8
18:12,13
practitioner
53:20,21
prayed 16:12
praying 104:23
pre 20:24

predominantly
109:22
preferential
73:21
pregnant 113:11
113:12
prepare 27:3
45:4
prepared 47:21
preparing 44:11
45:7
prepping 27:16
presence 10:8,20
10:23 129:6
present 12:1
presented 20:20
20:24
presently 5:24
president 27:20
116:23,23,25
pressed 82:22,23
pressing 22:7
presume 25:20
28:5 59:21
66:24 68:8
70:17 76:14
prevailed 113:23
prevent 13:25
previous 27:13
previously 4:18
56:18
price 93:2
primarily 28:12
28:14
printout 126:1
prior 25:8 60:6
61:9 73:8,9
74:18 88:23
96:5,13 99:21
99:24 120:24
privileged 21:23
probable 11:14
12:7 30:11
110:25

DREYON WYNN VOL I
September 19, 2023

143

**probably** 17:23
20:11 26:19
30:24 31:7
34:11 36:19
42:9,10 52:13
57:1 68:11
73:17 99:11
119:6 121:9,9
122:14,15
124:11
**problem** 13:14,15
21:4 22:12,12
43:3 50:18,19
64:22,23 102:24
102:24 110:20
113:17 114:18
114:22
**problems** 15:21
17:6 27:10 47:6
118:10 121:14
**proceedings** 4:25
119:18
**process** 46:7
**processed** 94:20
121:11,16
**production** 5:2
**profanity** 13:8
**professional** 17:2
**progressive**
53:15 54:1,3,5,6
54:7
**promises** 34:18
89:6,16
**pronounce** 112:2
126:6
**proof** 19:7 93:24
95:1 115:21
**property** 70:16
85:18 96:4 98:2
98:4 116:17
125:15,17
**proposal** 21:1
**proposed** 20:19
**proprietary**

68:16,16
**prosecuted** 123:7
125:6
**prosecution**
122:23 123:4
**prosecutor** 123:9
123:14 126:16
126:17
**prosequi** 126:7,9
**protect** 114:15
**protected** 110:5
**protesting** 65:23
115:12,17
**prove** 18:5
**provide** 72:15
95:22 96:10
**provided** 4:7 8:1
8:4 9:2 48:11
75:15 94:17
95:1 117:10,13
**provost** 54:19
**proximity** 31:2
34:4
**psychiatrist**
121:25
**psychologically**
94:8
**psychology** 7:17
**public** 93:17 94:6
117:1,16 120:8
129:3,22
**pull** 103:17
118:25
**pulled** 13:13
14:10 92:11
**punished** 15:20
**purpose** 123:23
**pursue** 116:17
**pursuing** 7:6
**push** 7:24 123:4
**pushed** 122:22
125:5
**put** 3:24 13:3,11
16:9 32:19

34:20 43:20
46:4,13 56:6
62:6 81:6 93:10
112:20,22 113:5
113:20 114:16
**puts** 33:2
**putting** 113:16

## Q

**qualifications**
52:4 53:5 54:16
55:11,13 57:12
64:12
**qualified** 54:25
129:4
**quarters** 90:25
**question** 10:2
17:17 24:9 40:9
41:18 51:14
57:20,24 60:19
65:19 69:7 70:1
72:21,22 75:17
75:20,21,22
76:3 85:22
86:11 87:5 99:1
99:21
**questions** 5:1 8:3
63:7
**quick** 14:5 31:22
116:10
**quiet** 50:14

## R

**race** 9:23 10:5
39:4
**racial** 10:7,19
29:16 34:16,21
46:10 55:2,3,6,7
64:9 113:8
**raised** 5:1
**rang** 105:23
**ratified** 19:23
**reach** 68:4 95:2,6
**reached** 49:4
69:2 75:13

83:20 84:10
**reactivate** 69:13
**reactivated** 70:12
**read** 58:3 73:2
77:20
**Reading** 96:7
**ready** 108:11
**real** 14:5 31:22
61:6 116:9
**realize** 111:22
**really** 39:20
45:25 47:9
60:10 65:6
88:11 90:21
103:24 104:19
106:17
**reason** 12:25 47:2
67:3 96:12
103:15 111:12
**reasonable** 72:4
**rebuke** 114:16
**rebuked** 11:5
12:24 113:15
**recall** 6:1 17:25
31:5 32:9 37:16
39:2 40:8 42:11
44:24 47:11
61:20,23 65:6
65:13 69:11
73:6 77:2,6,8
78:25 82:22
83:10 84:2
86:24 87:2,5
88:10,13,16
90:11,12,13,22
91:14,19 99:18
100:19,23
107:18,21 108:6
123:13,15,20
125:1 127:16,17
**receive** 23:24
37:18 66:12
77:9 91:7
**received** 4:19,19

5:2 66:8 69:1
70:5 76:25 77:6
77:8,21 78:3,17
82:17 83:8
98:24
**receiving** 91:14
100:19 120:17
**recess** 76:6
**recognize** 67:11
71:2 81:23
87:10 97:11
**recollection** 48:9
97:25 101:24
108:25
**recommendation**
54:14 126:15,17
**recommendati...**
58:11,13
**reconciled** 49:14
49:24
**reconciling** 49:11
**record** 3:25 4:2
4:24 5:22 14:16
49:5 51:25
57:21 58:4
60:21,21 73:3
116:7,9,12
**recorded** 51:18
51:22 88:10
96:9
**recording** 48:11
51:13,14 60:8
88:6
**records** 4:21
38:23 99:23
117:1,16 120:8
**recovering** 8:15
**rectify** 50:21
**reduced** 129:6
**reductions** 65:14
**referenced** 101:8
124:16
**references**
100:20

referencing 76:16 96:5 98:3
referring 45:13 68:17 93:21
reflect 99:24
reflected 90:10
reflects 99:16
refresh 101:23 108:24
refreshes 97:25
refuse 72:3
regarding 23:3 28:18 30:14 35:12 40:6,14 41:11 45:24 68:5 73:10 78:22 79:2 81:22 83:13 87:19 96:2 99:25 110:9 111:3 127:21,23
regards 11:9
regular 44:17,25
reiterate 11:21
related 71:8 109:22
relations 33:20 47:7 54:21 56:23 58:20 64:1 68:20 80:23 81:3 114:15
relative 129:13 129:14
release 98:2,4
released 94:20 105:18 106:13
remain 26:15
remember 17:20 19:15 33:14 42:7,17 48:24 59:11 68:10 91:18 99:19 104:23 123:22

127:3,5
remind 6:25 26:6 76:19
remove 13:11
removed 13:16 15:13,13 78:9 98:16
renewing 118:9
RENO 1:21
reopen 22:8 23:23
rep 49:4
repeat 4:12 41:19 57:25 72:23,23
repetitious 4:14
rephrase 85:3
replay 69:12
report 12:14 22:19,19 31:25 32:15 35:8 77:11 78:8,11 87:13 93:7,23 97:14,18 98:1 99:16 101:17 116:17 117:7,9 117:10 121:1,3 122:6
reporter 1:17 58:3 73:2
reporting 1:21 32:4 129:16
reports 46:9 94:1
represent 27:25 99:23
representative 47:7 122:24 123:16
representatives 122:21
represented 28:3 127:8,9
representing 28:2 123:18
request 35:7 36:6

36:23 61:15 72:3,4 73:12 117:1,13,16 120:8
requested 23:25 58:4 73:3 78:23 79:3 83:1,6 109:12
requesting 29:12 33:6 69:13 117:22 118:5,11 118:21
requests 31:17 35:1 37:1 120:12
require 70:11
required 69:9 127:15
resignation 32:20 49:16 61:9
resigned 44:6 48:22,23
resolution 15:4 20:1,3 21:5
resolve 12:13,19 13:3 23:20
resolved 22:11,11 22:14,17
resources 39:16
respect 114:23
respectful 109:5
respond 24:6,15 35:8,11 37:5 40:17 63:5,7,12 65:18 73:5
responded 24:8 33:13 75:23 85:12,16 86:18 86:20,21,22
responding 24:3 24:5 37:4 63:11 86:24 87:4,5 100:23
response 41:18

70:4,5,21 87:2
responses 85:13
responsibilities 14:1 47:14
responsibility 81:1
responsible 59:21 59:23
responsive 75:21
restructure 39:13
restructured 36:20
results 38:20
resumed 76:7
retain 75:1
retained 121:10 127:13
retaliated 10:25 28:20
retaliation 82:2 82:10,15 110:5
retaliatory 16:14 40:11 69:20 82:5 111:15 115:19 118:17
return 70:15 72:7 72:18 73:10 74:15,23 75:8 81:23 82:19 83:2,13 84:1 85:3,9,18 86:2,6 86:16 87:19 88:22 89:9,11 91:21 94:21 96:4 97:4 100:1 101:22 120:25
returned 16:6 81:8 125:16
returning 16:16 84:3 125:16
revealing 21:23
review 6:12 44:7 63:21
reviews 63:20

reward 36:19
rewards 32:12 36:21 80:7
RICH 3:7
Rick 19:10
ridiculous 40:4
right 13:7,10,12 13:19,25 14:12 14:20,24 15:9 15:19 16:18 18:23 19:13 20:17 21:3,7,9 21:15 22:2,6,13 22:21 24:12 28:10 29:25 32:8 33:1,12,17 33:22 34:8,13 34:13 35:4,5,24 38:6 39:25 40:24 41:1,1 42:5 43:22 44:24 46:14,17 47:8 48:22 49:8 50:22,25 51:1 53:15 57:6 60:4 61:3,7 62:9,21 63:9,17 64:22 67:6 70:15,21 74:1,9,10,12 77:2,12 78:9,12 78:25 80:13,21 81:4,25 85:15 87:25 89:8,13 89:20,25 92:5 92:24 96:12 97:19 99:21 100:4,23 101:16 101:19 102:1,9 102:19 103:7,8 103:20,22 104:7 104:18,22 106:10 108:14 109:25 110:15 110:21 111:2,14

DREYON WYNN VOL I
September 19, 2023

145

111:16,18,22
113:4,12 117:11
120:10 122:20
123:13,18,22,24
124:12,13,21
126:19 127:8
128:14,17
**right-hand** 110:1
**rightful** 97:7
**rights** 9:3 54:11
57:10 68:16,17
91:17 101:13
109:21 113:23
**ring** 108:25
**Rodney** 28:9
**role** 19:19 27:25
**room** 50:9,11
102:13 103:11
**route** 92:11
105:10
**RPR** 1:17
**Rule** 129:16
**rumblings** 43:2
**run** 64:12,16

**S**

**Sadie** 111:22
112:8,9 114:6,7
115:6,11,25
116:4,7
**salary** 78:13
**sat** 65:22
**saved** 107:9
**saw** 38:23 50:5
93:5 96:17,19
**saying** 19:16 39:9
50:6,6 51:3
57:21 71:19
80:10 81:9
90:20 92:24
113:5 115:10
**says** 66:18 68:16
70:20 88:2,3,5
91:1 92:19,20

96:1 98:4 100:7
107:17 108:22
108:23 110:4
120:17 122:21
126:2
**scales** 15:7 19:22
**scar** 93:15
**Schaller** 3:11
117:21
**scheduled** 123:24
**schedules** 17:22
**school** 106:25
107:1
**Schroeder** 9:20
93:24 94:1
**Schwartz** 29:2
67:15,22 70:6
**scores** 6:12 63:23
**Scott** 110:8,16
112:1 114:2,3
114:12 115:9,11
128:11,11
**Scott's** 112:17
115:13
**screaming**
104:16
**screen** 105:24
**screwed** 15:17
**scrutiny** 118:7
**seal** 129:18
**Sean** 36:10 37:3
37:14,23 76:13
76:20
**search** 38:20
54:12,14 56:4
56:24 57:18,22
58:7,10,13,16
**second** 39:1
67:19 71:1 87:1
90:10,13,25
96:1 98:22
102:9 124:15
**sector** 93:17 94:6
**secured** 29:5

**see** 21:13 27:11
38:17,19 59:12
59:18 70:14
72:4 79:11 82:1
82:3 83:7 85:12
86:25 91:5
92:19 94:15
96:6 117:9,17
121:15,23,25
125:13 126:4
**seeing** 38:21 49:7
120:6
**seen** 20:8 79:6
94:12 97:16,18
98:1,19 101:17
119:19
**selected** 42:22
**semester** 118:4
118:10 119:5,5
**send** 15:5 19:7
21:6 49:8 60:24
73:19,24 74:2
77:12 83:19
114:23
**sending** 41:16
79:7 120:11
**sends** 63:6
110:16
**Senior** 3:10
**sense** 15:7 16:3
20:8 43:8,9
48:4 57:23 81:5
92:15
**sent** 29:10,21
36:4 37:4,6
40:23 48:12
49:12,18,24
50:1,1,3,4,5
66:3,14 67:21
69:18 76:13
77:11 78:8 83:7
105:19,20 108:5
112:11,12
117:12 119:16

127:20
**sentence** 68:4
96:1
**separate** 11:12
30:19,22 36:23
37:1
**separation** 69:23
74:19 75:2
82:17,25 84:8
95:4,8
**September** 1:15
**SERB** 12:6,10
15:12 17:10
**serial** 96:3 102:21
**series** 67:14
**serious** 8:14
**serve** 58:7,16
66:20
**service** 1:21 42:8
66:20
**set** 26:5 129:18
**seven** 38:24 53:23
**shameful** 107:2
**share** 16:18 35:18
35:21 47:20,23
**shared** 83:21
86:8,12 116:4
122:14
**sharing** 27:21
**Sharkey** 3:4 4:1,9
4:20 5:5,9
110:10 125:24
126:9 128:16
**shoot** 16:22,24
103:15
**shop** 60:16
**short** 39:14
**shortly** 26:18
**shot** 73:1
**show** 22:20 43:23
69:19
**showed** 21:1
44:15 94:17
117:5,6

**shown** 44:15
**shut** 66:9 128:14
**sic** 37:12
**sick** 75:15
**side** 16:1,2,5,5
23:6 27:19 47:4
47:11 53:21
**sign** 64:24,24
**signature** 128:20
128:21
**signed** 62:10
95:18
**similar** 44:14
77:13
**simply** 82:24
**Simpson** 18:19
26:15 81:15
**Simpson's** 18:16
**Sims** 8:19
**sir** 6:4,8 8:2
10:21 41:25
45:3 66:23 67:1
67:13,20 68:1
78:15,18 79:17
86:18 91:6
104:17 105:24
107:9 110:13
126:18
**siren** 121:15
**sit** 52:25 53:1
114:25
**sitting** 23:19
40:20 64:13,17
80:24 81:4
102:14,15,15
104:13
**situation** 45:18
45:24
**skills** 118:23
**skin** 103:25
**Skip** 117:14
**slightly** 77:14
**slipped** 116:24
**slurs** 10:8,19

DREYON WYNN VOL I
September 19, 2023

146

small 103:11
smart 112:24
somebody 19:12
  42:15 54:24
  73:19 107:5
  121:20 123:11
sooner 89:5,12
sorry 15:1 21:20
  55:24 60:10,17
  77:4 90:12 97:1
  98:3 99:7 103:2
  110:10 111:3
  112:1
sort 95:25
sound 99:2 100:4
  100:13 101:23
sounded 92:8
sounds 124:13
South 3:7
speak 86:13
speaking 88:14
  88:16 107:23
special 75:10
  85:2 89:6,17
  107:21,25
specialist 31:24
  34:7,13,14
  58:20
specialists 110:17
specific 41:18
  63:2 110:4
specified 129:11
spoke 7:10 36:2
  38:4 50:16 88:5
  88:11 96:1
spoken 7:11 91:1
spot 43:20
spread 20:8
  119:24
spreaded 122:14
spreads 119:20
spreadsheet 36:5
  77:20,24 78:4
staff 29:12,15

111:7 119:23
staggered 25:3,4
stand 13:9
standard 64:10
standing 102:16
  103:9 105:21
  106:15 107:1
  109:6 111:22
  125:10,23
standpoint 55:3
stark 74:6
start 26:4 29:21
  37:9 51:13,14
started 14:14,17
  14:18 15:23
  20:2,4 27:6
  43:5,10 44:8
  49:2 53:22
  59:16 61:8,12
  62:4,13 63:11
  79:18 80:3,5,8
  104:16,20
starting 25:12,12
  61:1
starts 24:10 71:1
  103:6
state 5:22 15:22
  66:20 71:24
  119:15 129:3,22
stated 48:10
  107:18,20
  115:17
statement 95:24
  96:8
states 1:1 85:17
stating 107:21
  116:16
station 102:3
status 6:9 7:5
  59:19 66:21
steal 86:4 124:6,8
stenotype 129:6
step 15:8,8 20:10
  20:10,12,12

53:25 88:13
  98:7
stepping 56:16
Steve 36:14 37:14
  37:23 78:22
steward 112:24
stick 39:15
stipend 31:11,11
  31:19
stipulate 4:3
stipulated 4:6
stone 56:17
stop 92:1 111:10
  116:1
store 91:25
strain 117:2
strange 24:9
street 1:14,22 3:3
  3:7 34:12
strip 14:1
strong 6:11
structure 32:5
stuck 26:19
student 6:20
students 120:1
Studer 39:3
stuff 71:11 80:18
  122:19
stupid 57:19
subject 65:11,13
submitted 91:12
  91:16 101:13
  117:1
subordinate 45:5
  45:10
subordinates
  26:12,24 46:6
subpoenas
  119:20
substance 5:25
succeed 56:13,14
  81:12
sudden 104:13
sued 9:17

Suite 1:22 3:7
summary 88:18
  100:6,7
summer 44:19
  119:6,6
supervisor 32:2
  46:24 53:25
  54:2,4 111:4,24
  116:15
supplemental
  98:1 99:16
supplying 59:24
support 39:16
  43:24 128:3
supported 116:16
supposed 13:23
  88:9
sure 10:11 33:15
  36:21 38:3,4
  41:20 44:20,21
  68:13 71:12,22
  78:7 93:23 97:3
  100:16 108:4,4
  122:12
surgery 8:13,14
surpassed 40:4
surprise 48:6,7
surprised 81:14
surveillancing
  111:7,11
SUSAN 3:4
suspended 45:17
Swaine 19:10,11
Sweeney 110:15
  112:5 115:12
sworn 129:4
symptoms 108:15
  108:21
systems 70:11

_____
T
table 19:23 21:17
  22:13 23:20
tail 22:18

take 15:18 19:25
  21:9,16 22:16
  23:12 34:19
  39:11 52:17,18
  66:17 67:18
  70:3 87:25
  90:24 95:24
  97:24 98:21
  107:15 124:4
  125:14
taken 1:13 22:24
  76:6 106:23
  129:10
takes 21:17
  103:22,23
talk 7:25 8:12
  59:20 73:8
  83:11 103:20
  119:24
talked 8:8,16
  25:16 46:14
  61:3 64:17
  76:12
talking 28:25
  51:4 69:3 82:23
  83:14 108:8
talks 102:9 126:3
tangent 12:20
targeted 111:25
  114:7
targeting 11:10
  111:4,11 112:20
  113:11,22
tarnished 94:5
teach 119:10,12
  119:13
teaching 118:3
team 27:22
  110:16
technical 98:11
  98:18
tell 8:5 15:2
  16:18,21,23
  17:2 19:5,15

DREYON WYNN VOL I
September 19, 2023

147

22:1 33:9 48:12
48:20 49:21
55:20,21,25
60:13 64:18
69:8 75:7 80:19
88:22 89:20
106:9 111:9,24
113:19 125:11
129:5
**telling** 13:2 74:14
91:12 111:24
112:17 114:6,7
114:20 120:23
**tells** 56:12 110:17
114:10
**ten** 52:14,15
106:25
**tense** 14:11
**tension** 14:12,23
**tentatively** 19:22
23:22
**tenure** 25:18 40:6
44:3
**Teresa** 129:3,21
**Teri** 1:17 58:1
73:1
**term** 40:24 119:6
119:7 126:5,15
**termed** 79:20
**terminate** 41:12
**terminated** 40:25
48:5 67:2 128:7
**terminating**
50:13
**termination**
46:23 51:21
53:7 66:3 69:3
83:8 96:22,23
128:1
**terms** 34:20
**Terrie** 8:8,13,13
8:14 42:15
73:18,18 74:9
74:14,17,22

75:1 82:21,21
83:16,16,17,17
83:21 122:7,9
122:11
**Terrie's** 73:25
**testament** 95:19
**testified** 3:16 8:5
8:9,17 9:5,8,12
9:15,18 83:24
127:19
**testify** 6:2
**testimony** 8:1,4
9:3 93:14,17
94:3 129:5,7
**text** 50:5 60:22
61:2 68:6 73:13
81:5 83:22
103:18,18
105:19,21
122:17
**texting** 103:18
**thank** 4:10 5:6
68:2 76:19
97:23 107:9
108:12
**thanked** 106:17
107:7
**theft** 102:11
116:17 125:13
125:14
**Theis** 28:9
**thing** 22:21 55:7
80:22 101:9
104:24 105:2
113:24 118:20
**things** 3:25 4:12
13:23 14:13,13
15:10 41:6
63:25 77:13
95:20 111:6
113:7 118:25
**think** 9:20,23
11:21 15:19
16:24 17:3 20:2

24:22 26:3,4,5
26:14,19 27:5
27:21 28:13
32:6 33:14 34:7
34:10 36:7,18
37:12 40:25
42:1 43:21
45:21 52:25
59:7 66:15 69:5
77:14,15 78:9
80:7 82:21
91:24 92:3
93:24 97:16
125:4,4 127:1,1
127:2,11 128:8
**third** 5:8 68:4
98:22 127:6
**thought** 16:10
24:9 44:18
45:17 58:5
95:11 98:12
101:12,13
103:25,25
104:21 105:13
109:10
**threatening** 44:8
**three** 15:6 25:17
30:16 42:17
57:7 90:24 93:1
93:11 106:14
110:19 111:13
113:13
**throw** 108:11
**thrown** 94:2 98:6
106:8 121:11
**tight** 16:9 103:24
104:11
**till** 24:10 124:6
**time** 1:16 4:22
6:6,23 9:24
11:19,24 14:10
17:25 19:2
20:21 23:10
24:22 25:3

26:14 29:10,25
33:8 34:5,11
35:13 42:2
44:25 48:22
49:16 51:16
53:6 64:18 66:5
66:22 67:3 74:7
80:6 83:11,12
90:5,7 91:1
92:6,9 96:24
97:24 100:25
101:3,4 111:18
113:25 116:20
118:22 121:5
124:15 127:6
129:10
**timely** 64:3
**times** 30:24 91:3
91:5,9
**tired** 60:12
**title** 31:22 80:7
**today** 4:24 6:3
12:25 28:18
43:3 44:16
60:22 68:3
101:3 127:19
**told** 8:14 10:14
11:11 12:5,15
12:16,24 13:1,2
15:3 19:7 21:6
21:8 24:22
31:20,20 32:9
32:10,10 36:2
46:4,11 50:16
55:22 61:4
74:17 75:3 82:8
83:20 84:14
85:6 86:10
88:23 89:1,14
107:8,23,24,25
108:13 112:19
112:25 113:1,8
113:15,20
115:11,18,25

124:4
**Toledo** 1:6,14,22
3:4,9,11 7:12,13
10:4,9,20,24
69:10 71:4,11
71:22 74:10
75:12 82:2 85:2
96:25 97:15
100:9 101:22
106:5,19 107:25
117:22 118:11
126:1 129:18
**Toledo's** 71:21
**tomorrow's** 4:24
**ton** 31:16
**tone** 112:15,25
113:9
**tonight** 77:17
**top** 16:21 70:7
91:19 92:18
99:19 102:4,7
102:14
**topic** 7:8 23:20
**total** 32:12 36:19
36:21 80:7
**Toth** 28:13,15
40:22 50:2
60:10,11 127:21
128:6
**Toth's** 28:12,14
**touch** 64:12
**touched** 4:22
**town** 90:20 92:4
100:22 101:2
127:11
**trainee** 6:20
**transcribed**
129:6
**transcription**
129:7
**transition** 19:13
**transpired** 14:22
15:9 102:2
**transported**

DREYON WYNN VOL I
September 19, 2023

101:10 107:3
108:23
**trauma** 121:21
**traumatic** 105:14
121:21 122:3
**travel** 96:24
**treat** 109:4
**treated** 64:8 74:5
74:6 121:18
**treatment** 64:9
73:21 96:16
**Tri-C** 119:10
120:1,7,13
**Tri-City** 119:3
**tried** 19:5 39:13
43:25 44:4,5
47:18 51:25
90:5,15 116:1
**triggered** 105:12
**trip** 85:2 107:25
**trips** 75:10 89:6
89:17 107:21
**truck** 98:13
**true** 129:7
**trust** 22:21 51:20
51:25 52:2,23
114:23
**trustee's** 72:2
**trustees** 15:5
19:24 20:20
21:10
**trustees'** 72:7,17
**truth** 129:5,5,5
**truthfully** 6:2
**try** 12:11 43:17
43:23 75:13
88:24 89:1,4,5,9
89:14,19 90:7,8
90:21 93:15
101:3
**trying** 6:13 13:24
15:21 22:4,20
23:23 37:6
64:20 91:23

95:12 111:19
114:13 118:15
**Tuesday** 1:15
**turn** 105:1
**twice** 79:18 88:12
**two** 11:11 12:4
15:6 19:14 20:4
21:15,17 22:2
26:20 29:14
30:7,19,22,23
30:24 31:2
32:13 33:25
35:2 46:5,24
56:13 62:2,2
68:14 80:10
93:1,11 109:13
110:25 112:13
127:3,7,7,20
128:10
**two-thirds**
107:16
**type** 5:25 6:21
8:14 15:21
22:21 31:19
118:12,15,20
**typed** 50:3
**types** 40:15

———————
**U**
**UH** 3:10
**Uh-huh** 18:14
25:1,15 26:10
26:22 28:17
50:7 56:20 91:6
96:7 110:7
117:18
**ULP** 15:12 19:20
**um** 20:6
**unbeknownst**
117:1
**unclassified**
66:19
**understand** 14:8
30:21 35:11

41:17 71:2,3
80:25 85:19
86:11 106:12
122:10 125:14
**understanding**
12:9 57:15
58:12 125:7
**Understood** 10:2
**unemployment**
63:1,5,6,10,13
65:17,20,22
**unexecuted** 95:17
**unfair** 11:6 12:6
**unharmed**
125:17
**unilaterally** 11:7
**union** 11:9,11
12:5,18 18:5
26:6 27:14 60:2
62:15 64:24,24
64:25 112:24
116:22,25
**unions** 52:18
60:8 62:10,14
62:16
**UNITED** 1:1
**units** 24:23
**university** 1:6 3:9
3:10 7:12,13,19
10:3,9,20,23
11:23 13:5
20:16 28:3
30:10,12 31:14
35:17 41:21
42:16 46:9 48:5
54:18 65:16,19
68:25 69:10,22
70:11,16 71:3,5
71:8,11,16,21
71:22 72:10,13
73:8,25 74:15
74:22 81:9 82:1
82:11,18,24
83:25 85:18,24

86:5 87:4,18,20
87:22 95:2,7
96:13 97:15
98:5,8 106:7
111:1 112:22
114:15 117:22
118:2,11,16
122:5 125:18
128:1
**university's**
71:18 87:14
102:3 123:19
**university-issued**
86:16
**unloosen** 104:1
**unloosens** 104:9
104:11
**updated** 48:17
**uphold** 113:3
**upholding** 46:24
**upset** 11:19 13:15
14:23 34:5,9,13
34:16 43:10,12
**upside** 105:1
**use** 4:6 10:7,19
58:14 113:12,14
**uses** 13:8
**UT** 28:4 42:3,5
44:3 46:7 47:17
53:24 58:8
69:13 71:14
83:14 84:4
119:23 120:14
122:21,24
**UT-issued** 82:19
83:2
**utilize** 68:18
**UTP** 61:24
**UTPD** 120:18,19
**UTPPA** 26:7 60:3
60:5 61:25

———————
**V**
**vacancy** 32:3

**vacation** 90:4,6
**value** 92:14,17
93:6,10,12
**valued** 92:14,20
**verbal** 73:7 76:20
79:1
**verbally** 49:20
87:18
**verbatim** 12:16
**verify** 71:23
**versa** 80:5
**versus** 6:20 47:3
79:8
**vice** 54:19 80:5
**video** 98:9,10
101:9
**videos** 101:8
**view** 27:25
**violated** 11:14
17:18,19 86:15
**voice** 88:7,9
90:12,20,22
91:7,10,12,13
91:14 92:2
98:24 99:3,25
100:7,20,24
107:19 120:22
**Volume** 1:11
128:21
**vote** 19:25 21:16
**voted** 56:5,25
57:1,4,7,7
**VP** 22:4
**vs** 1:5

———————
**W**
**wage** 6:22 22:13
23:21 24:12
26:16 29:12,13
31:19 35:1,18
36:6 37:17,24
38:10 40:7
76:24 77:6,11
78:22 79:2

DREYON WYNN VOL I
September 19, 2023

149

**wages** 20:14 23:4
29:22 37:8
**wait** 24:10,11
90:16 104:7
**waiting** 106:16
106:22 107:1
**waived** 128:22
**walked** 25:4 29:7
29:9 62:18
104:4 106:15
**walking** 104:5
**want** 3:24 4:16
11:21 12:12
13:3,25 24:10
32:21,25 43:19
52:7 55:7 57:23
78:6 80:25 89:8
103:14 109:2
110:18 113:13
113:14 119:16
119:17,25 120:2
120:3,5,12
123:7
**wanted** 29:16,17
29:22,23 31:11
37:7 42:21
43:21 44:21,22
45:11 50:11,15
52:10,22 60:14
64:20 65:18
68:11 72:14,19
80:20,20 89:11
90:17 111:5
113:18 114:19
123:8 128:11
**wanting** 90:3
111:6 124:4
**wants** 13:16
15:13 60:16
110:20
**warm** 52:6
**warned** 121:2
**warning** 12:3
**warrant** 74:3

92:6,9,12,17
102:11,25 103:4
103:5 120:23,24
121:7
**wasn't** 13:6 15:16
16:1 18:6,21
19:16 22:12
23:22 31:23
33:23 37:3
51:20 52:6,6
57:5 60:9,10
71:8 74:13 75:9
92:4 93:6 107:6
118:21
**watch** 112:23
**water** 34:2
**way** 16:15 39:23
39:24 65:8,16
68:20 90:25
98:22 107:16
116:2 119:23
**we'll** 6:16 73:8
99:11
**we're** 10:15 11:25
12:25 13:22
50:13 53:2 55:9
63:7 73:16
85:13 103:21
110:13 118:9
121:1
**Webber** 107:7
**Webex** 11:17
128:12
**week** 12:4 20:2,3
30:24 31:2 34:3
35:7 59:14,15
59:18 62:13
**weekend** 106:22
**weeks** 24:6
**Wendy** 4:5,7 7:11
7:14,16,25 8:3
8:10,12 13:8,10
13:13,21 14:7
14:10,11,23

15:3,11 19:4
20:4,6,7 21:1,1
21:2,6,12 22:2,5
22:17 39:8,14
43:9 44:9 45:15
47:24 55:9
83:15 105:21,21
105:25 106:1,4
106:12,15
122:18
**Wendy's** 39:10
45:16 105:23
**went** 4:4 12:20
24:3 54:11,13
62:17 64:21
84:21 91:25
94:16 96:17
106:6 117:8
120:20 121:8
124:14
**weren't** 24:3 47:9
62:7
**west** 8:25 54:17
114:18
**WESTERN** 1:2
**WHEREOF**
129:18
**white** 18:11
27:21 39:5,15
64:11 74:5
114:20
**whites** 73:22,22
**wild** 114:18,18
**wildfire** 119:21
**Wiley** 32:11,18
32:24
**willful** 60:13
**Williamson**
108:24 109:1,4
109:8
**Willie** 56:5
**Wilson** 111:22
112:8 115:6
**wind** 105:6

**window** 29:9
**wit** 95:25
**within-named**
129:4
**Witness** 3:19,22
4:11 5:7,11,14
5:17 129:4,6,18
**woe** 12:21
**woman** 64:4
113:10,22
**wondering** 27:7
87:2
**word** 124:24
**words** 68:8 89:20
**work** 17:7 31:18
53:12,14,19
68:3,19,25 69:9
69:14,21,22
70:12 71:7,9,10
71:14,22 82:11
86:3 116:18
119:3,16
**worked** 39:23,24
43:23 52:24
53:17 58:8
79:11 119:19
120:7 125:17
**working** 7:17
20:3 24:18
46:24 53:19,21
**works** 79:12
102:22
**wouldn't** 16:14
16:23 39:12
45:12 81:14
118:24 121:8
**wow** 39:22 62:21
98:18
**writing** 95:10,13
113:5 124:25
**written** 63:23
**wrong** 14:2 16:4
20:6 111:8
**Wynn** 1:3,11 2:2

3:14 5:23 91:2
96:2,4 100:8
105:7 107:18
129:4

| X |
| --- |

**X** 2:1 11:12 18:8
49:6

| Y |
| --- |

**Y** 11:12
**Yahoo** 66:14
**yeah** 4:13 5:17
6:21 8:15,16
15:18 20:23
24:1,2 26:10,22
27:7 36:13 49:2
49:2 52:8 60:3
62:21 65:1 66:6
80:14 81:16
83:22 84:23
90:23 91:22,22
96:10 99:6
100:5 102:21
103:6 109:1
112:19,23,25
114:8,8,9
117:23 120:10
121:5 122:15,18
122:19 124:18
**year** 6:11 15:6,6
15:6 110:25
119:4 120:7,9
**years** 18:8 34:10
53:12,22,23
54:6,7,18 56:14
93:1,1,11
110:19 111:13
113:13
**Yep** 70:14 128:13
**yesterday** 4:20
5:2
**young** 46:11

| Z |
| --- |

DREYON WYNN VOL I
September 19, 2023

150

**Z** 11:12 59:3
**Zakrzewski**
  87:22 88:14
  90:14 91:8,15
  99:25 100:24
  101:20 102:10
  107:4,6 120:18
  120:19 123:1
  124:19 125:2
**ZASHIN** 3:7
**zero** 62:2
**Ziviski** 25:14
  55:3 57:7 66:4
  68:23 115:23
  116:15 117:3
**Ziviski's** 60:23

**0**

**0** 15:6 19:21
  20:15 24:2,2

**1**

**1** 15:8 67:22 70:7
**1,000** 93:7,13
**1,200** 92:18,21,22
  93:2
**10** 20:11 50:5,6
  53:12,22 54:6,7
**10,000** 34:12
**10:33** 101:20
**10:58** 66:4
**100** 1:22 71:12
**100,000** 39:19
**105** 39:20
**109** 2:18
**10th** 110:9,12
  122:21 123:23
**11:30** 98:23
**12B** 125:25
**12th** 88:3,14,16
  90:9 91:1
**136** 1:14 3:3
**17** 3:7 54:18
**19** 1:15
**19th** 98:23 99:2,4

99:5,8,18 100:3
**1st** 87:1 126:2,14

**2**

**2** 20:12 66:13,18
  70:7 88:1
**2,600** 118:4
**2:16** 1:16
**20** 48:23
**2002** 53:23
**2013** 53:16,22
**2019** 63:22
**2020** 20:17 25:8
  49:1,2
**2021** 30:4 83:13
  85:22 88:3,15
  89:10 127:21
**2022** 119:6
**2023** 1:15 129:19
**2028** 129:22
**224-4411** 3:8
**249-2705** 1:23
**25** 64:22
**26** 40:23 49:25
  68:24
**26th** 66:4 69:4,8
  88:23,25 89:2,7
  89:10,12,19,22
  94:22 95:8 96:6
  96:11,14,23,24
  97:5 127:20
**27** 108:8
**27th** 99:17,22,24
  101:5,21 102:2
  107:17,22
  108:16 116:14
  120:17
**28(D)** 129:16
**29th** 117:15
**2s** 63:21

**3**

**3** 15:8 20:10
**3:22-cv-01899**
  1:4

**3:50** 76:7
**3:57** 76:7
**30** 4:19 61:4
  62:20 65:9,9
**3437** 110:1,13
**3620** 3:10
**3rd** 84:25 85:11
  85:17 86:21,25
  87:3,6 124:16
  124:22 126:2,25

**4**

**40** 4:20 62:20
  65:9,9
**401(k)** 72:12
**414** 1:22
**419** 1:23 3:4,11
**43215** 3:8
**43604** 1:14,22 3:4

**5**

**5** 2:5
**5:12** 128:19
**50** 32:15 61:5
  62:5
**530-5393** 3:11
**5th** 70:19 85:22
  86:17

**6**

**6/10** 98:4,5
**60** 62:5
**614** 3:8
**66** 2:8
**67** 2:9
**67,000** 7:1
**67,500** 7:1

**7**

**724-3701** 3:4
**76** 2:10,11
**78** 2:12

**8**

**8** 20:11 34:12

50:6 129:22
**81** 2:13
**87** 2:14
**8th** 129:19

**9**

**90** 84:11,17
**90-day** 68:21
  69:23 74:18
  75:2 82:17,25
  83:8 84:8 94:22
  95:4,8 97:2
**900** 3:7
**90s** 39:25
**90th** 69:24
**911** 103:19
  105:19,20
**94** 2:15
**97** 2:16
**99** 2:17