**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| DREYON WYNN, | ) | Case No. 3:22-CV-01899 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES R. KNEPP II |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF TOLEDO, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF BETHANY ZIVISKI**

I, BETHANY ZIVISKI, based on my personal knowledge and pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of 18 and am competent to make this Declaration.

2. I am presently employed by The University of Toledo ("UT") as the Executive Director of Labor/Employee Relations and HR Compliance. I have held this position since January 11, 2021.

3. I was previously employed by UT as Director, Labor and Employee Relations and HR Compliance from May 2017 – October 2019.

4. In or around October 2020, John Elliott reached out to me to gauge my interest in potentially returning to UT. It is my understanding that Mr. Elliott did so because Human Resources was facing a staffing shortage, and he was attempting to have knowledgeable former employees return to UT's Human Resources Department. It is my understanding that Mr. Elliott reached out to many former UT employees at or around this time.

5. I was deposed in this case on September 19, 2023. During my deposition, I was asked about my concerns regarding Plaintiff's performance and my reasons for recommending his

termination to Mr. Elliott. As I stated repeatedly during my deposition (Dep. 16, 19, 24, 34), my concerns/reasons for Plaintiff's termination are more fully set forth in the affidavit that I executed for submission to the Ohio Civil Rights Commission. The affidavit was not introduced during my deposition, but it is attached hereto as Exhibit A, and incorporated by reference.

6. In my affidavit (¶3-4), I indicated that during my initial meeting with Plaintiff on January 11, 2021, I requested all pending grievances for all non-faculty labor unions. Plaintiff initially provided me with a list of five grievances: three grievances were Communications Workers of America ("CWA"), and two were UT Police Patrolman's Association ("UTPPA") grievances. The email in which Plaintiff provided the five grievances in question to me is attached hereto as Exhibit B and incorporated by reference.

7. In my affidavit (¶8), I indicated that Plaintiff provided me with a grievance log of outstanding American Federation of State, County and Municipal Employees ("AFSCME"). As expressed in my affidavit, Plaintiff included very limited information regarding the sixteen pending grievances. The January 13, 2021 email in which Plaintiff provided the AFSCME grievances information is attached hereto as Exhibit C and incorporated by reference.

8. In my affidavit (¶9), I indicated that Plaintiff, on January 14, 2021, then emailed me a list of 12 outstanding CWA grievances. The January 14, 2021 email in which Plaintiff provided the revised number of CWA grievances is attached hereto as Exhibit D and incorporated by reference.

9. As I explained in my affidavit (¶10), I then had a conversation with CWA White Collar Unit Director Kathy Sullivan on January 15, 2021 in which she told me that there were more than 30 outstanding CWA grievances. She also indicated to me that she had engaged in a discussion with Plaintiff about this high number of grievances and Plaintiff wanted to hear them

the week of January 11, 2021. Thus, it made no sense to me why Plaintiff would send me an initial list of three outstanding CWA grievances, and then increase the number to twelve, when the actual number was much higher.

      10.     On January 19, 2021, I sent an email to Plaintiff. It stated, in pertinent part, "Can you please confirm that this list [of 12 pending CWA grievances] represents all outstanding CWA grievances. Also, can you please tell me where all of these grievances and the grievance trails are located in the Z: drive?" The reason I sent this email is because I wanted to rectify Ms. Sullivan's January 15th comment to me (and Plaintiff's knowledge of the full gamut of the 30+ CWA grievances) with the list of only 12 CWA grievances he sent to me. The January 19, 2021 email is attached hereto as Exhibit E and incorporated by reference.

      11.     On January 20, 2021, I sent an email to Plaintiff. It requested that Plaintiff complete the following assignments by noon on the next day:

      1.     Save all labor-related documents on the HR LaborRelations shared drive, instead of Plaintiff's flash drive.

      2.     I informed Plaintiff about my conversation with Ms. Sullivan and asked for an updated list of pending CWA grievances, not the 12 that he sent to me.

      3.     Confirm that the list of pending AFSCME grievances is accurate.

      4.     Ensure that all grievance-related documents are stored in their proper folders on the HR LaborRelations shared drive.

The January 20, 2021 email is attached hereto as Exhibit F and incorporated by reference.

      12.     As I explained in my affidavit (¶11), Plaintiff finally sent me a more accurate list of pending CWA grievances (a total of 35) on January 26, 2011. This email was introduced as Exhibit ZZ at Plaintiff's deposition.

13. As I explained in my affidavit (¶12-13), I requested that Plaintiff send me a list of CWA employees working at the Main Campus Medical Center ("MCMC"). I initially requested this list on January 13, 2021. Plaintiff provided his initial response on January 14, 2021; however, his list contained all CWA employees at UT, and was not limited to the MCMC. Plaintiff's January 14, 2021 email is attached hereto as Exhibit G and incorporated by reference.

14. I explained to Plaintiff that his list contained all CWA employees, not just those who were employed by MCMC. (Affidavit, ¶13-14). Plaintiff sent me a revised list on January 14, 2021. But this list contained every custodial worker on main campus. Plaintiff's January 14, 2021 email is attached hereto as Exhibit H and incorporated by reference.

15. I explained to Plaintiff that his revised list contained all custodial workers on main campus. (Affidavit, ¶14-16). Plaintiff sent me yet another list of employees. This list contained a total of 49 CWA employees who Plaintiff indicated worked at MCMC. As it turns out, there was one CWA employee employed at MCMC. I coached Plaintiff to use all available resources if he has questions. This email exchange is attached hereto as Exhibit I and incorporated by reference.

16. As I explained in my affidavit (¶25), Plaintiff worked out an advance placement for an employee without communicating with the employment team or providing the signed memorandum of agreement with the applicable Union. An email sent to Plaintiff by the employment team, as well as my email explaining Plaintiff's improper handling of the situation is attached hereto as Exhibit J and incorporated by reference.

17. Although I supervised Plaintiff for less than one month, I had seen enough. Plaintiff could not provide me with basic labor relations information. Additionally, he demonstrated any number of other performance problems, which are detailed in my affidavit. (Exhibit A).

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Executed on November 29, 2023 in Lucas County, Ohio.


Bethany Ziviski
Executive Director of Employment/Labor Relations and HR Compliance
The University of Toledo

# EXHIBIT A

**AFFIDAVIT OF BETHANY ZIVISKI**

State of Ohio :
: SS
County of Lucas:

I, Bethany Ziviski, first being duly sworn, do hereby depose and state the following upon personal knowledge and information:

1. I am the Executive Director, Labor/Employee Relations and HR Compliance at the University of Toledo. I work in the Human Resources Department. I started my position on January 11, 2021. I report to John Elliott, the Senior Associate Vice President and Chief Human Resources Officer.

2. Beginning January 11, 2021, I began an assessment of all the employees in the Human Resources Department, including Dreyon Wynn, the Director of Labor/Employee Relations. An illustrative, but not exhaustive, recitation of issues I encountered are outlined below.

3. I met Mr. Wynn for the first time on January 11, 2021. Prior to our scheduled introductory meeting, I asked Mr. Wynn to provide me with a list of all outstanding grievances for the Communications Workers of America (CWA) and the other non-faculty labor unions.

4. Mr. Wynn initially provided me with a list of five grievances. Three of the grievances were CWA grievances. Two of the grievances were UTPPA grievances.

5. On January 11, 2021, I provided clarifying instructions to Mr. Wynn and asked him to send me the current CWA, AFSCME, UTPPA, and FOP grievance tracking spreadsheets, and I included a copy of what the spreadsheet should look like. The grievance tracking spreadsheet has all relevant information about each grievances, including the date each grievance was filed and the date(s) responses were provided to the unions.

6. On January 12, 2021, Mr. Wynn indicated that he was working on the project and would send the information that day.

7. On January 13, 2021, Mr. Wynn provided me with a list of grievances he stated were pending arbitration. The list included four AFSCME grievances, two UTPPA grievances, and three CWA grievances.

8. On January 13, 2021, Mr. Wynn provided me with a grievance log of outstanding AFSCME grievances. There were sixteen grievances on the list. The only information that I have for some of the grievances is that Level 1 and Level 2 were skipped and the Level 3 hearing (the hearing before the Director of Labor and Employee Relations, i.e., Mr. Wynn) are being

held in abeyance. I have no information on one grievance other than the grievant's name and the department.

9. On January 14, 2021, Mr. Wynn then provided me with a list of 12 CWA grievances that he stated were outstanding.

10. In conversation with the CWA White Collar Unit Director, Kathy Sullivan, on January 15, 2021, Ms. Sullivan told me that more than thirty grievances were outstanding. She said that we were "buried" with grievances. She told me she met with Mr. Wynn about the thirty-plus outstanding grievances and that Mr. Wynn wanted to hear them that same week (the week of January 11, 2021).

11. On January 26, 2021, Mr. Wynn sent an email to me stating that the CWA had a total of 35 outstanding grievances. Mr. Wynn stated in his email that Kathy Sullivan had filed the grievances with a former employee, D.P., before he left and said that the employee never logged the emails. I found all of those grievances sitting in order in their files on top of the former employee's desk, along with other pending matters. I also found hearing reports written by Mr. Wynn stacked on top of the grievance files.

12. Mr. Wynn was unable to determine what CWA employees are working at the Main Campus Medical Center (MCMC). He was given several opportunities to do so. I initially requested the list of all CWA employees working at the MCMC on or about January 13, 2021.

13. Mr. Wynn provided me with a list of <u>all</u> CWA employees on January 14, 2021, and indicated by email that it was a list of CWA MCMC employees. This was incorrect. I explained to him that the attached list was <u>every</u> CWA employee, which is not what I had asked for in the first place, and asked him again to narrow the list down to just employees who work at MCMC.

14. Mr. Wynn then sent me another list. The list set forth every <u>custodial worker</u> on the Main Campus. I responded yet again, requesting the list of MCMC employees.

15. On January 14, 2021, Mr. Wynn sent me another list of employees of employees working at MCMC. He indicated there was a total of 49 employees on the list who worked at the MCMC. One CWA employee worked at the MCMC at the time.

16. On January 15, 2021, I coached Mr. Wynn to use all of his resources if he has questions. For example, I explained that he may want to reach out to the consultant who supports the leader who oversees the MCMC.

17. I reviewed the status of labor negotiations for the FOP. I asked Mr. Wynn to provide me with all outstanding collective bargaining proposals. He sent me proposals on wages, the nondiscrimination article, and fair share fees/dues. I realized that Mr. Wynn was attempting to renegotiate an article on dues that already had a prior tentative agreement.

18. I brought this issue to Mr. Wynn's attention. He asked me where I found the signed tentative agreements, and I explained that they were all in the FOP negotiations binder, which was located in his old office on the shelf. In fact, in April 2020 Mr. Wynn had been informed that there are tentative agreements electronically maintained and that the rest of the tentative agreements would be in the FOP binder (the one in his office).

19. Mr. Wynn executed an agreement reassigning a CWA bargaining unit employee to perform AFSCME work. This violates a basic premise of labor law. I gave notice to the CWA that were ending the agreement.

20. Mr. Wynn held a hearing with an employee in early January 2021. He stated that he could not locate a signed copy of the employee's last chance agreement. I asked for a copy of the last chance agreement from the HR Consultant and from the Legal Department. Both had a signed copy of the document.

21. During my assessment, I became aware that a non-bargaining unit employee had been off work for many months, having exhausted all paid and unpaid leave. Mr. Wynn did not follow up regarding a plan for the employee's separation. As a result, the employee remained on UT's insurance benefits.

22. Mr. Wynn had outside legal counsel (who are appointed by the Ohio Attorney General to represent UT in certain matters in which the Ohio Attorney General determines their expertise is needed) attend labor negotiation sessions and act merely as a "note taker" rather than in the capacity of a negotiator or legal advisor.

23. During my early meetings with UT managers and supervisors, I learned that Mr. Wynn scheduled and attended a labor mediation with the State Employee Relations Board (SERB) without inviting the management of the department involved to attend. Management did not find out about the meeting until the employees involved asked for time off to attend the mediation.

24. Mr. Wynn scheduled FOP negotiations for Friday, 1/29/2021. He did not notify me or UT's collective bargaining team.

25. Mr. Wynn worked out an advance placement for an employee without communicating with the employment team or providing the signed memorandum of agreement with the applicable Union. A final offer was made to the candidate, and on 1/20/2021 management notified the employment team that the candidate would be starting on 1/25/2021. No background check or pre-employment paperwork was completed for the candidate because there was no knowledge of the offer or advance step placement. On 1/27/2021, I was also alerted to the fact that the signed memorandum of agreement had an error in the pay scale.

26. In November 2020, the AFSCME Vice President and Mr. Wynn worked out a bonus structure for Food and Nutrition employees for an additional $10 per hour. It went to CEO of the MCMC for signature. However, Mr. Wynn never obtained the proper approvals from UT for that agreement and it was ultimately rejected.

27. On January 25, 2021, Mr. Wynn called off sick. He did not notify those with whom he had previously scheduled appointments.

28. Based on my evaluation, Mr. Wynn was not performing his duties and responsibilities. There were numerous problems with how he handled various labor relations issues, some of which are described above. He lost track of grievances, and it was his job to track and handle these grievances. It is taking considerable time to unwind his mistakes.

29. Given this, I recommended to Mr. Elliott that Mr. Wynn be terminated. At the time I made this recommendation, I was unaware that Mr. Wynn had filed a charge with the Ohio Civil Rights Commission or the Office of Federal Contractor Compliance Programs.

30. UT has terminated other employees who falsified information on their employment application or resume.

**AFFIANT FURTHER SAYETH NAUGHT.**

Bethany Ziviski

The foregoing instrument was acknowledged before me this 20th day of April 2021 by Janelle Schaller

NOTARIAL SEAL STATE OF OHIO

Janelle Schaller
Attorney At Law
Notary Public, State of Ohio
My commission has no expiration date
Sec. 147.03 R.C.

# EXHIBIT B

**From:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Sent:** Tuesday, January 12, 2021 9:45 AM
**To:** Ziviski, Bethany L
**Subject:** Re: Arbitrations

Beth,

I am working on this and will send this information over today.

I will send over in part as I update the logs and transfer the information.

If there any issues, I will update you.

Please remember that I am working from home today, if you need to speak with me call my cell phone.

Regards,

**Dre Wynn, PHR, SHRM-CP, MA, MSIS, MBA, MHRLR**
Director of Labor/Employee Relations & HR Compliance
Human Resources
2801 W. Bancroft St. Mail Stop 405
989.545.0569 **Cell**
419.530. Phone
419.530.1433 Fax

---

**From:** Ziviski, Bethany L <Bethany.Ziviski@utoledo.edu>
**Sent:** Tuesday, January 12, 2021 9:07 AM
**To:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Subject:** RE: Arbitrations

Good morning!

For clarification, please provide all active grievances filed by CWA, AFSCME, FOP and UTPPA. I would like both the tracking sheets and the grievance trails for each of the grievances. These include grievances forwarded to arbitration as well as grievances at any stage of the grievance process. I need these as soon as possible. When can you provide them?

Thank you,
Bethany

---

**From:** Ziviski, Bethany L
**Sent:** Monday, January 11, 2021 3:17 PM
**To:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Subject:** RE: Arbitrations

Hi Dre,

Please send me the current CWA, AFSCME, UTPPA, and FOP grievance tracking spreadsheets. I am sending you a copy of what that sheet should look like and all of the information that should be on it.

This sheet should be kept up to date so that when leadership needs to know what grievances we have outstanding, we will be able to provide it. Do you have a current copy? If not, when can you complete the sheets and tge them to me?

Thank you,

Bethany

---

**From:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Sent:** Monday, January 11, 2021 2:43 PM
**To:** Ziviski, Bethany L <Bethany.Ziviski@utoledo.edu>
**Subject:** Arbitrations

Hello Beth,

Here is the chart with the arbitration information:

| Arbitration Case # | Issue | Union | Fisher & Phillips |
|---|---|---|---|
| 4-20-55 | contract interpretation | CWA | Yes |
| 4-20-111 | contract interpretation | CWA | Yes |
| 4-20-107 | Discharge (Delores Williams) | CWA | Yes |
| 04-20 | Sergeants | UTPPA | Yes |
| 03-20 | Vacation | UTPPA | Yes |

Sincerely,

**Dre Wynn, PHR, SHRM-CP, MA, MSIS, MBA, MHRLR**
Director of Labor/Employee Relations & HR Compliance
Human Resources
2801 W. Bancroft St. Mail Stop 405
989.545.0569 **Cell**
419.530.1491 Phone
419.530.1433 Fax

# EXHIBIT C

**From:** Wynn, Dre
**To:** Ziviski, Bethany L
**Subject:** AFSCME Outstanding Grievance Log
**Date:** Wednesday, January 13, 2021 11:53:58 AM
**Attachments:** Outstanding grievances AFSCME (12.15.20).xlsx

---

Beth,

Please see attached AFSCME grievance log with outstanding grievances.

Sincerely,

**Dre Wynn, PHR, SHRM-CP, MA, MSIS, MBA, MHRLR**
Director of Labor/Employee Relations & HR Compliance
Human Resources
2801 W. Bancroft St. Mail Stop 405
989.545.0569 **Cell**
419.530.1491 Phone
419.530.1433 Fax

| Grievance No. | Date Received by HR | Grievance Filed By | Department | Description | Remedy Sought | AFSCME CBA Article/Section | Final Outcome | Level 1 | Level 1 Answer (w/in 10 days) | Level 2 | Level 2 Answer (w/in 10 days) | Level 3 | Level 3 hearing (w/in 10 days of Level 2 answer) | Level 3 final answer (w/in 10 days) | Mediation Request (Optional, w/in 10 days) | Demand for Arbitration (w/in 10 days) | Arbitrator Selection (w/in 15 days) | Withdrawn | Arbitration hearing | 150 days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-01-19 | | Brandi Brackette | Registration | Employee discipline | Remove discipline | Articles 3, 2, 22, 46 | Grievance denied at Level 2 | | 11/27/2019 | | 12/17/2019 | | 1/13/2020 | 1/29/2020 | | Yes | abeyance | | | |
| 01-01-20 | 1/17/2020 | Retuna | Ultrasound | Employee discipline; Level 3 and 1 day unpaid suspension | Reduce discipline level and pay employee for missing day | 3 | Level 3 Hearing in abeyance | Skipped | Skipped | Skipped | Skipped | | | | | | | | | |
| 01-02-20 | 1/24/2020 | Veanetta Hudson | Pharmacy | Probationary removal; Termination | Bring employee back | 2, 3, 25 | Level 3 Hearing in abeyance | Skipped | Skipped | Skipped | Skipped | | | | | | | | | |
| 5-01-02 | 5/14/2020 | Cowell | Registration | Employee Discipline; Level 4 Termination | Bring employee back | 3 | Grievance denied at Level 3 | Skipped | Skipped | Skipped | Skipped | | 9/30/2020 | 10/14/2020 | | 10/19/2020 | abeyance due to COVID | | | |
| 05-04-20 | 5/20/2020 | Spellis | CRU | Employee placed in ICU but not qualified to work in ICU. Pay employee Pull Pay | Pay employee Pull pay for 5 shifts, follow the CBA | 3, 11, 18, 21 | Level 3 Hearing in abeyance | | 5/21/2020 | | 6/9/2020 | | | | | | | | | |
| 05-07-20 | 5/27/2020 | Keiyona Jackson | Internal Med | Employee Termination | Bring employee back | 3 | Grievance denied at Level 3 | Skipped | Skipped | Skipped | Skipped | | | | | | | | | |
| 8-01-19 | 8/8/2019 | Lakebra Sims | PFS | Employee Discipline; Level 3 and 2 day suspension | Remove discipline | 3, 46 | Grievance denied at Level 3 | Skipped | Skipped | Skipped | Skipped | | | | | | | | | |
| 08-04-20 | 8/19/2020 | Peri-Op Techs | All Affected | Mo Smith combining Periop Techs and Anesthesia Tech classifications without union consent | Follow contract, keep positions as bargained | 3, 11, 18, 48 | Level 3 Hearing in abeyance | Skipped | Skipped | Skipped | Skipped | | | | | | | | | |
| 8-07-20 | 8/21/2020 | Cori Kuron | Comprehensive Care Center, South Toledo Internist | Employee Termination | Bring employee back | 2, 3 | Grievance denied at Level 3 | Skipped | Skipped | Skipped | Skipped | | 11/4/2020 | 11/23/2020 | | 11/29/2020 | abeyance due to COVID | | | |
| 09-06-20 | 9/18/2020 | Salazar | Environmental Services | Employee Termination | Bring employee back | 2, 3, 48 | Grievance denied at Level 3 | Skipped | Skipped | Skipped | Skipped | | 11/18/2020 | 12/9/2020 | | 12/9/2020 | abeyance due to COVID | | | |
| 09-07-20 | 9/20/2020 | Paula Sims | Office of Student Affairs | Employee discipline; Level 3 and 1 day suspension | Remove discipline & back pay | 2, 3, 7, 30 | Level 3 Hearing in abeyance | Skipped | Skipped | Skipped | Skipped | | in abeyance | | | | | | | |
| 09-08-20 | 9/30/2020 | Nurses on call | ALL NURSES | Contract violations; job posting, on call schedule, direct dealing | Follow contract, allow nurses to schedule their on call, make whole | 3, 21, 28, 48 | Level 3 Hearing in abeyance | Skipped | Skipped | Skipped | Skipped | | in abeyance | | | | | | | |
| 10-01-20 | 10/29/2020 | All Affected | All Affected | Vacation requests being denied by management, first come first serve, direct dealing | Allow employees contractual rights for requesting vacation, follow timeline for denial/approval | 3, 44 | Level 3 Hearing in abeyance | Skipped | Skipped | Skipped | Skipped | | in abeyance | | | | | | | |
| 12-01-20 | 1/12/2021 | Angel Hurns | Patient Access | Employee Discipline; Level 1 | Remove employee discipline | 2, 3, 49 | Grievance denied at Level 1 | 10/17/2020 | 11/23/2020 | | 12/16/2020 | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-02-20 | 12/7/2020 | Sharese Manning | Registration | Employee Discipline | Remove employee discipline | 2, 3, 7 | in abeyance; union requested extension | | | | | | | | | | | | | |
| 01-02-21 | 1/8/2021 | Casey Glover | Urology | Holiday Pay; employee was not paid holiday pay for Thanksgiving holidays | Pay employee holiday pay | 2, 3, 7, 14, 30, 47, 48 | Grievance Hearing scheduling in process with Chris Stesney | | | | | | | | | | | | | |

# EXHIBIT D

**From:** Wynn, Dre
**To:** Ziviski, Bethany L
**Subject:** RE: CWA Grievances
**Date:** Thursday, January 14, 2021 11:49:41 PM
**Attachments:** image001.gif
Outstanding Grievances-CWA (Beth).xlsx

---

Hello Beth,

Please find attached outstanding grievances for CWA.

I highlighted the 3 arbitrations in orange.

Sincerely,

**Dre Wynn, PHR, SHRM-CP, MA, MSIS, MBA, MHRLR**
Director of Labor/Employee Relations & HR Compliance
Human Resources
2801 W. Bancroft St. Mail Stop 405
989.545.0569 **Cell**
419.530.1491 Phone
419.530.1433 Fax

---

**From:** Ziviski, Bethany L <Bethany.Ziviski@utoledo.edu>
**Sent:** Thursday, January 14, 2021 10:44 AM
**To:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Subject:** CWA Grievances

Hi Dre,

Did you provide the list of all CWA's outstanding grievances? This list should include everything that has not been withdrawn. It's very important that we have a handle on what is still out there. If you have already sent the list, can you please resend? I may have missed it in the business of the week.

Thank you,

Bethany

**Bethany Ziviski**
*Executive Director, Employee/Labor Relations*
*And HR Compliance*
Human Resources
Physical Address: 2935 East Rocket Drive
Mailing Address: 2801 W. Bancroft St., MS 205
Toledo, Ohio 43606-3390
419.530.4714
bethany.ziviski@utoledo.edu

University of Toledo Logo

| Date Received by HR | Grievance No. | Grievance Filed By | Department | Description | CWA CBA Article/Section | Remedy Sought | Final Outcome | Level 1 | Level 1 Meeting (w/in 5 days) | Level 1 Answer (w/in 5 days) | Level 2 | Level 2 Meeting (w/in5 days) | Level 2 Answer (w/in five days) | Level 3 | Level 3 meeting (w/in 10 days) | Level 3 final answer (w/in 10 days) | Mediation Request (Optional, w/in 15 days) | Demand for Arbitration (w/in 15 days) | Arbitration hearing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/27/2020 | 3/27/2020KS_3 | Sullivan | SDS | Less Sr. employee was given more hours than Janae | 1.1, 4.1, 4.4, 11.1, 11.2, 14.1, COVID 19 MOU | Repayment of lost wages, used accurals | Grievance in abeyance due to COVID | | Due 4/3/2020 | | | | | | | | | | |
| 3/31/2020 | 3/31/2020BB_3 | Bockert | Custodial Services | Less Sr. employee was given more hours than Janae | 16, 16.1, 16.3, 16.5 | Pay more senior employees who were bypassed | Grievance in abeyance due to COVID | | | | | | | | | | | | |
| 4/13/2020 | 04-13-20WB_6 | Bockert | All 4319 | Failed to provide 40 hours of CWA sick time per MOU | 1.1; MOU 3/17/20 | Give employees their hours | Grievance in abeyance due to COVID | | | | | | | | | | | | |
| 4/14/2020 | 4/14/2020EW_2 | White | All 4319 | Staggered schedules and reduced work hours | 15, 15.1,15.4 | Pay all employees missing hours due to staggered / redcued schedules | Grievance denied at Level 3; arbitration requested | | | | | | | | 5/18/2020 | 6/10/2020 | | | |
| 4/24/2020 | 4/22/2020KS_4 | Sullivan | Mail Services L. Basden / R. Agard | Staggered schedules and reduced work hours | 1.1, 11.1, 15.1, MOU | Pay all employees missing hours due to staggered / redcued schedules | Grievance in abeyance due to COVID | | | | | | | | | | | | |
| 5/5/2020 | 5/5/2020 | Bockert | Building Operators | Not scheduling by seniority - COVID 19 | 11.6, 16.5 | More senior employees be paid for hours worked by lesser senior employees | Grievance in abeyance due to COVID | | | | | | | | | | | | |
| 5/5/2020 | 5/5/2020WB_9 | Bockert | Plant Operations | Less senior employees were scheduled to work | 11.6, 16.5 | More senior employees be paid for hours worked by lesser senior employees | Grievance in abeyance due to COVID | | | | | | | | | | | | |
| 5/19/2020 | 05-19-2020EW_2 | White | All 4319 | direct dealing regarding of temporary layoffs | 9, 11, 23 | Unknown | Grievance denied at Level 3; arbitration requested | | | | | | | | 9/11/2020 | 9/25/2020 | | | |
| 7/10/2020 | 07/10/2020KS_12 | Sullivan | UT On-line | H6 and Student Workers still on campus despite layoff | 1.1, 14.1, 14.2, 14.3, 15.1, 23.1, 23.2 | Re-call Mary Hilbert into her former position | Grievance in abeyance due to COVID | | | | | | | | | | | | |
| 8/11/2020 | #08-11-2020KS_41_DJ_Williams | Sullivan | Facilities | Employee Termination; D. Williams | | Reinstate employee | Grievance denied at Level 3; arbitration requested | | | | | | | | 8/31/2020 | 9/14/2020 | 9/16/2020 | | |
| 9/8/2020 | 09-08-2020KS_42 | Sullivan | Office of the Registrar | Patricia Cameron was unjustly terminated from her position in the Office of the Registrar | 1.1, 21.5, 31.1 | Reinstate Patricia Cameron | Grievance in abeyance due to COVID | | | | | | | | | | | | |
| 1/11/2021 | 1/14/2021 | Sullivan | Facilities | Moved work out of bargaining unit | 1.1, 1.2, 4, 23 | Reclassify and place Project Specialist into CWA bargaining unit | | | | | | | | | | | | | |

# EXHIBIT E

**From:** Ziviski, Bethany L
**To:** Wynn, Dre
**Subject:** RE: CWA Grievances
**Attachments:** image001.gif

---

Hi Dre,

I hope you had a nice holiday weekend.

Can you please confirm that this list represents all of the outstanding CWA grievances? Also, can you please tell me where all of these grievances and the grievance trails are located in the Z: drive?

Thank you,

Bethany

---

**From:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Sent:** Thursday, January 14, 2021 11:50 PM
**To:** Ziviski, Bethany L <Bethany.Ziviski@utoledo.edu>
**Subject:** RE: CWA Grievances

Hello Beth,

Please find attached outstanding grievances for CWA.

I highlighted the 3 arbitrations in orange.

Sincerely,

**Dre Wynn, PHR, SHRM-CP, MA, MSIS, MBA, MHRLR**
Director of Labor/Employee Relations & HR Compliance
Human Resources
2801 W. Bancroft St. Mail Stop 405
989.545.0569 **Cell**
419.530.1491 Phone
419.530.1433 Fax

---

**From:** Ziviski, Bethany L <Bethany.Ziviski@utoledo.edu>
**Sent:** Thursday, January 14, 2021 10:44 AM
**To:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Subject:** CWA Grievances

Hi Dre,

Did you provide the list of all CWA's outstanding grievances? This list should include everything that has not been withdrawn. It's very important that we have a handle on what is still out there. If you have already sent the list, can you please resend? I may have missed it in the business of the week.

Thank you,

Bethany

**Bethany Ziviski**
*Executive Director, Employee/Labor Relations*
*And HR Compliance*
Human Resources
Physical Address: 2935 East Rocket Drive
Mailing Address: 2801 W. Bancroft St., MS 205
Toledo, Ohio 43606-3390
419.530.4714
bethany.ziviski@utoledo.edu

University of Toledo Logo

# EXHIBIT F

**From:** Ziviski, Bethany L
**To:** Wynn, Dre
**Subject:** Some follow up items
**Attachments:** image001.gif

---

Hi Dre,

In follow up to our discussions and emails, please complete the following by tomorrow at noon:

1. You indicated that you have been storing everything on a flash drive rather than in the HR LaborRelation shared drive. Please put all University documents that you have on your flash drive on the shared drive, including the log of the MOUs you mentioned. If you do not have time to file the documents under the appropriate folders today, you may create a new folder under the LaborRelation folder with your name on it. All documents should be stored in the shared drive in the appropriate bargaining unit folders moving forward.
2. After speaking with Kathy Sullivan, it is my understanding that CWA currently has approximately 30 grievances outstanding. The list you provided me has 12 grievances on it. Please complete the list with the remaining outstanding grievances. As we have discussed, this information is essential given our contract status with the CWA.
3. Please confirm that the list of AFSCME grievances you provided represents all of the outstanding grievances with the bargaining unit, with the exception of the new grievances filed this week. It is my understanding based on your recent email that we have received several new grievances this week and that you will be adding those grievances to the grievance log.
4. Please ensure all grievances, responses, notes, and exhibits are in the shared drive in the Labor Relations folder.
    a. Please put the AFSCME grievances in the Z: drive under HR/LaborRelation/AFSCME/Grievances.
    b. Please put the CWA grievances in the Z: drive under HR/LaborRelation/CWA/Grievance Response CWA.
    c. Please put the UTPPA grievances in the Z: drive under HR/LaborRelation/UTPPA/Grievance Response UTPPA.

If you have any questions, please let me know. I am happy to help.

Thank you,

Bethany

**Bethany Ziviski**
*Executive Director, Employee/Labor Relations*
*And HR Compliance*
Human Resources
Physical Address: 2935 East Rocket Drive
Mailing Address: 2801 W. Bancroft St., MS 205
Toledo, Ohio 43606-3390
419.530.4714
bethany.ziviski@utoledo.edu

University of Toledo Logo


# EXHIBIT G

**From:** Wynn, Dre
**To:** Ziviski, Bethany L
**Subject:** FW: Report of CWA employees at MCMC
**Date:** Thursday, January 14, 2021 10:03:53 AM
**Attachments:** image003.jpg
Current CWA List.xlsx

---

Beth,

Per your request, see attached information on CWA MCMC employees provided by HRIS.

Dre

---

**From:** Otti, Sean Ezeani <Sean.Otti@UToledo.edu>
**Sent:** Thursday, January 14, 2021 10:02 AM
**To:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Cc:** Halsey, Mark Allen <Mark.Halsey@UToledo.edu>
**Subject:** RE: Report of CWA employees at MCMC

Hello Dre,

Attached is your requested CWA data.

**Thank you!**

**Sean Otti, M.B.A**
HRIS Administrator
Human Resources
419.530.1434 Phone
sean.otti@utoledo.edu

---

**From:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Sent:** Wednesday, January 13, 2021 4:36 PM
**To:** Otti, Sean Ezeani <Sean.Otti@UToledo.edu>
**Subject:** Report of CWA employees at MCMC

Hello Sean,

Can you please run a report of all CWA employees at MCMC. Can your report include the following:

- Employee name
- Classification
- FTE
- Hourly rate
- Hire date

Your help is greatly appreciated.

Thanks,,

**Dre Wynn, PHR, SHRM-CP, MA, MSIS, MBA, MHRLR**
Director of Labor/Employee Relations & HR Compliance
Human Resources
2801 W. Bancroft St. Mail Stop 405
989.545.0569 **Cell**
419.530.1491 Phone
419.530.1433 Fax

| ID | LAST_NAME | FIRST_NAME | CONTRACT_TYPE | TITLE | EMP_CLASS | EMP_CLASS_DESC | ORG | ORG_DESC | SAL_TABLE | SAL_GRADE | FTE | REG_RATE | ANN_SALARY | SENIORITY_DATE | CURRENT_HIRE_DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R00001175 | Phares | Tamara | P | Instructional Laboratory Coord | H4 | Comm Workers of America PT | 101980 | Bio-Engineering | CD | 28 | 0.8 | $26.56 | $44,195.84 | 9/11/2000 | 9/11/2000 |
| R00001325 | Norris | Vita | P | Secretary 1 | H3 | Comm Workers of America FT | 101910 | Chem/Envior Engr | CD | 26 | 1 | $23.14 | $48,131.20 | 2/2/1998 | 2/2/1998 |
| R00001326 | Samples | Pamela | P | Secretary 2 | H4 | Comm Workers of America PT | 101230 | Chemistry | CN | 27 | 0.75 | $24.36 | $38,001.60 | 11/12/1986 | 7/31/1986 |
| R00001331 | Garber | Joyce | P | Data Access Control Specialist | H3 | Comm Workers of America FT | 103170 | Registrar | CD | 29 | 1 | $28.75 | $59,800.00 | 3/23/1983 | 3/23/1983 |
| R00001447 | Dokurno | Mona | P | Student Services Coord 2 | H3 | Comm Workers of America FT | 102780 | Univ College Degree Programs | CD | 29 | 1 | $28.75 | $59,800.00 | 5/31/1992 | 5/31/1992 |
| R00001455 | Davis | Charles | P | Fiscal Specialist 1 | H3 | Comm Workers of America FT | 101230 | Chemistry | CD | 30 | 1 | $31.17 | $64,833.60 | 5/10/1990 | 5/10/1990 |
| R00001460 | Spearman | Lula | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.83 | $39,166.40 | 9/17/2005 | 9/17/2005 |
| R00001462 | Kuhl | Robin | P | Secretary 1 | H3 | Comm Workers of America FT | 101100 | Theatre | CN | 26 | 1 | $22.70 | $47,216.00 | 12/19/2000 | 12/19/2000 |
| R00001528 | Sanders | Anita | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 5/27/1996 | 5/24/1994 |
| R00001531 | Horton | Lilla | P | Admin. Assistant 1 | H4 | Comm Workers of America PT | 101290 | Mathematics | CN | 28 | 0.75 | $24.24 | $37,814.40 | 1/14/2002 | 1/14/2002 |
| R00001651 | Nobles | Tonya | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 9/30/2000 | 9/30/2000 |
| R00001732 | Watts | Diana | P | Transit Services Coordinator | H3 | Comm Workers of America FT | 110900 | Facilities Oper Admin | CN | 28 | 1 | $25.72 | $53,497.60 | 12/4/2000 | 12/4/2000 |
| R00001736 | Middlebrooks | Pamela | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 7/17/2000 | 7/17/2000 |
| R00001759 | Rose | Charles | P | Maint Repair Worker 3 | H3 | Comm Workers of America FT | 105670 | Maintenance/Structur | CN | 8 | 1 | $26.10 | $54,288.00 | 2/11/1997 | 2/11/1997 |
| R00001780 | Butler | Constance | P | Secretary 2 | H4 | Comm Workers of America PT | 112170 | Dean - NSM | CN | 27 | 0.5 | $24.36 | $25,334.40 | 5/31/1994 | 5/31/1994 |
| R00001783 | Losek | Janine | P | Program Accreditation Speciali | H3 | Comm Workers of America FT | 102210 | Pharmacy Practice | CN | 30 | 1 | $30.56 | $63,564.80 | 5/22/1985 | 5/22/1985 |
| R00001784 | Ware | Anthony | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 6/10/1996 | 6/10/1996 |
| R00001799 | Armstead | Tommie | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.83 | $39,166.40 | 9/17/2005 | 3/26/2007 |
| R00001809 | Barry | Renee | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 3/11/2001 | 2/27/2000 |
| R00001834 | Nagy | Karin | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.91 | $39,332.80 | 7/19/2004 | 7/19/2004 |
| R00001851 | Ankney | William | P | Air Quality Tech Journeyman | H3 | Comm Workers of America FT | 105670 | Maintenance/Structur | CN | 10 | 1 | $30.64 | $63,731.20 | 9/17/1995 | 9/17/1995 |
| R00001858 | Warren | Talven | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.91 | $39,332.80 | 4/4/2004 | 4/4/2004 |
| R00001956 | Palazzolo | Marilyn | P | Secretary 2 | H3 | Comm Workers of America FT | 107720 | School of Exercise Rehab Sciences | CN | 27 | 1 | $24.36 | $50,668.80 | 1/8/2001 | 1/8/2001 |
| R00001965 | Smith | Stephen | P | Instructional Media Specialist | H3 | Comm Workers of America FT | 100530 | Classroom Support Services | CD | 7 | 1 | $24.90 | $51,792.00 | 7/5/1994 | 7/5/1994 |
| R00002007 | Blackford | Sandra | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.06 | $39,644.80 | 9/7/2002 | 8/5/2002 |
| R00002085 | Sukalo | Carol | P | Data Systems Coord. 2 | H3 | Comm Workers of America FT | 103100 | Enrollment Operations | CD | 30 | 1 | $24.48 | $50,918.40 | 12/1/2014 | 7/25/2011 |
| R00002086 | Kaminski | Anthony | P | Chemical Storekeeper 2 | H3 | Comm Workers of America FT | 101230 | Chemistry | CD | 29 | 1 | $28.20 | $58,656.00 | 5/2/2005 | 5/2/2005 |
| R00002092 | Longacre | Stephanie | P | Clerical Specialist | H4 | Comm Workers of America PT | 106160 | Parking Services | CN | 25 | 0.63 | $21.57 | $28,041.00 | 1/6/2003 | 1/6/2003 |
| R00002124 | Lanz | Robin | P | Grants Coordinator 3 | H3 | Comm Workers of America FT | 107920 | Research & Sponsored Programs | CD | 32 | 1 | $38.54 | $80,163.20 | 10/24/1994 | 10/24/1994 |
| R00002130 | Riley | John | P | Police Dispatch Coordinator | H3 | Comm Workers of America FT | 106040 | University Police | CN | 9 | 1 | $28.26 | $58,780.80 | 1/20/1997 | 1/20/1997 |
| R00002176 | Everett | Jairus | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 93 | 1 | $19.31 | $40,164.80 | 2/10/1986 | 2/10/1986 |
| R00002267 | Hemming | Matthew | P | Groundskeeper 3 | H3 | Comm Workers of America FT | 105630 | Care Of Grounds - MC | CN | 7 | 1 | $24.01 | $49,940.80 | 8/30/2004 | 8/30/2004 |
| R00002352 | Pirolli | Gary | P | Police Dispatcher 2 | H3 | Comm Workers of America FT | 106040 | University Police | CN | 7 | 1 | $24.41 | $50,772.80 | 10/4/1981 | 10/17/1997 |
| R00002460 | Kaetzel | Stephanie | P | Chemical Storekeeper 2 | H3 | Comm Workers of America FT | 101230 | Chemistry | CD | 29 | 1 | $28.75 | $59,800.00 | 10/23/2000 | 10/23/2000 |
| R00002468 | Dierker | Michael | P | Building Automation Sys Tech | H3 | Comm Workers of America FT | 105620 | Automation - HSC | CN | 11 | 1 | $33.39 | $69,451.20 | 8/7/2000 | 8/7/2000 |
| R00002485 | Kamcza | Kristin | P | Program Accreditation Speciali | H3 | Comm Workers of America FT | 102210 | Pharmacy Practice | CN | 30 | 1 | $30.47 | $63,377.60 | 2/23/2001 | 2/23/2001 |
| R00002504 | Simon | Anne | P | Secretary 1 | H3 | Comm Workers of America FT | 101730 | Dept. Teacher Ed/Chair | CN | 26 | 1 | $22.70 | $47,216.00 | 11/7/1988 | 6/23/1997 |
| R00002513 | Reynolds | Brian | P | Plumber Journeyman | H3 | Comm Workers of America FT | 105590 | Maintenance/Mechanic | CN | 10 | 1 | $30.64 | $63,731.20 | 11/22/1995 | 11/22/1995 |
| R00002514 | Grandowicz | Christina | P | Telephone Coordinator | H3 | Comm Workers of America FT | 106130 | Telecomm-Cellular | CN | 28 | 1 | $25.93 | $53,934.40 | 7/1/2001 | 7/15/2000 |
| R00002515 | Slatton | Eugene | P | Air Quality Tech Journeyman | H3 | Comm Workers of America FT | 105590 | Maintenance/Mechanic | CN | 10 | 1 | $30.64 | $63,731.20 | 7/2/1990 | 7/2/1990 |
| R00002523 | Palmer | Alanna | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.91 | $39,332.80 | 11/14/2004 | 10/21/2007 |
| R00002577 | Hodges | Thomas | P | Building Operator | H3 | Comm Workers of America FT | 105640 | Maintenance/Building Operators | CN | 10 | 1 | $29.96 | $62,316.80 | 2/16/2006 | 9/19/2005 |
| R00002580 | Bowers | Stacy | P | Student Serv Counselor 1 | H3 | Comm Workers of America FT | 106940 | Academic Athletic Advising | CD | 27 | 1 | $24.85 | $51,688.00 | 1/3/1995 | 1/3/1995 |
| R00002587 | Agard | Renee | P | Delivery Worker 1 | H3 | Comm Workers of America FT | 106100 | Mail Services | CN | 4 | 1 | $20.93 | $43,534.40 | 5/21/2001 | 5/21/2001 |
| R00002695 | Szymanski | Thomas | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 93 | 1 | $19.31 | $40,164.80 | 9/30/1991 | 9/30/1991 |
| R00002698 | Johnson | Patricia | P | Public Inquiries Assistant 1 | H3 | Comm Workers of America FT | 105520 | Facilities Mgt Admin | CN | 27 | 1 | $24.36 | $50,668.80 | 12/9/1985 | 12/9/1985 |
| R00002699 | Middlebrooks | Cora | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 11/1/1998 | 10/11/1998 |
| R00002756 | Young | Lisa | P | Direct Service Provider | H3 | Comm Workers of America FT | 106850 | Rocket Solution Central | CD | 29 | 1 | $28.75 | $59,800.00 | 11/6/1995 | 11/6/1995 |
| R00002765 | Shepard | Debra | P | Admin. Assistant 2 | H4 | Comm Workers of America PT | 102840 | Dean - Univ College | CN | 30 | 0.8 | $30.56 | $50,851.84 | 10/18/2000 | 7/7/2008 |
| R00002767 | Hudson | Myra | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 93 | 1 | $19.31 | $40,164.80 | 9/12/1985 | 9/12/1985 |
| R00002786 | Jones | Robert | P | Programmer/Analyst 2 | H4 | Comm Workers of America PT | 103210 | Financial Aid | CD | 30 | 0.75 | $25.18 | $39,280.80 | 1/29/2014 | 1/29/2014 |
| R00002816 | Hart | Jeffrey | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 93 | 1 | $19.31 | $40,164.80 | 4/11/1993 | 3/18/1993 |
| R00002825 | Aldrich | Judith | P | Student Account Specialist II | H3 | Comm Workers of America FT | 106240 | Treasurer's Office | CN | 27 | 1 | $24.17 | $50,273.60 | 2/3/2003 | 2/3/2003 |
| R00002831 | Lepla | Dawn | P | Records Mgmt Officer 1 | H3 | Comm Workers of America FT | 103170 | Registrar | CN | 27 | 1 | $24.36 | $50,668.80 | 1/6/1992 | 1/6/1992 |
| R00002851 | Taylor | Lisa | P | Admin. Assistant 1 | H4 | Comm Workers of America PT | 100610 | Graduate Studies | CD | 28 | 0.75 | $23.85 | $37,206.00 | 1/3/2005 | 1/3/2005 |
| R00002877 | Sroczynski | Donald | P | Direct Service Provider | H3 | Comm Workers of America FT | 106850 | Rocket Solution Central | CM | 29 | 1 | $23.89 | $49,691.20 | 6/2/2014 | 6/2/2014 |
| R00002894 | Horsman | Andrew | P | Painter 2 | H3 | Comm Workers of America FT | 105670 | Maintenance/Structur | CN | 8 | 1 | $26.10 | $54,288.00 | 11/10/1986 | 11/10/1986 |
| R00002895 | Whitehead | Dianna | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.06 | $39,644.80 | 10/14/2002 | 10/14/2002 |
| R00002900 | Espinosa | Jeanette | P | Secretary 1 | H3 | Comm Workers of America FT | 104360 | Alumni Relations | CN | 26 | 1 | $22.70 | $47,216.00 | 12/16/2002 | 12/16/2002 |
| R00002901 | Bejarano | Armando | P | Direct Service Provider | H3 | Comm Workers of America FT | 106850 | Rocket Solution Central | CD | 29 | 1 | $28.75 | $59,800.00 | 3/18/1996 | 3/18/1996 |
| R00002955 | Gorshoff | Stephanie | P | Admissions Analyst 2 | H3 | Comm Workers of America FT | 103100 | Enrollment Operations | CN | 27 | 1 | $23.98 | $49,878.40 | 7/18/2005 | 7/18/2005 |
| R00002966 | Livingston | Marnita | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 10/4/1998 | 5/18/1997 |
| R00002984 | Sturt-Gillespie | Brianne | P | Lab Technologist | H4 | Comm Workers of America PT | 101220 | Biological Sciences | CD | 27 | 0.75 | $22.24 | $34,694.40 | 4/9/2007 | 4/9/2007 |
| R00003018 | Almanza | Mary | P | Direct Service Provider | H3 | Comm Workers of America FT | 106850 | Rocket Solution Central | CN | 29 | 1 | $28.18 | $58,614.40 | 5/22/1995 | 5/22/1995 |
| R00003075 | Stambaugh | Regina | P | Secretary 2 | H3 | Comm Workers of America FT | 101330 | Economics | CN | 27 | 1 | $24.36 | $50,668.80 | 6/21/1993 | 11/1/2008 |
| R00003094 | Mynihan | Cassandra | P | Telephone Coordinator | H3 | Comm Workers of America FT | 106130 | Telecomm-Cellular | CM | 28 | 1 | $26.42 | $54,953.60 | 4/11/2005 | 4/11/2005 |
| R00003126 | Thoman | Kevin | P | Data Systems Coord. 1 | H3 | Comm Workers of America FT | 105780 | IT Personnel | CN | 29 | 1 | $28.18 | $58,614.40 | 9/23/1991 | 6/22/1989 |
| R00003136 | Monhollen | Mark | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 8/7/2000 | 5/4/2000 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R00003137 | Brown | Shelia | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 1/8/2001 | 1/8/2001 |
| R00003139 | Rodriguez | Teresa | P | Admin. Assistant 1 | H3 | Comm Workers of America FT | 103180 | Undergraduate Admission | CN | 28 | 1 | $26.04 | $54,163.20 | 10/4/1990 | 10/4/1990 |
| R00003141 | Brown | Valerie | P | Library Associate 1 | H3 | Comm Workers of America FT | 100490 | University Libraries | CM | 27 | 1 | $24.79 | $51,563.20 | 8/1/2002 | 8/1/2002 |
| R00003179 | Welsh | James | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 5/25/1998 | 5/25/1998 |
| R00003180 | Hartford | Jeff | P | Maint Repair Worker 2 | H3 | Comm Workers of America FT | 105670 | Maintenance/Structur | CN | 5 | 1 | $21.80 | $45,344.00 | 10/25/1993 | 9/13/1993 |
| R00003182 | Ramos | Jennifer | P | Secretary 1 | H4 | Comm Workers of America PT | 100760 | LLSS, NSM, CommArts Student Service | CD | 26 | 0.5 | $23.14 | $24,065.60 | 1/8/2001 | 1/8/2001 |
| R00003218 | Lake | Jeanette | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 93 | 1 | $19.31 | $40,164.80 | 4/25/1990 | 4/25/1990 |
| R00003231 | Condon | Ronald | P | Electrician Journeyman 2 | H3 | Comm Workers of America FT | 105580 | Maintenance/Electric | CN | 12 | 1 | $36.42 | $75,753.60 | 4/13/1998 | 4/13/1998 |
| R00003236 | Knox | Kenny | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 2/10/1997 | 2/10/1997 |
| R00003238 | Tansel | Bradley | P | Plumber Journeyman 2 w/Cert | H3 | Comm Workers of America FT | 105590 | Maintenance/Mechanic | CN | 12 | 1 | $32.28 | $67,142.40 | 9/23/1991 | 9/23/1991 |
| R00003286 | McIntosh | Carol | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.83 | $39,166.40 | 7/25/2005 | 7/25/2005 |
| R00003294 | Grant | James | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 8/29/1998 | 8/29/1998 |
| R00003301 | Weis | David | P | Locksmith Journeyman 1 | H3 | Comm Workers of America FT | 105540 | Lockshop | CN | 10 | 1 | $30.64 | $63,731.20 | 9/8/1993 | 9/8/1993 |
| R00003385 | Steinmiller | Dawn | P | Admin. Assistant 2 | H3 | Comm Workers of America FT | 103210 | Financial Aid | CD | 30 | 1 | $31.17 | $64,833.60 | 1/2/1990 | 1/2/1990 |
| R00003422 | Downes | Lynne | P | Records Mgmt Officer 1 | H3 | Comm Workers of America FT | 103210 | Financial Aid | CD | 27 | 1 | $24.85 | $51,688.00 | 8/28/1995 | 12/9/1980 |
| R00003423 | Jamrozy | Marie | P | Building Services Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 3 | 1 | $20.01 | $41,620.80 | 9/7/2002 | 9/7/2002 |
| R00003432 | Schock | David | P | Air Quality Tech Journeyman | H3 | Comm Workers of America FT | 105590 | Maintenance/Mechanic | CN | 10 | 1 | $30.64 | $63,731.20 | 9/25/1995 | 8/17/1995 |
| R00003497 | Sadowy | Elizabeth | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 7/17/2000 | 11/2/1999 |
| R00003502 | Jacobs | Jeffrey | P | Building Life Safety Tech 3 | H3 | Comm Workers of America FT | 107000 | Life Safety Systems | CN | 31 | 1 | $33.31 | $69,284.80 | 1/6/1992 | 1/6/1992 |
| R00003506 | Gee | Marilyn | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 11/4/1996 | 11/4/1996 |
| R00003613 | Jordan | Timothy | P | Police Dispatcher 2 | H3 | Comm Workers of America FT | 106040 | University Police | CN | 7 | 1 | $24.41 | $50,772.80 | 2/26/2001 | 2/26/2001 |
| R00003660 | Coopshaw | Elaine | P | Business Serv Officer 1 | H4 | Comm Workers of America PT | 100610 | Graduate Studies | CD | 28 | 0.75 | $26.56 | $41,433.60 | 10/4/2004 | 10/4/2004 |
| R00003696 | McFeggan | Kenneth | P | Instructional Media Specialist | H3 | Comm Workers of America FT | 100530 | Classroom Support Services | CD | 9 | 1 | $28.59 | $59,467.20 | 5/5/2003 | 5/5/2003 |
| R00003781 | Shively | Donna | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.06 | $39,644.80 | 8/5/2002 | 8/5/2002 |
| R00003782 | Arnold | John | P | Instructional Laboratory Coord | H4 | Comm Workers of America PT | 101220 | Biological Sciences | CD | 28 | 0.75 | $26.56 | $41,433.60 | 8/12/1999 | 8/12/1999 |
| R00003801 | Stewart | Roy | P | Student Loan Specialist 2 | H3 | Comm Workers of America FT | 106240 | Treasurer's Office | CD | 27 | 1 | $24.74 | $51,459.20 | 9/10/2001 | 9/10/2001 |
| R00003804 | Ries | Kendra | P | Police Dispatcher 2 | H3 | Comm Workers of America FT | 106040 | University Police | CN | 7 | 1 | $23.74 | $49,379.20 | 5/21/2001 | 5/21/2001 |
| R00003904 | Gee | Sherman | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 6/10/1996 | 6/10/1996 |
| R00004044 | Fackelman | Ana | P | Student Services Coord 2 | H3 | Comm Workers of America FT | 100280 | CISP | CN | 29 | 1 | $24.46 | $50,876.80 | 9/13/2001 | 9/13/2001 |
| R00004419 | Richardson | Ellen | P | Public Inquiries Asst. 1 | H3 | Comm Workers of America FT | 110900 | Facilities Oper Admin | CN | 27 | 1 | $24.36 | $50,668.80 | 6/27/1994 | 6/27/1994 |
| R00004421 | Chick | Sandra | P | Secretary 2 | H3 | Comm Workers of America FT | 101690 | Dean-Education | CN | 27 | 1 | $24.36 | $50,668.80 | 6/18/1979 | 10/2/1978 |
| R00004475 | Drahan | Casimir | P | Computer Operator 2 | H3 | Comm Workers of America FT | 105780 | IT Personnel | CN | 28 | 1 | $26.04 | $54,163.20 | 6/5/1989 | 6/5/1989 |
| R00004553 | Yaffe | Ellen | P | Account Clerk 2 | H3 | Comm Workers of America FT | 106250 | Controller | CN | 26 | 1 | $22.51 | $46,820.80 | 11/9/2002 | 11/9/2002 |
| R00004556 | Rodgers | Anita | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 6/3/2001 | 6/3/2001 |
| R00004606 | Jacob | Thomas | P | Electronic Technologist 2 | H4 | Comm Workers of America PT | 101990 | Electrical Engineering | CN | 31 | 0.8 | $33.19 | $55,228.16 | 4/9/2001 | 4/9/2001 |
| R00004617 | Bellner | Dawn | P | Direct Service Provider | H4 | Comm Workers of America PT | 106850 | Rocket Solution Central | CN | 29 | 0.75 | $27.77 | $43,321.20 | 7/11/2005 | 7/11/2005 |
| R00004619 | Middleton | Debra | P | Secretary 2 | H4 | Comm Workers of America PT | 101290 | Mathematics | CN | 27 | 0.75 | $24.36 | $38,001.60 | 11/19/2001 | 11/19/2001 |
| R00004623 | Obee | Lynda | P | Admin Assistant 1 | H4 | Comm Workers of America PT | 101190 | Physics | CD | 28 | 0.75 | $26.56 | $41,433.60 | 1/25/1993 | 12/4/1992 |
| R00004672 | Morgillo | Linda | P | Clerical Specialist 9/10 month | H3 | Comm Workers of America FT | 103810 | MacKinnon-OP | CN | 25 | 1 | $21.73 | $36,680.24 | 9/16/2002 | 10/27/2000 |
| R00004698 | Johnson | Charisse | P | Student Loan Specialist 3 | H3 | Comm Workers of America FT | 106240 | Treasurer's Office | CD | 28 | 1 | $26.15 | $54,392.00 | 3/8/2004 | 3/8/2004 |
| R00004722 | Sorensen | Mark | P | Maint Repair Journeyman | H3 | Comm Workers of America FT | 105670 | Maintenance/Structur | CN | 9 | 1 | $28.26 | $58,780.80 | 7/29/1991 | 7/29/1991 |
| R00004731 | Brescol | Sherri | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 12/13/1993 | 11/1/1993 |
| R00004806 | Spitulski | Ralph | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 93 | 1 | $19.31 | $40,164.80 | 6/29/1983 | 6/29/1983 |
| R00004817 | Jaime | Adelina | P | Admin. Assistant 2 | H3 | Comm Workers of America FT | 102240 | Pharm-Student Srvcs | CN | 30 | 1 | $30.56 | $63,564.80 | 9/17/1996 | 3/27/1996 |
| R00004867 | Rogers | Kristi | P | Student Loan Specialist 3 | H3 | Comm Workers of America FT | 106240 | Treasurer's Office | CN | 28 | 1 | $25.93 | $53,934.40 | 9/10/2001 | 9/10/2001 |
| R00004868 | Carlisle | Paris | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 5/19/1997 | 4/30/1997 |
| R00004871 | Munoz | Rosa | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 1/7/2001 | 1/7/2001 |
| R00004913 | Frazier | Nancy | P | Secretary 2 | H3 | Comm Workers of America FT | 105220 | Football | CD | 27 | 1 | $24.85 | $51,688.00 | 8/5/1985 | 8/5/1985 |
| R00004927 | Overholt | Richard | P | Telecomm Tech Spec | H3 | Comm Workers of America FT | 105780 | IT Personnel | CN | 34 | 1 | $45.10 | $93,808.00 | 5/26/1988 | 5/26/1988 |
| R00004937 | Cox | Angel | P | Admin. Assistant 1 | H3 | Comm Workers of America FT | 101380 | Psychology | CD | 28 | 1 | $26.56 | $55,244.80 | 10/10/1994 | 10/10/1994 |
| R00004982 | Sedlock | Carole | P | Student Services Coord 2 | H3 | Comm Workers of America FT | 113270 | Center for Success Coaching | CN | 29 | 1 | $28.18 | $58,614.40 | 4/25/1994 | 4/25/1994 |
| R00004992 | Nix | Robert | P | Asst Instructional Designer | H3 | Comm Workers of America FT | 101370 | UToledo Online | CM | 30 | 1 | $31.15 | $64,792.00 | 5/20/2002 | 5/20/2002 |
| R00005032 | Scurles | Richard | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.97 | $39,457.60 | 1/27/2003 | 1/27/2003 |
| R00005034 | Adamczak | James | P | Pool Technician II | H3 | Comm Workers of America FT | 105590 | Maintenance/Mechanic | CN | 8 | 1 | $25.77 | $53,601.60 | 3/10/2003 | 3/10/2003 |
| R00005092 | Komives | Patricia | P | Secretary 1 | H3 | Comm Workers of America FT | 102500 | School of Social Justice | CN | 26 | 1 | $22.58 | $46,966.40 | 11/14/2001 | 11/14/2001 |
| R00005148 | Garcia | Sandra | P | Secretary 1 | H3 | Comm Workers of America FT | 107720 | School of Exercise Rehab Sciences | CN | 26 | 1 | $22.70 | $47,216.00 | 1/8/1997 | 1/8/1997 |
| R00005192 | Bush | Tracy | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 10/25/1998 | 10/12/1998 |
| R00005248 | Bockert | Wayde | P | Bldg Automation Technician | H3 | Comm Workers of America FT | 105620 | Automation - HSC | CN | 11 | 1 | $33.39 | $69,451.20 | 8/14/1992 | 7/3/1992 |
| R00005250 | Sankowski | Steven | P | Delivery Worker 2 | H3 | Comm Workers of America FT | 108070 | Receiving | CN | 5 | 1 | $21.80 | $45,344.00 | 8/27/1990 | 6/27/1990 |
| R00005260 | Salazar | Soledad | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.83 | $39,166.40 | 10/23/2005 | 8/30/2004 |
| R00005261 | Miller | Daniel | P | Photographer 2 | H3 | Comm Workers of America FT | 104840 | University Marketing | CD | 28 | 1 | $26.03 | $54,142.40 | 1/12/2006 | 2/21/2005 |
| R00005308 | Hayes | George | P | Electrician Journeyman 2 | H3 | Comm Workers of America FT | 105580 | Maintenance/Electric | CN | 12 | 1 | $36.42 | $75,753.60 | 1/11/1993 | 1/11/1993 |
| R00005317 | Hofbauer | Genevieve | P | Accountant 2 | H3 | Comm Workers of America FT | 104000 | Student Activities Admin | CN | 29 | 1 | $28.18 | $58,614.40 | 11/12/1986 | 11/12/1986 |
| R00005398 | Petersen | Tenley | P | Direct Service Provider | H3 | Comm Workers of America FT | 106850 | Rocket Solution Central | CN | 29 | 1 | $28.18 | $58,614.40 | 2/5/1990 | 9/13/1989 |
| R00005404 | Price | Lawrence | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.97 | $39,457.60 | 12/28/2003 | 12/28/2003 |
| R00005407 | Arquette | Kathleen | P | Business Serv Officer 1 | H3 | Comm Workers of America FT | 103750 | Res Hall Admin | CD | 28 | 1 | $26.44 | $54,995.20 | 4/23/2001 | 4/23/2001 |
| R00005415 | Brown | Dennis | P | Building Services Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 3 | 1 | $20.16 | $41,932.80 | 9/23/1991 | 9/23/1991 |
| R00005517 | Ruiz | Linda | P | Secretary 2 | H3 | Comm Workers of America FT | 102300 | Pharm-Med/Bio Chem | CN | 27 | 1 | $24.17 | $50,273.60 | 5/21/2001 | 4/9/1991 |
| R00005559 | Park-Thomas | Tania | P | Library Media Tech Asst 2 | H3 | Comm Workers of America FT | 100490 | University Libraries | CD | 26 | 1 | $23.14 | $48,131.20 | 8/19/2002 | 3/29/2002 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R00005680 | Franklin | Brian | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.83 | $39,166.40 | 8/14/2005 | 8/14/2005 |
| R00005682 | Tierney | Cynthia | P | Admin. Assistant 2 | H3 | Comm Workers of America FT | 112240 VP - Acad Program Development | CN | 30 | 1 | $30.56 | $63,564.80 | 11/18/1996 | 11/18/1996 |
| R00005731 | Welch | Susan | P | Secretary 1 | H3 | Comm Workers of America FT | 101660 Finance | CN | 26 | 1 | $22.70 | $47,216.00 | 7/1/1991 | 7/1/1991 |
| R00005737 | Damschroder | Patricia | P | Secretary 2 | H3 | Comm Workers of America FT | 101320 Sociology | CN | 27 | 1 | $24.36 | $50,668.80 | 10/18/1980 | 3/10/1998 |
| R00005746 | Burns | Marcia | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $19.11 | $39,748.80 | 4/1/2001 | 4/1/2001 |
| R00005748 | Spengler | David | P | Building Services Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 3 | 1 | $20.16 | $41,932.80 | 10/9/1979 | 10/9/1979 |
| R00005752 | Helminski | Holly | P | Admin. Assistant 1 | H3 | Comm Workers of America FT | 102290 Pharmacology | CN | 28 | 1 | $26.04 | $54,163.20 | 5/26/1998 | 5/26/1998 |
| R00005764 | Johnson | Deborah | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $19.11 | $39,748.80 | 5/21/2001 | 1/8/2001 |
| R00005766 | Wise | Rubye | P | Reservations Assistant | H3 | Comm Workers of America FT | 104210 Student Union-Main | CN | 27 | 1 | $24.25 | $50,440.00 | 5/21/2001 | 5/21/2001 |
| R00005863 | Ehle | Tammy | P | Direct Service Provider | H3 | Comm Workers of America FT | 106850 Rocket Solution Central | CN | 29 | 1 | $27.87 | $57,969.60 | 3/31/2003 | 3/31/2003 |
| R00005866 | Smith | Kirk | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $17.44 | $36,275.20 | 12/5/2011 | 12/5/2011 |
| R00005880 | Golkiewicz | Tamara | P | Secretary 2 | H3 | Comm Workers of America FT | 101340 Geography | CM | 27 | 1 | $24.61 | $51,188.80 | 5/16/2005 | 5/16/2005 |
| R00005883 | Basden | Lynne | P | Mail Clerk Messenger | H3 | Comm Workers of America FT | 106100 Mail Services | CN | 3 | 1 | $19.86 | $41,308.80 | 3/22/2004 | 3/22/2004 |
| R00005910 | Michel | Shirley | P | Secretary 1 | H3 | Comm Workers of America FT | 101780 Student Services | CN | 26 | 1 | $22.58 | $46,966.40 | 7/30/2001 | 7/30/2001 |
| R00005933 | James | Patricia | P | Secretary 2 | H4 | Comm Workers of America PT | 106040 University Police | CD | 27 | 0.5 | $18.94 | $19,697.60 | 9/5/2017 | 9/4/1985 |
| R00005938 | Reynolds | Cynthia | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.91 | $39,332.80 | 3/28/2004 | 3/28/2004 |
| R00005941 | Russell | Ephraim | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 10/17/1994 | 10/17/1994 |
| R00006053 | Kreinbrink | Jason | P | Groundskeeper 2 | H3 | Comm Workers of America FT | 105630 Care Of Grounds - MC | CD | 6 | 1 | $22.83 | $47,486.40 | 7/6/2004 | 7/6/2004 |
| R00006107 | Cox | Sherry | P | Records Mgmt Officer 2 | H3 | Comm Workers of America FT | 103170 Registrar | CN | 29 | 1 | $28.18 | $58,614.40 | 7/16/2001 | 7/16/2001 |
| R00006108 | Carpenter | Thelma | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $19.11 | $39,748.80 | 1/22/2001 | 1/22/2001 |
| R00006125 | Czechowski | Kathleen | P | Lead Help Desk Coordinator | H4 | Comm Workers of America PT | 101370 UToledo Online | CD | 27 | 0.5 | $20.95 | $21,788.00 | 9/29/2010 | 12/22/2003 |
| R00006132 | Boyd | Jeremy | P | Storekeeper 1 | H3 | Comm Workers of America FT | 105150 Equipment Room | CD | 25 | 1 | $22.00 | $45,760.00 | 7/1/1996 | 12/16/2002 |
| R00006156 | Curtis | Linda | P | Secretary 2 | H3 | Comm Workers of America FT | 100880 Women and Gender Studies | CD | 27 | 1 | $24.65 | $51,272.00 | 11/18/2002 | 11/18/2002 |
| R00006159 | Berglund | Sally | P | Secretary 2 | H4 | Comm Workers of America PT | 105550 Safety & Health - MC | CN | 27 | 0.5 | $19.08 | $19,843.20 | 7/5/2016 | 7/5/2016 |
| R00006169 | Davis | Eric | P | Direct Service Provider | H4 | Comm Workers of America PT | 106850 Rocket Solution Central | CN | 29 | 0.75 | $28.09 | $43,820.40 | 6/13/2001 | 6/13/2001 |
| R00006170 | Condon | Monica | P | Secretary 1 | H3 | Comm Workers of America FT | 101800 Dept. Ed Studies/Chair | CN | 26 | 1 | $22.70 | $47,216.00 | 1/22/2001 | 1/22/2001 |
| R00006212 | Brown | Alesia | P | Secretary 1 | H3 | Comm Workers of America FT | 111790 Upward Bound | CD | 26 | 1 | $23.03 | $47,902.40 | 1/29/2001 | 1/29/2001 |
| R00006312 | Brinkman | Lynn | P | Library Media Tech Asst 2 | H3 | Comm Workers of America FT | 100490 University Libraries | CM | 26 | 1 | $23.38 | $48,630.40 | 5/17/1989 | 5/17/1989 |
| R00006315 | Madison | Cornelius | P | Maint Repair Worker 3 | H3 | Comm Workers of America FT | 105670 Maintenance/Structur | CN | 8 | 1 | $26.10 | $54,288.00 | 12/1/1990 | 9/5/1990 |
| R00006317 | Kuhman | Cathy | P | Administrative Secretary 2 | H3 | Comm Workers of America FT | 103210 Financial Aid | CN | 30 | 1 | $30.56 | $63,564.80 | 2/26/1979 | 2/26/1979 |
| R00006321 | Amos | Kevin | P | Instructional Media Spec. 1 | H3 | Comm Workers of America FT | 100530 Classroom Support Services | CN | 7 | 1 | $24.41 | $50,772.80 | 3/2/1994 | 3/2/1994 |
| R00006329 | Mickle | Deborah | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 6/15/1998 | 7/6/1997 |
| R00006390 | McBride | Scott | P | Business Serv Officer 1 | H3 | Comm Workers of America FT | 112170 Dean - NSM | CN | 28 | 1 | $26.04 | $54,163.20 | 3/7/1994 | 3/7/1994 |
| R00006403 | Czechowski | Aaron | P | Clerical Specialist | H3 | Comm Workers of America FT | 103860 Ottawa House | CD | 25 | 1 | $22.15 | $46,072.00 | 1/2/2001 | 1/2/2001 |
| R00006405 | Clark | Jeffery | P | Plumber Journeyman | H3 | Comm Workers of America FT | 105590 Maintenance/Mechanic | CN | 10 | 1 | $30.64 | $63,731.20 | 7/7/1991 | 6/21/1991 |
| R00006518 | Militzer | Patsy | P | Secretary 1 | H3 | Comm Workers of America FT | 106600 Curriculum & Instruction | CN | 26 | 1 | $22.58 | $46,966.40 | 3/11/2002 | 3/11/2002 |
| R00006523 | Sullivan | Kathy | P | Records Mgmt Officer 1 | H3 | Comm Workers of America FT | 103170 Registrar | CD | 29 | 1 | $28.75 | $59,800.00 | 9/20/1998 | 7/20/1998 |
| R00006595 | Garber | Jeremy | P | Software Specialist | H3 | Comm Workers of America FT | 101850 Dean-Engineering | CN | 34 | 1 | $45.10 | $93,808.00 | 1/29/1996 | 1/29/1996 |
| R00006648 | Monroe | Mark | P | Telecomm Tech Spec | H3 | Comm Workers of America FT | 105780 IT Personnel | CD | 34 | 1 | $46.00 | $95,680.00 | 5/26/1988 | 5/26/1988 |
| R00006659 | Olivarez Jr | Jose | P | Admin. Assistant 2 | H3 | Comm Workers of America FT | 104930 Athletics Admin | CM | 30 | 1 | $31.48 | $65,478.40 | 9/5/2000 | 9/5/2000 |
| R00006665 | O'Neill | Bethan | P | Clerical Specialist | H3 | Comm Workers of America FT | 103850 President's Hall | CN | 25 | 1 | $21.73 | $35,637.20 | 4/14/1997 | 4/14/1997 |
| R00006739 | Roberts | Peggy | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.83 | $39,166.40 | 9/17/2005 | 9/17/2005 |
| R00006824 | Link | Michael | P | Groundskeeper 3 | H3 | Comm Workers of America FT | 105630 Care Of Grounds - MC | CD | 7 | 1 | $24.90 | $51,792.00 | 7/18/1994 | 7/18/1994 |
| R00006858 | Mazur | Benjamin | P | Library Media Tech Asst 2 | H4 | Comm Workers of America PT | 100490 University Libraries | CD | 26 | 0.5 | $16.49 | $17,149.60 | 3/16/2019 | 10/31/2016 |
| R00006903 | Gibson | Tony | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 2/10/1997 | 2/10/1997 |
| R00007396 | Hoagland | Matthew | P | Custodial Worker | H4 | Comm Workers of America PT | 105570 MC Building Services | CN | 13 | 0.5 | $18.83 | $19,583.20 | 1/17/2006 | 3/29/2006 |
| R00007397 | Edmond | Frederick | P | Custodial Worker | H4 | Comm Workers of America PT | 105570 MC Building Services | CN | 13 | 0.5 | $18.83 | $19,583.20 | 1/2/2007 | 11/17/2006 |
| R00007808 | Babcock | Jennifer | P | Library Media Tech Asst 2 | H3 | Comm Workers of America FT | 100490 University Libraries | CD | 26 | 1 | $19.08 | $39,686.40 | 1/4/2016 | 1/4/2016 |
| R00008686 | Jones | Tamara | P | Librarian 1 | H3 | Comm Workers of America FT | 100490 University Libraries | CM | 28 | 1 | $26.30 | $54,704.00 | 3/8/2008 | 3/8/2008 |
| R00009205 | Smith | Joe-Willie | P | Library Media Tech Asst 2 | H4 | Comm Workers of America PT | 100490 University Libraries | CN | 26 | 0.5 | $17.28 | $17,971.20 | 8/13/2013 | 8/13/2013 |
| R00009593 | Cardinal | Christine | P | Admissions Analyst 2 | H3 | Comm Workers of America FT | 103100 Enrollment Operations | CN | 27 | 1 | $20.05 | $41,704.00 | 6/1/2015 | 6/14/2010 |
| R00009961 | Velliquette | David | P | Lab Technologist | H3 | Comm Workers of America FT | 107720 School of Exercise Rehab Sciences | CD | 27 | 1 | $21.18 | $44,054.40 | 11/20/2007 | 4/14/2015 |
| R00010132 | Lamb | Denny | P | Delivery Worker 1 | H4 | Comm Workers of America PT | 106100 Mail Services | CN | 4 | 0.5 | $20.42 | $21,236.80 | 1/16/2007 | 1/16/2007 |
| R00010347 | Grayczyk | Shari | P | Account Clerk 3 | H3 | Comm Workers of America FT | 101340 Geography | CD | 27 | 1 | $24.16 | $50,252.80 | 2/19/2007 | 2/19/2007 |
| R00010557 | Dindyal | Irene | P | Admissions Analyst 2 | H3 | Comm Workers of America FT | 103100 Enrollment Operations | CD | 27 | 1 | $23.97 | $49,857.60 | 6/11/2007 | 6/11/2007 |
| R00010600 | Riddel | Angela | P | Promotions Specialist | H4 | Comm Workers of America PT | 112150 Dean - CAL | CD | 30 | 0.5 | $30.39 | $31,605.60 | 6/11/2007 | 6/11/2007 |
| R00010602 | Nieman | Erna | P | Data Systems Coord. 2 | H3 | Comm Workers of America FT | 103210 Financial Aid | CN | 30 | 1 | $29.78 | $61,942.40 | 4/7/2008 | 4/7/2008 |
| R00011086 | Woodson | Tasha | P | Records Mgmt Officer 2 | H3 | Comm Workers of America FT | 103170 Registrar | CD | 29 | 1 | $28.01 | $58,260.80 | 7/2/2007 | 7/2/2007 |
| R00011395 | Riley | Rhonda | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.20 | $37,856.00 | 5/22/2007 | 5/22/2007 |
| R00011705 | Sayre | Jesse | P | Police Dispatcher 2 | H3 | Comm Workers of America FT | 106040 University Police | CN | 7 | 1 | $23.24 | $48,339.20 | 10/24/2005 | 10/24/2005 |
| R00011900 | Foster | April | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.91 | $39,332.80 | 10/1/2007 | 10/1/2007 |
| R00011943 | Cardenas | Magdalena | P | Account Clerk 3 | H3 | Comm Workers of America FT | 105760 Human Resources | CD | 27 | 1 | $24.54 | $51,043.20 | 7/26/2004 | 7/26/2004 |
| R00012192 | Hiller | Keith | P | Police Dispatcher 2 | H3 | Comm Workers of America FT | 106040 University Police | CN | 7 | 1 | $24.41 | $50,772.80 | 10/9/2000 | 12/7/2009 |
| R00012503 | Price | Karon | P | Secretary 1 | H4 | Comm Workers of America PT | 101140 Communication | CD | 26 | 0.75 | $18.18 | $28,360.80 | 8/15/1994 | 1/29/2018 |
| R00012570 | Jividen | Kay | P | Account Clerk 3 | H3 | Comm Workers of America FT | 106250 Controller | CN | 27 | 1 | $24.36 | $50,668.80 | 5/31/1983 | 5/31/1983 |
| R00013683 | Meyer | Lisa | P | Library Media Tech Asst 2 | H3 | Comm Workers of America FT | 100490 University Libraries | CN | 26 | 1 | $21.30 | $44,304.00 | 9/18/2004 | 9/18/2004 |
| R00013757 | Johnson | Annette | P | Records Mgmt Officer 1 | H3 | Comm Workers of America FT | 103170 Registrar | CN | 27 | 1 | $23.98 | $49,878.40 | 4/15/2004 | 4/15/2004 |
| R00014257 | Alderman | Mary | P | Secretary 2 | H4 | Comm Workers of America PT | 101980 Bio-Engineering | CD | 27 | 0.8 | $18.94 | $31,516.16 | 3/27/2017 | 3/27/2017 |
| R00014454 | Warren | Mary | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $16.91 | $35,172.80 | 6/17/2008 | 8/29/2015 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R00014572 | Rose | Sandra | P | Office Assistant 3 | H3 | Comm Workers of America FT | 105560 Plant Ops | CN | 27 | 1 | $19.55 | $40,664.00 | 10/19/2015 | 10/19/2015 |
| R00038623 | Zhang | Xiaozhong | P | Program Database Analyst | H3 | Comm Workers of America FT | 105710 Facilities Planning | CM | 32 | 1 | $38.00 | $79,040.00 | 8/13/2007 | 8/13/2007 |
| R00045159 | Esquivel | Amada | P | Secretary 1 | H3 | Comm Workers of America FT | 112150 Dean - CAL | CD | 26 | 1 | $21.19 | $44,075.20 | 1/22/2013 | 1/22/2013 |
| R00048205 | Williams | Tod | P | Life Safety Systems Tech 3 | H3 | Comm Workers of America FT | 107000 Life Safety Systems | CN | 31 | 1 | $32.22 | $67,017.60 | 2/10/2009 | 2/10/2009 |
| R00048602 | Day | Jeffrey | P | Air Quality Tech 2 | H3 | Comm Workers of America FT | 105590 Maintenance/Mechanic | CN | 8 | 1 | $23.10 | $48,048.00 | 12/22/2014 | 12/22/2014 |
| R00048671 | Grajczyk | David | P | Secretary 1 | H4 | Comm Workers of America PT | 101250 Environmental Sciences | CD | 26 | 0.5 | $17.73 | $18,439.20 | 5/1/2013 | 11/7/2018 |
| R00061863 | Canard | Janelle | P | Secretary 1 | H4 | Comm Workers of America PT | 101950 Civil Engineering | CN | 26 | 0.5 | $18.25 | $18,980.00 | 3/1/2016 | 3/1/2016 |
| R00062244 | Barchick | Jacqueline | P | Computer Graphics Design | H3 | Comm Workers of America FT | 104840 University Marketing | CD | 29 | 1 | $23.67 | $49,233.60 | 12/5/2016 | 12/5/2016 |
| R00062497 | Grzecki | Shirley | P | Events Coordinator 1 | H3 | Comm Workers of America FT | 104360 Alumni Relations | CN | 27 | 1 | $23.58 | $49,046.40 | 1/5/2009 | 1/5/2009 |
| R00063010 | Stockard | Sandra | P | Secretary 1 | H3 | Comm Workers of America FT | 101650 Management | CD | 26 | 1 | $22.41 | $46,612.80 | 7/21/2008 | 7/21/2008 |
| R00063841 | Hubbard | Quinetta | P | Admin. Assistant 1 | H4 | Comm Workers of America PT | 100130 Provost Office | CN | 28 | 0.75 | $25.23 | $39,358.80 | 5/22/2008 | 5/22/2008 |
| R00067915 | VanWormer | Lauri | P | Secretary 1 | H4 | Comm Workers of America PT | 100840 Pre-Health Advising Center | CN | 26 | 0.75 | $17.70 | $27,612.00 | 8/17/2017 | 8/17/2017 |
| R00086282 | Mocniak | Brad | P | Electrician Journeyman 2 | H3 | Comm Workers of America FT | 105580 Maintenance/Electric | CN | 12 | 1 | $35.06 | $72,924.80 | 11/23/2010 | 11/23/2010 |
| R00086512 | Schmidt | Laura | P | Admissions Analyst 1 | H3 | Comm Workers of America FT | 102180 Admissions-Law | CD | 26 | 1 | $18.05 | $37,544.00 | 6/5/2017 | 6/5/2017 |
| R00090139 | Pasquinelli | Teresa | P | Secretary 1 | H3 | Comm Workers of America FT | 102630 School of Population Health | CD | 26 | 1 | $22.41 | $46,612.80 | 4/14/2008 | 4/14/2008 |
| R00090835 | Dunseth | Talia | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $17.96 | $37,356.80 | 8/20/2011 | 8/20/2011 |
| R00092833 | Neeb | Kaylynn | P | Student Account Specialist 2 | H3 | Comm Workers of America FT | 103210 Financial Aid | CD | 27 | 1 | $20.68 | $43,014.40 | 5/6/2013 | 5/6/2013 |
| R00094593 | Buhrmester | James | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $16.52 | $34,361.60 | 2/6/2012 | 2/6/2012 |
| R00094761 | Parnell | Sonya | P | Student Account Specialist 2 | H3 | Comm Workers of America FT | 106240 Treasurer's Office | CD | 27 | 1 | $17.39 | $36,171.20 | 1/2/2020 | 1/2/2020 |
| R00095338 | Madrzykowski | Lesley | P | Secretary 2 | H4 | Comm Workers of America PT | 102050 Engineering Tech | CN | 27 | 0.8 | $19.04 | $31,682.56 | 2/27/2015 | 9/9/2015 |
| R00100147 | Crawford | Angela | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.59 | $38,667.20 | 9/29/2008 | 9/29/2008 |
| R00100704 | Brazeau | Sandra | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CD | 13 | 1 | $17.84 | $37,107.20 | 12/21/2010 | 12/21/2010 |
| R00111642 | Alvarado | Jesus | P | Maint Repair Worker 3 | H3 | Comm Workers of America FT | 105670 Maintenance/Structur | CN | 7 | 1 | $17.37 | $36,129.60 | 5/20/2019 | 5/20/2019 |
| R00121185 | Krause | Dale | P | Electrician Journeyman 2 | H3 | Comm Workers of America FT | 105580 Maintenance/Electric | CN | 12 | 1 | $35.06 | $72,924.80 | 7/14/2010 | 7/14/2010 |
| R00128777 | Connor | Patricia | P | OutptCertPharmTech-InvSpecialt | H3 | Comm Workers of America FT | 103870 Main Campus Pharmacy | CN | 7 | 1 | $21.94 | $45,635.20 | 8/26/2008 | 11/9/2010 |
| R00129318 | Blausey | Kimberly | P | Secretary 1 | H3 | Comm Workers of America FT | 102100 Law-Instruction | CD | 26 | 1 | $19.70 | $40,976.00 | 1/5/2015 | 1/5/2015 |
| R00132716 | Zink | Marla | P | Student Loan Specialist 2 | H3 | Comm Workers of America FT | 106240 Treasurer's Office | CD | 27 | 1 | $18.52 | $38,521.60 | 2/5/2018 | 2/5/2018 |
| R00164733 | Avery | Steven | P | Student Loan Spec 2 | H3 | Comm Workers of America FT | 106240 Treasurer's Office | CD | 27 | 1 | $20.97 | $43,617.60 | 5/5/2014 | 5/5/2014 |
| R00168398 | Eisel | Jacqueline | P | Secretary 1 | H3 | Comm Workers of America FT | 103900 Office of Intl Student Scholar Srvs | CD | 26 | 1 | $22.22 | $46,217.60 | 9/13/2010 | 9/13/2010 |
| R00173636 | Meinzer | Corey | P | Groundskeeper 2 | H3 | Comm Workers of America FT | 105630 Care Of Grounds - MC | CN | 6 | 1 | $20.41 | $42,452.80 | 7/25/2014 | 7/25/2014 |
| R00181139 | Buck | Michelle | P | Records Mgmt Officer 1 | H3 | Comm Workers of America FT | 100610 Graduate Studies | CD | 27 | 1 | $18.28 | $38,022.40 | 10/26/2011 | 10/26/2011 |
| R00190873 | Demski | Michelle | P | Events Coordinator 1 | H3 | Comm Workers of America FT | 101880 Engineering Career Development | CN | 27 | 1 | $20.37 | $42,369.60 | 5/4/2015 | 5/4/2015 |
| R00208234 | Valdes-Dapena | Mary | P | Clerical Specialist | H3 | Comm Workers of America FT | 102070 Dean-Law School | CN | 25 | 1 | $21.13 | $43,950.40 | 8/20/2007 | 8/20/2007 |
| R00216359 | Miller | Bradley | P | Business Serv Officer 1 | H4 | Comm Workers of America PT | 101220 Biological Sciences | CN | 28 | 0.75 | $18.22 | $28,423.20 | 9/3/2019 | 9/3/2019 |
| R00227170 | Mullins | Renee | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $16.09 | $33,467.20 | 4/10/2015 | 4/10/2015 |
| R00234373 | Estby | Malinda | P | Grants Coordinator 2 | H3 | Comm Workers of America FT | 107920 Research & Sponsored Programs | CD | 30 | 1 | $22.10 | $45,968.00 | 1/17/2017 | 1/17/2017 |
| R00260440 | Pacholek | Steven | P | Air Quality Tech Apprentice | H3 | Comm Workers of America FT | 105590 Maintenance/Mechanic | CN | 8 | 1 | $21.61 | $44,948.80 | 1/7/2016 | 1/7/2016 |
| R00419444 | Longton | Erik | P | Student Loan Specialist 2 | H3 | Comm Workers of America FT | 106240 Treasurer's Office | CM | 27 | 1 | $23.12 | $48,089.60 | 11/4/2013 | 11/4/2013 |
| R00420081 | Brown | Chad | P | Building Services Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 3 | 1 | $16.96 | $35,276.80 | 8/29/2015 | 8/29/2015 |
| R00421632 | McCartney | Beth | P | Secretary 1 | H3 | Comm Workers of America FT | 101680 IOTM | CD | 26 | 1 | $20.25 | $42,120.00 | 1/15/2014 | 1/15/2014 |
| R00422840 | Jensen | Karen | P | Lead Help Desk Coordinator | H3 | Comm Workers of America FT | 101370 UToledo Online | CD | 27 | 1 | $19.38 | $40,310.40 | 7/2/2011 | 2/17/2014 |
| R00435436 | Garcia | Teri | P | Secretary 1 | H3 | Comm Workers of America FT | 112150 Dean - CAL | CN | 26 | 1 | $18.71 | $38,916.80 | 12/14/2015 | 12/14/2015 |
| R00445909 | Zaborski | Wendy | P | Secretary 1 | H4 | Comm Workers of America PT | 101850 Dean-Engineering | CN | 26 | 0.8 | $18.71 | $31,133.44 | 12/9/2015 | 12/9/2015 |
| R00446977 | McCune | Shannon | P | Admin Assistant 1 | H3 | Comm Workers of America FT | 102170 Law - Placement | CN | 28 | 1 | $23.66 | $49,212.80 | 3/17/2008 | 3/17/2008 |
| R00473585 | Sheidler | Annette | P | Secretary 1 | H3 | Comm Workers of America FT | 102460 School of Intervention & Wellness | CN | 26 | 1 | $19.31 | $40,164.80 | 12/15/2014 | 12/15/2014 |
| R00482853 | Green | Regina | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $17.96 | $37,356.80 | 10/18/2010 | 10/18/2010 |
| R00483497 | Neuser | Christopher | P | Groundskeeper 1 | H3 | Comm Workers of America FT | 105630 Care Of Grounds - MC | CN | 4 | 1 | $20.42 | $42,473.60 | 11/19/2007 | 11/19/2007 |
| R00484473 | Obertacz | Jennifer | P | Library Media Tech Asst 2 | H3 | Comm Workers of America FT | 100490 University Libraries | CD | 26 | 1 | $18.06 | $37,564.80 | 6/16/2014 | 6/16/2014 |
| R00494379 | Saad | Corri | P | Electrician Journeyman 2 | H3 | Comm Workers of America FT | 105580 Maintenance/Electric | CD | 12 | 1 | $34.15 | $71,032.00 | 8/25/2011 | 8/25/2011 |
| R00496950 | Duran | Gina | P | Data Systems Coord. 1 | H3 | Comm Workers of America FT | 103210 Financial Aid | CD | 29 | 1 | $20.19 | $41,995.20 | 3/6/2018 | 3/6/2018 |
| R00501967 | Dougherty | Catherine | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $16.23 | $33,758.40 | 8/26/2013 | 8/26/2013 |
| R00528699 | Murawski | Susan | P | Records Mgmt Officer 1 | H4 | Comm Workers of America PT | 103170 Registrar | CD | 27 | 0.5 | $17.94 | $18,657.60 | 8/22/2019 | 6/20/2018 |
| R00531318 | Littleton | Beverly | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $14.26 | $29,660.80 | 10/20/2017 | 10/20/2017 |
| R00568916 | Stanton | Brandee | P | Building Services Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CD | 3 | 1 | $17.94 | $37,315.20 | 12/30/2012 | 12/30/2012 |
| R00581846 | Bierie | Christopher | P | Groundskeeper 2 | H3 | Comm Workers of America FT | 105630 Care Of Grounds - MC | CN | 6 | 1 | $21.71 | $45,156.80 | 11/9/2011 | 11/9/2011 |
| R00609775 | Smieszek | Lauren | P | Events Coordinator 1 | H3 | Comm Workers of America FT | 102070 Dean-Law School | CD | 27 | 1 | $17.94 | $37,315.20 | 12/3/2018 | 12/3/2018 |
| R00618228 | Gantzos | Tanya | P | Fin Aid Resource Analyst 1 | H3 | Comm Workers of America FT | 103210 Financial Aid | CD | 26 | 1 | $17.97 | $37,377.60 | 12/11/2017 | 12/7/2015 |
| R00643917 | Greenich | Angel | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.69 | $38,875.20 | 7/30/2007 | 7/30/2007 |
| R00643968 | Young | Brenda | P | Admin. Assistant 1 | H3 | Comm Workers of America FT | 104210 Student Union-Main | CD | 28 | 1 | $25.82 | $53,705.60 | 8/13/2007 | 8/13/2007 |
| R00658129 | Erard | Ashley | P | Records Mgmt Officer 1 | H3 | Comm Workers of America FT | 103170 Registrar | CN | 27 | 1 | $17.04 | $35,443.20 | 1/13/2020 | 1/13/2020 |
| R00660334 | Lawrence | Nancy | P | Admissions Analyst 2 | H3 | Comm Workers of America FT | 103100 Enrollment Operations | CN | 27 | 1 | $19.83 | $41,246.40 | 10/22/2007 | 10/22/2007 |
| R00661778 | Chapman | Lorri | P | Lead Medical Assistant (12 mon | H3 | Comm Workers of America FT | 112420 Main Campus Medical Center - MCMC | CN | 28 | 0.8 | $25.32 | $42,132.48 | 11/5/2007 | 11/5/2007 |
| R00661865 | Sutphin | Kim | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.69 | $38,875.20 | 2/2/2008 | 2/2/2008 |
| R00661866 | Crawford | Tonya | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.69 | $38,875.20 | 11/3/2007 | 11/3/2007 |
| R00665872 | Salazar | Marco | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.69 | $38,875.20 | 11/27/2007 | 11/27/2007 |
| R00668766 | Watkins | Loranal | P | Clerical Specialist | H3 | Comm Workers of America FT | 106160 Parking Services | CD | 25 | 1 | $20.95 | $43,576.00 | 1/28/2008 | 1/28/2008 |
| R00670704 | Barteck | Lisa | P | Stenographer 2 | H4 | Comm Workers of America PT | 100190 Faculty Senate | CN | 25 | 0.75 | $21.13 | $32,962.80 | 1/7/2008 | 1/7/2008 |
| R00673215 | Neeld | Aric | P | Maint Electrician Journeyman | H3 | Comm Workers of America FT | 105580 Maintenance/Electric | CN | 10 | 1 | $29.96 | $62,316.80 | 12/14/2007 | 12/14/2007 |
| R00673232 | Hobbs | Sherlette | P | Program Accreditation Speciali | H3 | Comm Workers of America FT | 106610 Pharm Clerkship Prog | CD | 30 | 1 | $27.97 | $58,177.60 | 3/11/2008 | 3/11/2008 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R00673242 | Jacobs | Ruth | P | Library Associate 1, Lead | H3 | Comm Workers of America FT | 100490 University Libraries | CD | 27 | 1 | $22.90 | $47,632.00 | 8/12/2003 | 10/23/2007 |
| R00680392 | Delo | Stephanie | P | ComputerGraphics Design Artist | H3 | Comm Workers of America FT | 104840 University Marketing | CN | 29 | 1 | $27.35 | $56,888.00 | 2/25/2008 | 2/25/2008 |
| R00680462 | Sieminski | Geraldine | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.59 | $38,667.20 | 3/1/2008 | 3/1/2008 |
| R00717756 | Hill | James | P | Maint Repair Worker 2 | H3 | Comm Workers of America FT | 105670 Maintenance/Structur | CN | 5 | 1 | $21.08 | $43,846.40 | 4/7/2008 | 4/7/2008 |
| R00717759 | Tapper | William | P | Building Life Safety Tech 3 | H3 | Comm Workers of America FT | 107000 Life Safety Systems | CN | 31 | 1 | $32.36 | $67,308.80 | 4/7/2008 | 4/7/2008 |
| R00718518 | Buckingham | James | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.59 | $38,667.20 | 3/30/2008 | 3/30/2008 |
| R00718578 | Schwartz | Jeanne | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CD | 13 | 1 | $13.59 | $28,267.20 | 1/2/2020 | 11/18/2019 |
| R00723703 | Rose | Kathryn | P | Secretary 2 | H4 | Comm Workers of America PT | 102010 MIME | CN | 27 | 0.8 | $21.90 | $36,441.60 | 7/9/2012 | 7/9/2012 |
| R00724398 | Sayen | Amber | P | Painter Journeyman | H3 | Comm Workers of America FT | 105670 Maintenance/Structur | CN | 10 | 1 | $29.72 | $61,817.60 | 6/9/2008 | 6/9/2008 |
| R00725747 | Tansel | Zachary | P | Maint Repair Worker 2 | H3 | Comm Workers of America FT | 105670 Maintenance/Structur | CN | 5 | 1 | $16.37 | $34,049.60 | 9/17/2019 | 9/17/2019 |
| R00726612 | Morrison | Hunter | P | Acad Accom Spec, Compliance | H3 | Comm Workers of America FT | 104170 Student Disability Services | CD | 31 | 1 | $18.87 | $39,249.60 | 10/5/2020 | 10/5/2020 |
| R00727151 | Corggens | Raymond | P | Outpatient Cert Pharm Tech | H3 | Comm Workers of America FT | 103870 Main Campus Pharmacy | CN | 5 | 1 | $17.43 | $36,254.40 | 8/30/2016 | 8/30/2016 |
| R00727942 | Walker | Laken | P | Direct Service Provider | H3 | Comm Workers of America FT | 106850 Rocket Solution Central | CD | 29 | 1 | $19.38 | $40,310.40 | 9/22/2018 | 3/24/2012 |
| R00738445 | Schwarz | Christian | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.02 | $37,481.60 | 2/15/2010 | 2/15/2010 |
| R00765978 | Graves | Kelly | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.25 | $37,960.00 | 7/17/2011 | 12/7/2008 |
| R00766150 | January | Robert | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.52 | $38,521.60 | 1/16/2010 | 1/16/2010 |
| R00767266 | Saltzstein | Andrew | P | Recruitment Officer 3 | H3 | Comm Workers of America FT | 103180 Undergraduate Admission | CD | 31 | 1 | $22.44 | $46,675.20 | 1/11/2017 | 1/11/2017 |
| R00767967 | Hallauer | Cindy | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.44 | $38,355.20 | 1/21/2010 | 1/21/2010 |
| R00771871 | Edmonds | Henrietta | P | Secretary 2 | H4 | Comm Workers of America PT | 101850 Dean-Engineering | CN | 27 | 0.5 | $19.94 | $20,737.60 | 7/16/2011 | 3/28/2016 |
| R00774956 | Kranz | Andrew | P | Building Life Safety Tech 3 | H3 | Comm Workers of America FT | 107000 Life Safety Systems | CN | 31 | 1 | $32.22 | $67,017.60 | 2/10/2009 | 2/10/2009 |
| R00812524 | Langenderfer | Jackson | P | Asst Equip Mgr - Scott Park | H3 | Comm Workers of America FT | 105150 Equipment Room | CD | 25 | 1 | $15.64 | $32,531.20 | 7/31/2017 | 7/31/2017 |
| R00837416 | Lytten | Alex | P | Research Vessel Operator | H4 | Comm Workers of America PT | 101280 Lake Erie Res Ed Ctr | CD | 32 | 0.75 | $24.29 | $37,892.40 | 5/21/2018 | 5/16/2016 |
| R00842484 | Cecil | Carol | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $17.96 | $37,356.80 | 10/25/2010 | 10/25/2010 |
| R00842508 | Sanders | Jermaine | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.02 | $37,481.60 | 8/24/2009 | 8/24/2009 |
| R00842509 | Wood | Kenneth | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.02 | $37,481.60 | 8/24/2009 | 8/24/2009 |
| R00842889 | Couturier | Sarah | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.52 | $38,521.60 | 9/5/2009 | 9/5/2009 |
| R00845559 | Will | Matthew | P | RO2 Admissions Rep CCP | H3 | Comm Workers of America FT | 103180 Undergraduate Admission | CD | 29 | 1 | $18.56 | $38,604.80 | 11/14/2019 | 3/21/2019 |
| R00870326 | Zile | Jamese | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $14.26 | $29,660.80 | 5/29/2018 | 5/29/2018 |
| R00871565 | Baker | Catarina | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $17.96 | $37,356.80 | 12/4/2010 | 12/4/2010 |
| R00884034 | Minor | Brenda | P | Student Services Counselor 1 | H3 | Comm Workers of America FT | 100610 Graduate Studies | CN | 27 | 1 | $22.62 | $47,049.60 | 3/28/2011 | 3/28/2011 |
| R00920881 | Peterson | Derek | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $14.26 | $29,660.80 | 11/13/2017 | 11/13/2017 |
| R00923512 | Abou-Dahech | Hala | P | Recruitment Officer 3 | H3 | Comm Workers of America FT | 112620 ATOM Admissions | CD | 31 | 1 | $20.12 | $41,849.60 | 12/5/2018 | 12/5/2018 |
| R00933774 | Combs | Brian | P | Laboratory Machinist 2 | H4 | Comm Workers of America PT | 102010 MIME | CN | 9 | 0.8 | $22.14 | $36,840.96 | 9/13/2010 | 8/19/2013 |
| R00934855 | Feichter | Michael | P | Maint Repair Worker 2 | H3 | Comm Workers of America FT | 105670 Maintenance/Structur | CN | 5 | 1 | $18.90 | $39,312.00 | 8/20/2011 | 8/20/2011 |
| R00939700 | Johnson | Eric | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $17.49 | $36,379.20 | 10/26/2010 | 10/26/2010 |
| R00953171 | Smith | Gregory | P | Groundskeeper 2 | H3 | Comm Workers of America FT | 105630 Care Of Grounds - MC | CN | 6 | 1 | $21.71 | $45,156.80 | 2/7/2011 | 2/7/2011 |
| R00954741 | Kellie | Molly | P | Library Media Tech Asst 2 | H3 | Comm Workers of America FT | 100490 University Libraries | CN | 26 | 1 | $18.25 | $37,960.00 | 1/28/2016 | 1/28/2016 |
| R01006752 | Schmelzer | Paul | P | Groundskeeper 2 | H3 | Comm Workers of America FT | 105630 Care Of Grounds - MC | CN | 6 | 1 | $21.71 | $45,156.80 | 5/19/2011 | 5/19/2011 |
| R01012839 | Jamison | Brandon | P | Electrician Journeyman 2 | H3 | Comm Workers of America FT | 105580 Maintenance/Electric | CN | 12 | 1 | $33.49 | $69,659.20 | 8/18/2011 | 8/18/2011 |
| R01015172 | Davis | Tracy | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $17.44 | $36,275.20 | 3/5/2012 | 10/1/2011 |
| R01018768 | Moore | Roderick | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $17.44 | $36,275.20 | 2/18/2012 | 2/18/2012 |
| R01018769 | Jamrozy | Jacek | P | Building Services Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 3 | 1 | $18.75 | $39,000.00 | 10/23/2011 | 10/23/2011 |
| R01053438 | Martinez | Kimberlee | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $17.90 | $37,232.00 | 12/5/2011 | 12/5/2011 |
| R01061462 | Graf | Steven | P | Sheet Mtl/Roofer Journ | H3 | Comm Workers of America FT | 105670 Maintenance/Structur | CN | 10 | 1 | $28.13 | $58,510.40 | 12/27/2011 | 12/27/2011 |
| R01067256 | Mcclure | Keith | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $16.17 | $33,633.60 | 9/20/2014 | 9/20/2014 |
| R01073668 | Craighead | LaToya | P | Recruitment Officer 3 | H3 | Comm Workers of America FT | 112620 ATOM Admissions | CD | 31 | 1 | $27.58 | $57,366.40 | 3/19/2012 | 3/19/2012 |
| R01077277 | Reese | Chawna | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $16.37 | $34,049.60 | 5/2/2014 | 5/2/2014 |
| R01097930 | Mauter | Samantha | P | Recruitment Officer 2 | H3 | Comm Workers of America FT | 103180 Undergraduate Admission | CD | 29 | 1 | $19.38 | $40,310.40 | 1/3/2019 | 8/15/2015 |
| R01106447 | Startzman | Michaela | P | Library Media Tech Asst 2 | H4 | Comm Workers of America PT | 100490 University Libraries | CD | 26 | 0.5 | $16.49 | $17,149.60 | 11/3/2019 | 2/6/2014 |
| R01144844 | Eilerts | Eva | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $16.90 | $35,152.00 | 8/18/2012 | 8/18/2012 |
| R01144860 | Radford | Toni | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $16.90 | $35,152.00 | 8/18/2012 | 8/18/2012 |
| R01145225 | Felkey | Tana | P | Admin. Assistant 2 | H3 | Comm Workers of America FT | 102250 Pharm - Enrollment Management | CN | 30 | 1 | $23.36 | $48,588.80 | 12/17/2012 | 12/17/2012 |
| R01176895 | Royer | Kelsey | P | Recruitment Officer 3 | H3 | Comm Workers of America FT | 112620 ATOM Admissions | CD | 31 | 1 | $22.44 | $46,675.20 | 8/16/2014 | 8/15/2015 |
| R01184435 | Lowe | Brian | P | Automotive Mechanic 3 | H3 | Comm Workers of America FT | 106900 Motor Vehicle Operation | CN | 9 | 1 | $24.77 | $51,521.60 | 1/9/2013 | 1/9/2013 |
| R01243543 | Fedrick | Jasmine | P | Recruitment Officer 2 | H3 | Comm Workers of America FT | 103180 Undergraduate Admission | CD | 29 | 1 | $19.38 | $40,310.40 | 1/3/2019 | 1/3/2019 |
| R01280940 | Horn | Jahnee | P | Recruitment Officer 3 | H3 | Comm Workers of America FT | 103180 Undergraduate Admission | CD | 31 | 1 | $21.40 | $44,512.00 | 8/22/2018 | 5/14/2016 |
| R01309236 | Murphy | Steven | P | Laboratory Machinist 1 | H3 | Comm Workers of America FT | 101250 Environmental Sciences | CD | 28 | 1 | $19.26 | $40,060.80 | 11/13/2017 | 11/13/2017 |
| R01311761 | Burkholder | Lori | P | Fiscal Specialist 1 | H3 | Comm Workers of America FT | 101190 Physics | CD | 30 | 1 | $22.70 | $47,216.00 | 12/2/2015 | 12/2/2015 |
| R01316999 | Buczko | Gary | P | Air Quality Tech Journeyman | H3 | Comm Workers of America FT | 105590 Maintenance/Mechanic | CN | 10 | 1 | $30.53 | $63,502.40 | 7/16/2001 | 7/1/2013 |
| R01330493 | Devolder | Alison | P | Secretary 2 | H3 | Comm Workers of America FT | 101440 Intern/Career Plcmt | CD | 27 | 1 | $21.07 | $43,825.60 | 11/4/2013 | 11/4/2013 |
| R01336281 | Edwards | Lisa | P | Secretary 2 | H3 | Comm Workers of America FT | 100980 Art | CD | 27 | 1 | $20.97 | $43,617.60 | 2/10/2014 | 2/10/2014 |
| R01364534 | Curry | Amanda | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $14.26 | $29,660.80 | 10/23/2017 | 10/23/2017 |
| R01366830 | Szenderski | Cole | P | Groundskeeper 1 | H3 | Comm Workers of America FT | 105630 Care Of Grounds - MC | CN | 4 | 1 | $15.17 | $31,553.60 | 10/1/2019 | 10/1/2019 |
| R01377790 | Williams | Tobias | P | Maint Repair Worker 2 | H3 | Comm Workers of America FT | 105670 Maintenance/Structur | CN | 5 | 1 | $20.82 | $43,305.60 | 2/12/2015 | 2/12/2015 |
| R01381626 | Vittetoe | Phillip | P | Maint Repair Journeyman | H3 | Comm Workers of America FT | 105670 Maintenance/Structur | CN | 9 | 1 | $20.06 | $41,724.80 | 4/14/2015 | 4/14/2015 |
| R01384425 | Musarra | Michelle | P | Direct Service Provider | H3 | Comm Workers of America FT | 106850 Rocket Solution Central | CN | 29 | 1 | $21.00 | $43,680.00 | 6/12/2015 | 7/26/2016 |
| R01388650 | Emmick | Linda | P | Custodial Worker | H4 | Comm Workers of America PT | 105570 MC Building Services | CN | 13 | 0.5 | $14.65 | $15,236.00 | 12/8/2017 | 9/13/2015 |
| R01402208 | Moore | Tracy | P | Secretary 2 | H3 | Comm Workers of America FT | 103980 Counseling Center | CN | 27 | 1 | $19.08 | $39,686.40 | 2/23/2016 | 2/23/2016 |
| R01405461 | Hallauer | Jonathan | P | Building Operator | H3 | Comm Workers of America FT | 108470 Steam Management - MC | CN | 10 | 1 | $22.42 | $46,633.60 | 4/11/2016 | 4/11/2016 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R01405609 | Sillitoe | Andrea | P | Secretary 1 | H3 | Comm Workers of America FT | 101990 Electrical Engineering | CN | 26 | 0.8 | $18.25 | $30,368.00 | 4/11/2016 | 4/11/2016 |
| R01408888 | Brunn | Billie | P | Business Serv Officer 1 | H3 | Comm Workers of America FT | 104310 Student Rec Center | CD | 28 | 1 | $20.96 | $43,596.80 | 7/11/2016 | 7/11/2016 |
| R01410439 | Slottke | Alyssa | P | Events Coordinator | H3 | Comm Workers of America FT | 100490 University Libraries | CD | 27 | 1 | $19.46 | $40,476.80 | 8/17/2016 | 8/17/2016 |
| R01415519 | Stevens | Phyllis | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $14.62 | $30,409.60 | 11/8/2016 | 11/8/2016 |
| R01419677 | Batch | Alyssa | P | Computer Graphics Design | H3 | Comm Workers of America FT | 104840 University Marketing | CD | 29 | 1 | $21.54 | $44,803.20 | 11/14/2016 | 11/14/2016 |
| R01421176 | Muck | Vladislav | P | Mail Clerk Messenger | H4 | Comm Workers of America PT | 106100 Mail Services | CD | 3 | 0.5 | $14.39 | $14,965.60 | 10/19/2020 | 10/19/2020 |
| R01426448 | Ramsey | Christina | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $14.26 | $29,660.80 | 1/24/2017 | 1/24/2017 |
| R01426962 | Szymanski | Margaret (Peggi) | P | Secretary 2 | H3 | Comm Workers of America FT | 102310 Health & Human Services College | CN | 27 | 1 | $18.57 | $38,625.60 | 2/6/2017 | 2/6/2017 |
| R01426973 | Chambers | Michael | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $14.62 | $30,409.60 | 9/11/2017 | 2/7/2017 |
| R01429732 | Thorn | Kimberly | P | Grants Coordinator 2 | H3 | Comm Workers of America FT | 107920 Research & Sponsored Programs | CD | 30 | 1 | $22.10 | $45,968.00 | 4/3/2017 | 4/3/2017 |
| R01434285 | Bullock | Natalie | P | Secretary 2 | H3 | Comm Workers of America FT | 101010 English | CD | 27 | 1 | $18.52 | $38,521.60 | 11/6/2017 | 11/6/2017 |
| R01435471 | Stiff | Jason | P | Maint Repair Worker 3 | H3 | Comm Workers of America FT | 105670 Maintenance/Structur | CN | 7 | 1 | $17.37 | $36,129.60 | 9/12/2017 | 9/12/2017 |
| R01435604 | Neeld | Kaleb | P | Maint Repair Worker 2 | H3 | Comm Workers of America FT | 105670 Maintenance/Structur | CN | 5 | 1 | $17.43 | $36,254.40 | 9/12/2017 | 9/12/2017 |
| R01437889 | Busch | Cody | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $14.26 | $29,660.80 | 10/30/2017 | 10/30/2017 |
| R01438369 | Reed | Terrance | S | Custodial Worker | H4 | Comm Workers of America PT | 105570 MC Building Services | CN | 13 | 0.5 | $14.26 | $14,830.40 | 12/14/2017 | 10/30/2017 |
| R01438369 | Reed | Terrance | P | Custodial Worker | H4 | Comm Workers of America PT | 105570 MC Building Services | CN | 13 | 0.5 | $14.26 | $14,830.40 | 12/14/2017 | 10/30/2017 |
| R01444524 | Durdel | Roger | P | Groundskeeper 2 | H3 | Comm Workers of America FT | 105630 Care Of Grounds - MC | CN | 6 | 1 | $17.71 | $36,836.80 | 12/4/2017 | 12/4/2017 |
| R01446170 | Reichler | Denise | P | Secretary 1 | H4 | Comm Workers of America PT | 101220 Biological Sciences | CN | 26 | 0.5 | $17.18 | $17,867.20 | 12/5/2017 | 12/5/2017 |
| R01450546 | Bechaz | Carlos | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $14.26 | $29,660.80 | 1/23/2018 | 1/23/2018 |
| R01450618 | Knotts | Dawn | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $14.26 | $29,660.80 | 2/1/2018 | 2/1/2018 |
| R01453637 | Johnson | Robert | P | Air Quality Tech Journeyman | H3 | Comm Workers of America FT | 105590 Maintenance/Mechanic | CN | 10 | 1 | $26.10 | $54,288.00 | 4/2/2018 | 4/2/2018 |
| R01454961 | Gary | Charlene | P | Secretary 2 | H3 | Comm Workers of America FT | 100900 Foreign Languages | CD | 27 | 1 | $18.52 | $38,521.60 | 4/25/2018 | 4/25/2018 |
| R01457087 | Cousino | Ronald | P | Air Quality Tech 1 | H3 | Comm Workers of America FT | 105590 Maintenance/Mechanic | CN | 7 | 1 | $18.01 | $37,460.80 | 6/10/2018 | 6/10/2018 |
| R01457327 | Pierce | Jada | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $14.26 | $29,660.80 | 6/24/2018 | 6/24/2018 |
| R01458232 | Cruz | Angela | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $14.26 | $29,660.80 | 8/17/2018 | 8/17/2018 |
| R01458412 | Pettaway | Destinee | P | Custodial Worker | H4 | Comm Workers of America PT | 105570 MC Building Services | CN | 13 | 0.5 | $14.26 | $14,830.40 | 9/2/2018 | 7/19/2018 |
| R01461592 | Homer | Erin | P | Secretary 1 | H3 | Comm Workers of America FT | 102440 Military Science | CD | 26 | 1 | $17.97 | $37,377.60 | 3/29/2019 | 10/8/2018 |
| R01461764 | Loyer II | Michael | P | Air Quality Tech 2 | H3 | Comm Workers of America FT | 105590 Maintenance/Mechanic | CN | 8 | 1 | $20.55 | $42,744.00 | 10/29/2018 | 10/29/2018 |
| R01462368 | Lawrence | Stanford | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $13.54 | $28,163.20 | 1/3/2019 | 10/15/2018 |
| R01462371 | Lawrence | Conceta | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $13.54 | $28,163.20 | 1/2/2019 | 10/15/2018 |
| R01473318 | Skotynsky | Michael | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $13.54 | $28,163.20 | 1/7/2019 | 1/7/2019 |
| R01473388 | Rasmussen | Jacob | P | Prog Coorditor/Challenge Adven | H3 | Comm Workers of America FT | 104310 Student Rec Center | CD | 31 | 1 | $21.40 | $44,512.00 | 1/7/2019 | 1/7/2019 |
| R01473436 | Binns | Shawn | P | Maint Repair Worker 1 | H3 | Comm Workers of America FT | 105670 Maintenance/Structur | CN | 4 | 1 | $15.17 | $31,553.60 | 1/9/2019 | 1/9/2019 |
| R01475379 | Ragan | Robert | P | Maint Repair Worker 2 | H3 | Comm Workers of America FT | 105670 Maintenance/Structur | CN | 5 | 1 | $16.37 | $34,049.60 | 2/13/2019 | 2/13/2019 |
| R01477823 | Brooks | Kristin | P | Account Clerk 3 | H3 | Comm Workers of America FT | 101040 Music | CN | 27 | 1 | $17.04 | $35,443.20 | 12/16/2019 | 3/27/2019 |
| R01483701 | Null | Jessie | P | Outpatient Cert Pharm Tech | H3 | Comm Workers of America FT | 103870 Main Campus Pharmacy | CN | 5 | 1 | $16.37 | $34,049.60 | 8/12/2019 | 8/12/2019 |
| R01484264 | Moser | Laura | P | Events Coordinator 1 | H3 | Comm Workers of America FT | 103720 Career Services | CD | 27 | 1 | $17.94 | $37,315.20 | 8/22/2019 | 8/22/2019 |
| R01485623 | Ortega Concepcion | Johany | P | Custodial Worker | H4 | Comm Workers of America PT | 105570 MC Building Services | CN | 13 | 0.5 | $13.31 | $13,842.40 | 11/15/2019 | 9/30/2019 |
| R01518980 | Fear | Stephanie | P | Admin Assist 1 | H4 | Comm Workers of America PT | 101230 Chemistry | CN | 28 | 0.5 | $17.10 | $17,784.00 | 1/6/2021 | 1/6/2021 |

# EXHIBIT H

**From:** Wynn, Dre
**To:** Ziviski, Bethany L
**Subject:** RE: Report of CWA employees at MCMC
**Date:** Thursday, January 14, 2021 10:40:19 AM
**Attachments:** image001.jpg
List of Current CWA employees at MCMC (1.14.21).xlsx

---

Good morning,

Please find attached a revised list.

Sincerely,

**Dre Wynn, PHR, SHRM-CP, MA, MSIS, MBA, MHRLR**
Director of Labor/Employee Relations & HR Compliance
Human Resources
2801 W. Bancroft St. Mail Stop 405
989.545.0569 **Cell**
419.530.1491 Phone
419.530.1433 Fax

---

**From:** Ziviski, Bethany L <Bethany.Ziviski@utoledo.edu>
**Sent:** Thursday, January 14, 2021 10:33 AM
**To:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Subject:** RE: Report of CWA employees at MCMC

Hi Dre,

The list attached was every CWA employee. I need you to narrow this list down to just employees who work at MCMC.

Thank you,

Bethany

---

**From:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Sent:** Thursday, January 14, 2021 10:04 AM
**To:** Ziviski, Bethany L <Bethany.Ziviski@utoledo.edu>
**Subject:** FW: Report of CWA employees at MCMC

Beth,

Per your request, see attached information on CWA MCMC employees provided by HRIS.

Dre

---

**From:** Otti, Sean Ezeani <Sean.Otti@UToledo.edu>
**Sent:** Thursday, January 14, 2021 10:02 AM
**To:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Cc:** Halsey, Mark Allen <Mark.Halsey@UToledo.edu>
**Subject:** RE: Report of CWA employees at MCMC

Hello Dre,

Attached is your requested CWA data.

**Thank you!**

**Sean Otti, M.B.A**
HRIS Administrator
Human Resources
419.530.1434 Phone
sean.otti@utoledo.edu



**From:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Sent:** Wednesday, January 13, 2021 4:36 PM
**To:** Otti, Sean Ezeani <Sean.Otti@UToledo.edu>
**Subject:** Report of CWA employees at MCMC

Hello Sean,

Can you please run a report of all CWA employees at MCMC. Can your report include the following:

- Employee name
- Classification
- FTE
- Hourly rate
- Hire date

Your help is greatly appreciated.

Thanks,,

**Dre Wynn, PHR, SHRM-CP, MA, MSIS, MBA, MHRLR**
Director of Labor/Employee Relations & HR Compliance
Human Resources
2801 W. Bancroft St. Mail Stop 405
989.545.0569 **Cell**
419.530.1491 Phone
419.530.1433 Fax

| ID | LAST_NAME | FIRST_NAME | CONTRACT_TYPE | TITLE | EMP_CLASS | EMP_CLASS_DESC | ORG | ORG_DESC | SAL_TABLE | SAL_GRADE | FTE | REG_RATE | ANN_SALARY | SENIORITY_DATE | CURRENT_HIRE_DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R00001799 | Armstead | Tommie | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.83 | $39,166.40 | 9/17/2005 | 3/26/2007 |
| R00871565 | Baker | Catarina | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $17.96 | $37,356.80 | 12/4/2010 | 12/4/2010 |
| R00001809 | Barry | Renee | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 3/11/2001 | 2/27/2000 |
| R01450546 | Bechaz | Carlos | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $14.26 | $29,660.80 | 1/23/2018 | 1/23/2018 |
| R00002007 | Blackford | Sandra | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.06 | $39,644.80 | 9/7/2002 | 8/5/2002 |
| R00100704 | Brazeau | Sandra | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CD | 13 | 1 | $17.84 | $37,107.20 | 12/21/2010 | 12/21/2010 |
| R00004731 | Brescol | Sherri | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 12/13/1993 | 11/1/1993 |
| R00003137 | Brown | Shelia | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 1/8/2001 | 1/8/2001 |
| R00005415 | Brown | Dennis | P | Building Services Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 3 | 1 | $20.16 | $41,932.80 | 9/23/1991 | 9/23/1991 |
| R00420081 | Brown | Chad | P | Building Services Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 3 | 1 | $16.96 | $35,276.80 | 8/29/2015 | 8/29/2015 |
| R00718518 | Buckingham | James | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.59 | $38,667.20 | 3/30/2008 | 3/30/2008 |
| R00094593 | Buhrmester | James | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $16.52 | $34,361.60 | 2/6/2012 | 2/6/2012 |
| R00005746 | Burns | Marcia | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.11 | $39,748.80 | 4/1/2001 | 4/1/2001 |
| R01437889 | Busch | Cody | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $14.26 | $29,660.80 | 10/30/2017 | 10/30/2017 |
| R00005192 | Bush | Tracy | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 10/25/1998 | 10/12/1998 |
| R00004868 | Carlisle | Paris | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 5/19/1997 | 4/30/1997 |
| R00006108 | Carpenter | Thelma | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.11 | $39,748.80 | 1/22/2001 | 1/22/2001 |
| R00842484 | Cecil | Carol | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $17.96 | $37,356.80 | 10/25/2010 | 10/25/2010 |
| R01426973 | Chambers | Michael | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $14.62 | $30,409.60 | 9/11/2017 | 2/7/2017 |
| R00842889 | Couturier | Sarah | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.52 | $38,521.60 | 9/5/2009 | 9/5/2009 |
| R00100147 | Crawford | Angela | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.59 | $38,667.20 | 9/29/2008 | 9/29/2008 |
| R00661866 | Crawford | Tonya | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.69 | $38,875.20 | 11/3/2007 | 11/3/2007 |
| R01458232 | Cruz | Angela | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $14.26 | $29,660.80 | 8/17/2018 | 8/17/2018 |
| R01364534 | Curry | Amanda | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $14.26 | $29,660.80 | 10/23/2017 | 10/23/2017 |
| R01015172 | Davis | Tracy | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $17.44 | $36,275.20 | 3/5/2012 | 10/1/2011 |
| R00501967 | Dougherty | Catherine | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $16.23 | $33,758.40 | 8/26/2013 | 8/26/2013 |
| R00090835 | Dunseth | Talia | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $17.96 | $37,356.80 | 8/20/2011 | 8/20/2011 |
| R00007397 | Edmond | Frederick | P | Custodial Worker | H4 | Comm Workers of America PT | 105570 | MC Building Services | CN | 13 | 0.5 | $18.83 | $19,583.20 | 1/2/2007 | 11/17/2006 |
| R01144844 | Eilerts | Eva | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $16.90 | $35,152.00 | 8/18/2012 | 8/18/2012 |
| R01388650 | Emmick | Linda | P | Custodial Worker | H4 | Comm Workers of America PT | 105570 | MC Building Services | CN | 13 | 0.5 | $14.65 | $15,236.00 | 12/8/2017 | 9/13/2015 |
| R00002176 | Everett | Jairus | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 93 | 1 | $19.31 | $40,164.80 | 2/10/1986 | 2/10/1986 |
| R00011900 | Foster | April | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.91 | $39,332.80 | 10/1/2007 | 10/1/2007 |
| R00005680 | Franklin | Brian | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.83 | $39,166.40 | 8/14/2005 | 8/14/2005 |
| R00003506 | Gee | Marilyn | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 11/4/1996 | 11/4/1996 |
| R00003904 | Gee | Sherman | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 6/10/1996 | 6/10/1996 |
| R00006903 | Gibson | Tony | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 2/10/1997 | 2/10/1997 |
| R00003294 | Grant | James | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 8/29/1998 | 8/29/1998 |
| R00765978 | Graves | Kelly | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.25 | $37,960.00 | 7/17/2011 | 12/7/2008 |
| R00482853 | Green | Regina | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $17.96 | $37,356.80 | 10/18/2010 | 10/18/2010 |
| R00643917 | Greenich | Angel | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.69 | $38,875.20 | 7/30/2007 | 7/30/2007 |
| R00767967 | Hallauer | Cindy | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.44 | $38,355.20 | 1/21/2010 | 1/21/2010 |
| R00002816 | Hart | Jeffrey | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 93 | 1 | $19.31 | $40,164.80 | 4/11/1993 | 3/18/1993 |
| R00007396 | Hoagland | Matthew | P | Custodial Worker | H4 | Comm Workers of America PT | 105570 | MC Building Services | CN | 13 | 0.5 | $18.83 | $19,583.20 | 1/17/2006 | 3/29/2006 |
| R00002767 | Hudson | Myra | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 93 | 1 | $19.31 | $40,164.80 | 9/12/1985 | 9/12/1985 |
| R00003423 | Jamrozy | Marie | P | Building Services Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 3 | 1 | $20.01 | $41,620.80 | 9/7/2002 | 9/7/2002 |
| R01018769 | Jamrozy | Jacek | P | Building Services Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 3 | 1 | $18.75 | $39,000.00 | 10/23/2011 | 10/23/2011 |
| R00766150 | January | Robert | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.52 | $38,521.60 | 1/16/2010 | 1/16/2010 |
| R00005764 | Johnson | Deborah | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.11 | $39,748.80 | 5/21/2001 | 1/8/2001 |
| R00939700 | Johnson | Eric | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $17.49 | $36,379.20 | 10/26/2010 | 10/26/2010 |
| R01450618 | Knotts | Dawn | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $14.26 | $29,660.80 | 2/1/2018 | 2/1/2018 |
| R00003236 | Knox | Kenny | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 2/10/1997 | 2/10/1997 |
| R00003218 | Lake | Jeanette | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 93 | 1 | $19.31 | $40,164.80 | 4/25/1990 | 4/25/1990 |
| R01462368 | Lawrence | Stanford | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $13.54 | $28,163.20 | 1/3/2019 | 10/15/2018 |
| R01462371 | Lawrence | Conceta | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $13.54 | $28,163.20 | 1/2/2019 | 10/15/2018 |
| R00531318 | Littleton | Beverly | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $14.26 | $29,660.80 | 10/20/2017 | 10/20/2017 |
| R00002966 | Livingston | Marnita | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 10/4/1998 | 5/18/1997 |
| R01053438 | Martinez | Kimberlee | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $17.90 | $37,232.00 | 12/5/2011 | 12/5/2011 |
| R01067256 | Mcclure | Keith | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $16.17 | $33,633.60 | 9/20/2014 | 9/20/2014 |
| R00003286 | McIntosh | Carol | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.83 | $39,166.40 | 7/25/2005 | 7/25/2005 |
| R00006329 | Mickle | Deborah | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 6/15/1998 | 7/6/1997 |
| R00001736 | Middlebrooks | Pamela | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 7/17/2000 | 7/17/2000 |
| R00002699 | Middlebrooks | Cora | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 11/1/1998 | 10/11/1998 |
| R00003136 | Monhollen | Mark | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 8/7/2000 | 5/4/2000 |
| R01018768 | Moore | Roderick | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $17.44 | $36,275.20 | 2/18/2012 | 2/18/2012 |
| R00227170 | Mullins | Renee | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $16.09 | $33,467.20 | 4/10/2015 | 4/10/2015 |
| R00004871 | Munoz | Rosa | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 1/7/2001 | 1/7/2001 |
| R00001834 | Nagy | Karin | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $18.91 | $39,332.80 | 7/19/2004 | 7/19/2004 |
| R00001651 | Nobles | Tonya | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 | MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 9/30/2000 | 9/30/2000 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R01485623 | Ortega Concepcion | Johany | P | Custodial Worker | H4 | Comm Workers of America PT | 105570 MC Building Services | CN | 13 | 0.5 | $13.31 | $13,842.40 | 11/15/2019 | 9/30/2019 |
| R00002523 | Palmer | Alanna | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.91 | $39,332.80 | 11/14/2004 | 10/21/2007 |
| R00920881 | Peterson | Derek | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $14.26 | $29,660.80 | 11/13/2017 | 11/13/2017 |
| R01458412 | Pettaway | Destinee | P | Custodial Worker | H4 | Comm Workers of America PT | 105570 MC Building Services | CN | 13 | 0.5 | $14.26 | $14,830.40 | 9/2/2018 | 7/19/2018 |
| R01457327 | Pierce | Jada | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $14.26 | $29,660.80 | 6/24/2018 | 6/24/2018 |
| R00005404 | Price | Lawrence | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.97 | $39,457.60 | 12/28/2003 | 12/28/2003 |
| R01144860 | Radford | Toni | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $16.90 | $35,152.00 | 8/18/2012 | 8/18/2012 |
| R01426448 | Ramsey | Christina | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $14.26 | $29,660.80 | 1/24/2017 | 1/24/2017 |
| R01438369 | Reed | Terrance | S | Custodial Worker | H4 | Comm Workers of America PT | 105570 MC Building Services | CN | 13 | 0.5 | $14.26 | $14,830.40 | 12/14/2017 | 10/30/2017 |
| R01438369 | Reed | Terrance | P | Custodial Worker | H4 | Comm Workers of America PT | 105570 MC Building Services | CN | 13 | 0.5 | $14.26 | $14,830.40 | 12/14/2017 | 10/30/2017 |
| R01077277 | Reese | Chawna | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $16.37 | $34,049.60 | 5/2/2014 | 5/2/2014 |
| R00005938 | Reynolds | Cynthia | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.91 | $39,332.80 | 3/28/2004 | 3/28/2004 |
| R00011395 | Riley | Rhonda | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.20 | $37,856.00 | 5/22/2007 | 5/22/2007 |
| R00006739 | Roberts | Peggy | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.83 | $39,166.40 | 9/17/2005 | 9/17/2005 |
| R00004556 | Rodgers | Anita | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 6/3/2001 | 6/3/2001 |
| R00005941 | Russell | Ephraim | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 10/17/1994 | 10/17/1994 |
| R00003497 | Sadowy | Elizabeth | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 7/17/2000 | 11/2/1999 |
| R00005260 | Salazar | Soledad | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.83 | $39,166.40 | 10/23/2005 | 8/30/2004 |
| R00665872 | Salazar | Marco | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.69 | $38,875.20 | 11/27/2007 | 11/27/2007 |
| R00001528 | Sanders | Anita | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 5/27/1996 | 5/24/1994 |
| R00842508 | Sanders | Jermaine | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.02 | $37,481.60 | 8/24/2009 | 8/24/2009 |
| R00718578 | Schwartz | Jeanne | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CD | 13 | 1 | $13.59 | $28,267.20 | 1/2/2020 | 11/18/2019 |
| R00738445 | Schwarz | Christian | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.02 | $37,481.60 | 2/15/2010 | 2/15/2010 |
| R00005032 | Scurles | Richard | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.97 | $39,457.60 | 1/27/2003 | 1/27/2003 |
| R00003781 | Shively | Donna | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $19.06 | $39,644.80 | 8/5/2002 | 8/5/2002 |
| R00680462 | Sieminski | Geraldine | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.59 | $38,667.20 | 3/1/2008 | 3/1/2008 |
| R01473318 | Skotynsky | Michael | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $13.54 | $28,163.20 | 1/7/2019 | 1/7/2019 |
| R00005866 | Smith | Kirk | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $17.44 | $36,275.20 | 12/5/2011 | 12/5/2011 |
| R00001460 | Spearman | Lula | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.83 | $39,166.40 | 9/17/2005 | 9/17/2005 |
| R00005748 | Spengler | David | P | Building Services Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 3 | 1 | $20.16 | $41,932.80 | 10/9/1979 | 10/9/1979 |
| R00004806 | Spitulski | Ralph | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 93 | 1 | $19.31 | $40,164.80 | 6/29/1983 | 6/29/1983 |
| R00568916 | Stanton | Brandee | P | Building Services Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CD | 3 | 1 | $17.94 | $37,315.20 | 12/30/2012 | 12/30/2012 |
| R01415519 | Stevens | Phyllis | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $14.62 | $30,409.60 | 11/8/2016 | 11/8/2016 |
| R00661865 | Sutphin | Kim | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.69 | $38,875.20 | 2/2/2008 | 2/2/2008 |
| R00002695 | Szymanski | Thomas | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 93 | 1 | $19.31 | $40,164.80 | 9/30/1991 | 9/30/1991 |
| R00001784 | Ware | Anthony | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 6/10/1996 | 6/10/1996 |
| R00001858 | Warren | Talven | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.91 | $39,332.80 | 4/4/2004 | 4/4/2004 |
| R00014454 | Warren | Mary | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $16.91 | $35,172.80 | 6/17/2008 | 8/29/2015 |
| R00003179 | Welsh | James | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $19.21 | $39,956.80 | 5/25/1998 | 5/25/1998 |
| R00002895 | Whitehead | Dianna | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $19.06 | $39,644.80 | 10/14/2002 | 10/14/2002 |
| R00842509 | Wood | Kenneth | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $18.02 | $37,481.60 | 8/24/2009 | 8/24/2009 |
| R00870326 | Zile | Jamese | P | Custodial Worker | H3 | Comm Workers of America FT | 105570 MC Building Services | CN | 13 | 1 | $14.26 | $29,660.80 | 5/29/2018 | 5/29/2018 |

# EXHIBIT I

**From:** Ziviski, Bethany L
**To:** Wynn, Dre
**Subject:** RE: Report of CWA employees at MCMC
**Attachments:** image001.jpg

Hi Dre,
As we discussed when we spoke a few days ago, the request was for a list of employees who work at the Main Campus Medical Center. "MC" or "Main Campus" represents a bigger group of employees that what I was seeking. In the future, please remember to use all of your resources if you have questions. For example, you may want to reach out to the consultant who supports the leader who oversees the Main Campus Medical Center.
Thank you,
Bethany

**From:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Sent:** Thursday, January 14, 2021 11:49 PM
**To:** Ziviski, Bethany L <Bethany.Ziviski@utoledo.edu>
**Subject:** FW: Report of CWA employees at MCMC
Hello Beth,
Per Sean's email below, he added a Tab at the bottom of the spreadsheet called "MC" that has employees working at MCMC.
I reviewed it and there is a total of 49 employees, please see attached.
Thanks,

**Dre Wynn, PHR, SHRM-CP, MA, MSIS, MBA, MHRLR**
Director of Labor/Employee Relations & HR Compliance
Human Resources
2801 W. Bancroft St. Mail Stop 405
989.545.0569 **Cell**
419.530.1491 Phone
419.530.1433 Fax

**From:** Otti, Sean Ezeani <Sean.Otti@UToledo.edu>
**Sent:** Thursday, January 14, 2021 2:29 PM
**To:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Subject:** RE: Report of CWA employees at MCMC
Hello Dre,
Yes I have added the JBLIN code. I have a tab for those that are just "MC". Does this work for your request?

**Thank you!**

**Sean Otti, M.B.A**
HRIS Administrator
Human Resources
419.530.1434 Phone
sean.otti@utoledo.edu

**From:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Sent:** Thursday, January 14, 2021 1:07 PM

**To:** Otti, Sean Ezeani <Sean.Otti@UToledo.edu>
**Subject:** RE: Report of CWA employees at MCMC
Hello Sean,
Thank you again for sending over this report.
The report has all CWA employees listed and a description of MC Building Services for some employees that work at MCMC.
However, that description does not capture all of them.
Is there code or a number that would identify which CWA employees physically work at MCMC that could be generated into a report?
Thanks,

Sincerely,
**Dre Wynn, PHR, SHRM-CP, MA, MSIS, MBA, MHRLR**
Director of Labor/Employee Relations & HR Compliance
Human Resources
2801 W. Bancroft St. Mail Stop 405
989.545.0569 **Cell**
419.530.1491 Phone
419.530.1433 Fax

---

**From:** Otti, Sean Ezeani <Sean.Otti@UToledo.edu>
**Sent:** Thursday, January 14, 2021 10:02 AM
**To:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Cc:** Halsey, Mark Allen <Mark.Halsey@UToledo.edu>
**Subject:** RE: Report of CWA employees at MCMC
Hello Dre,
Attached is your requested CWA data.

**Thank you!**
**Sean Otti, M.B.A**
HRIS Administrator
Human Resources
419.530.1434 Phone
sean.otti@utoledo.edu

---

**From:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Sent:** Wednesday, January 13, 2021 4:36 PM
**To:** Otti, Sean Ezeani <Sean.Otti@UToledo.edu>
**Subject:** Report of CWA employees at MCMC
Hello Sean,
Can you please run a report of all CWA employees at MCMC. Can your report include the following:

- Employee name
- Classification
- FTE
- Hourly rate
- Hire date

Your help is greatly appreciated.
Thanks,,

**Dre Wynn, PHR, SHRM-CP, MA, MSIS, MBA, MHRLR**
Director of Labor/Employee Relations & HR Compliance
Human Resources
2801 W. Bancroft St. Mail Stop 405
989.545.0569 **Cell**
419.530.1491 Phone
419.530.1433 Fax

# EXHIBIT J

**From:** Ziviski, Bethany L
**To:** Elliott, John
**Subject:** FW: MRW 2 Open Position
**Attachments:** image001.gif
image002.png

---

Hello John,
I wanted to make you aware of this situation.
Dre worked out an advance placement for an employee without communicating with the employment team or securing an MOU with the Union. A final offer was made to the candidate, and on 1/20/2021 management notified the employment team that the candidate would be starting on 1/25/2021. No background check or pre-employment paperwork was completed for the candidate because there was no knowledge of the offer or advance step placement.
Thank you,
Bethany

---

**From:** Fahey, Kimberly <kimberly.stec@utoledo.edu>
**Sent:** Wednesday, January 20, 2021 8:31 AM
**To:** Fahey, Kimberly <kimberly.stec@utoledo.edu>
**Cc:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>; Ziviski, Bethany L <Bethany.Ziviski@utoledo.edu>
**Subject:** RE: MRW 2 Open Position
Dre,
I need the signed MOU, please.

**Kimberly Fahey**
*Human Resources Specialist*
University of Toledo, Human Resources
2801 W. Bancroft Street, Mail Stop 205
Toledo, Ohio 43606-3390
Office Phone: 419.530.1480
Main HR Desk: 419.530.4747
Physical Address: Center for Administrative Support
2935 East Rocket Drive
Toledo, Ohio 43606
kimberly.stec@utoledo.edu

University of Toledo Logo

---

**From:** Fahey, Kimberly
**Sent:** Wednesday, January 20, 2021 8:23 AM
**To:** Levicki, Christopher J <Christopher.Levicki@utoledo.edu>
**Cc:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>; Skolmowski, Cheryl <Cheryl.Skolmowski@UToledo.Edu>; Reinhart, Chanie <Chandra.Reinhart@utoledo.edu>
**Subject:** RE: MRW 2 Open Position
Chris,
This is the first I am hearing about you having a final candidate or making an offer. I see the below emails and myself and Chanie, had no idea that you wanted to make an offer to Russell or that you sought Dre for step advancements.

I will of course work as fast as I can but I cannot guarantee a start date until the background has come back.

**Kimberly Fahey**
*Human Resources Specialist*
University of Toledo, Human Resources
2801 W. Bancroft Street, Mail Stop 205
Toledo, Ohio 43606-3390
Office Phone: 419.530.1480
Main HR Desk: 419.530.4747
Physical Address: Center for Administrative Support
2935 East Rocket Drive
Toledo, Ohio 43606
kimberly.stec@utoledo.edu

University of Toledo Logo


**From:** Levicki, Christopher J <Christopher.Levicki@utoledo.edu>
**Sent:** Wednesday, January 20, 2021 7:29 AM
**To:** Fahey, Kimberly <kimberly.stec@utoledo.edu>
**Cc:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>; Skolmowski, Cheryl
<Cheryl.Skolmowski@UToledo.Edu>
**Subject:** FW: MRW 2 Open Position
Kimberly
Russell Leach is starting employment on 1/25/21 and called to let me know that he has not received any new hire information yet. Is there any documentation needed at this time?
Thank you,

**Christopher J Levicki**
*Project Manager*
*Manager, Structural Maintenance*
Facilities & Construction
Plant Operations, Mail Stop 216
2801 W. Bancroft St.
Toledo, Ohio 43606-3390
419.530.1005 Office
419.779.5493 Mobile
christopher.levicki@utoledo.edu

University of Toledo Logo


**From:** Levicki, Christopher J
**Sent:** Wednesday, January 6, 2021 10:32 AM
**To:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Cc:** Skolmowski, Cheryl <Cheryl.Skolmowski@UToledo.Edu>; Phillips, Zachary
<Zachary.Phillips@UToledo.Edu>; Levicki, Christopher J <Christopher.Levicki@utoledo.edu>
**Subject:** RE: MRW 2 Open Position

Dre / Cheryl

Russell Leach accepted the MRW 2 position yesterday. His start date will be 1/25/2021. His starting hourly wage will be $16.37/hr. If you need to contact him, his email and phone are as follows:

Email – russleach@att.net

Phone – 419-346-1357

Thank you,

**Christopher J Levicki**
*Project Manager*
*Manager, Structural Maintenance*
Facilities & Construction
Plant Operations, Mail Stop 216
2801 W. Bancroft St.
Toledo, Ohio 43606-3390
419.530.1005 Office
419.779.5493 Mobile
christopher.levicki@utoledo.edu

University of Toledo Logo

---

**From:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Sent:** Wednesday, December 23, 2020 4:01 PM
**To:** Levicki, Christopher J <Christopher.Levicki@utoledo.edu>
**Subject:** Re: MRW 2 Open Position

Chris,

What is Russell Leach's start date in the MRW 2 position. Also, I need his hourly wage in order to verify the Schedule in the contract you are taking his hourly wage from

Regards,

**Dre Wynn, PHR, SHRM-CP, MA, MSIS, MBA, MHRLR**
Director of Labor/Employee Relations & HR Compliance
Human Resources
2801 W. Bancroft St. Mail Stop 405
989.545.0569 **Cell**
419.530. Phone
419.530.1433 Fax

---

**From:** Levicki, Christopher J <Christopher.Levicki@utoledo.edu>
**Sent:** Friday, December 18, 2020 8:04 AM
**To:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Subject:** RE: MRW 2 Open Position

Dre

I just wanted to check if I am ok to make Russell Leach the offer including the advanced step?

Thank you,

**Christopher J Levicki**
*Project Manager*
*Manager, Structural Maintenance*

Facilities & Construction
Plant Operations, Mail Stop 216
2801 W. Bancroft St.
Toledo, Ohio 43606-3390
419.530.1005 Office
419.779.5493 Mobile
christopher.levicki@utoledo.edu

University of Toledo Logo

---

**From:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Sent:** Wednesday, December 16, 2020 3:00 PM
**To:** Levicki, Christopher J <Christopher.Levicki@utoledo.edu>
**Subject:** Re: MRW 2 Open Position

Chris,

I will give you an update tomorrow morning.

I want to speak with Erika and get them to agree.

I dont want them filing a grievance.

Talk with you tomorrow.

Dre

---

**From:** Levicki, Christopher J <Christopher.Levicki@utoledo.edu>
**Sent:** Monday, December 14, 2020 10:10 AM
**To:** Wynn, Dre <Dreyon.Wynn@UToledo.Edu>
**Cc:** Levicki, Christopher J <Christopher.Levicki@utoledo.edu>
**Subject:** MRW 2 Open Position

Dre

We have interviewed for the open MRW 2 position and would like to make an offer to Russell Leach. Due to his experience and education, I would like to start him out at step 3 in range 5. Step 3 would put his compensation even with the lowest paid MRW 2 that is currently on my staff. If I am able to make the offer at this step, I think he may accept the position.

I spoke briefly with Erika to see if the Union would have any issues with this and she indicated that there wouldn't be. I wanted to check with you also before I made the offer.

Thank you,

**Christopher J Levicki**
*Project Manager*
*Manager, Structural Maintenance*
Facilities & Construction
Plant Operations, Mail Stop 216
2801 W. Bancroft St.
Toledo, Ohio 43606-3390
419.530.1005 Office
419.779.5493 Mobile

christopher.levicki@utoledo.edu

University of Toledo Logo