# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**DREYON WYNN,**                                CASE NO. 3:22 CV 1899

    Plaintiff,

    v.                                         JUDGE JAMES R. KNEPP II

**UNIVERSITY OF TOLEDO,**

    Defendant.                            **JUDGMENT ENTRY**

For the reasons stated in the related Memorandum Opinion and Order issued this same date, the Court ORDERS this case be DISMISSED.

IT IS SO ORDERED.

                                                           s/ *James R. Knepp II*
                                                           UNITED STATES DISTRICT JUDGE

                                                           June 7, 2024