```
                GENOVESE & RENO REPORTING SERVICE, LLC
                    414 N. Erie Street, Suite 100
                         Toledo, Ohio  43604
                           (419) 249-2705
```

October 8, 2023

Zashin & Rich  
17 South High Street, Suite 900  
Columbus, Ohio 43215 (614) 224-4411  
Attn:  Drew C. Piersall

                                                                     Invoice #23-123  
                                                                     Tax I.D. #34-1826471

---

| | | |
|---|---|---:|
| In Re: | Dreyon Wynn v. University of Toledo | |
| | USDC #3:22-cv-01899 | |
| 9-19-23: | **Deposition of Dreyon Wynn (Vol. I)** | |
| | **Attendance Fee** | **$ 195.00** |
| | **Original - 129 pgs. @ $3.55** | 457.95 |
| 9-20-23: | **Deposition of Dreyon Wynn (Vol. II)** | |
| | **Attendance Fee** | 438.75 |
| | **Original  -  255 pgs. @ $3.55** | 905.25 |
| | **E-Transcripts - 2 @ $25/each** | 50.00 |
| | | $2046.95 |

**THANK YOU!**  
**PLEASE RETURN BOTTOM PORTION WITH YOUR CHECK**  
**A LATE PAYMENT CHARGE OF 1.5% PER MONTH WILL APPLY AFTER 30 DAYS**  
**USE OF CREDIT CARD WILL RESULT IN A 3% INCREASE**

**GENOVESE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**GENOVESE**                     **BILLED  10-8-23**                  **INV. #23-123**  
**PAY TO THE ORDER OF GENOVESE & RENO REPORTING SERVICE    $2046.95**

```
                    GENOVESE & RENO REPORTING SERVICE, LLC
                         414 N. Erie Street, Suite 100
                              Toledo, Ohio  43604
                                (419) 249-2705
```

November 9, 2023

Zashin & Rich
17 South High Street, Suite 900
Columbus, Ohio 43215 (614) 224-4411
Attn:  Drew C. Piersall

```
                                             Invoice #23-122C
                                             Tax I.D. #34-1826471
```

---

| In Re: | Dreyon Wynn v. University of Toledo  USDC #3:22-cv-01899 | |
|---|---|---|
| 9-18-23: | Deposition of John Elliott | |
| | Original - 60 pgs. @ $3.55 | $213.00 |
| 9-19-23: | Depositions of Bethany Ziviski and Jeff Newton | |
| | Original - Ziviski - 68 pgs. @ $3.55 | 241.40 |
| | Original - Newton - 33 pgs. @ $3.55/pg. | 117.15 |
| | E-Transcripts - 3 @ $25/each | 75.00 |
| | | $646.55 |

**THANK YOU!**
**PLEASE RETURN BOTTOM PORTION WITH YOUR CHECK**
A LATE PAYMENT CHARGE OF 1.5% PER MONTH WILL APPLY AFTER 30 DAYS
USE OF CREDIT CARD WILL RESULT IN A 3% INCREASE

**GENOVESE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**GENOVESE**              BILLED  11-6-23           INV. #23-122C
**PAY TO THE ORDER OF GENOVESE & RENO REPORTING SERVICE**   $646.55